IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.

                                  /

No. CR 08-0730 WHA

**QUESTION RE DEATH PENALTY NOTICE**

At the hearing on Tuesday, February 10, 2009, counsel should be prepared to address whether the Court should set a deadline for any notice to seek the death penalty pursuant to 18 U.S.C. 3593(a) after which any such punishment shall not be permitted.

**IT IS SO ORDERED.**

Dated: February 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE