1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH(CABN 163973)
   Chief, Criminal Division
4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6758
7     FAX: (415) 436-6753

8  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,        )   No. S2-CR-08-0730-WHA
                                 )
     v.                          )
                                 )   STIPULATION AND [~~PROPOSED~~]
IVAN CERNA, et al.               )   ORDER EXCLUDING TIME FROM
                                 )   SPEEDY TRIAL ACT CALCULATIONS
     Defendants.                 )
                                 )
_____  )

       The parties stipulate, and the Court finds, as follows:

       1.      Defendants IVAN CERNA, MARVIN CARCAMO, ANGEL NOEL GUEVARA,
MORIS FLORES, GUILLERMO HERRERA, JONATHAN CRUZ-RAMIREZ, WALTER
CRUZ-ZAVALA, WALTER PALMA, DANIEL PORTILLO, ERICK LOPEZ, WALTER
CHINCHILLA-LINAR, CESAR ALVARADO, MELVIN MALDONADO, RODRIGO
MOLINA, MAURICIO URIAS, JUDITH SOSA, JOHN LACSAMANA BRIEZ, JOSE
ANTUNEZ, ARISTIDES CARCAMO, RAFAEL MONTOYA, RENE MONTES-MAYORGA,
RODIL NOCHEZ, and MARLON LUMANG appeared at a status conference before the Court
on February 10, 2009. At the request of the parties, the Court continued the matter and set a
further status conference for March 10, 2009 at 2:00 pm to allow the defendants to take stock of

Order Excluding Time

1  the discovery in this matter and to make the logistical arrangements necessary to review the
2  discovery and begin the preparation of their defense.

3    2. Because of the substantial volume of discovery in this matter and the complex
4  nature of this case, the Court found, without objection from any of the above-named defendants,
5  that the requested continuance would serve the interests of justice by ensuring the effective
6  representation of counsel. Accordingly, the Court also ordered that the time until March 10,
7  2009 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
8  B, and this Order hereby memorializes the exclusion of time that was previously ordered.

9    3. Following the February 10, 2009 conference, the parties realized that there was a
10 scheduling conflict with the March 10, 2009 date. Accordingly, the parties respectfully request
11 that the March 10, 2009 date be continued until March 17, 2009, and that time be excluded under
12 the Speedy Trial Act until that date for the same reasons indicated above.

13   IT IS SO STIPULATED.

DATED: February 17, 2009

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: February 17, 2009

/s/
MARTIN SABELLI, ESQ.
Attorney for Defendant Guillermo Herrera,
on Behalf of the Above-Named Defendants

  IT IS SO ORDERED.

DATED: February 17, 2009



HON. WILLIAM H. ALSUP
United States District Judge

Order Excluding Time