IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, et al.,<br><br>    Defendants.<br>                         / | No. CR 08-0730 WHA<br><br>**ORDER APPENDING "FINAL SCHEDULING ORDER"** |

    Appended hereto for the record is the final scheduling order handed out by the Court to counsel for comment and critique at the hearing on March 17, 2009. An earlier draft was circulated and his already part of the record.

    **IT IS SO ORDERED.**

Dated: March 18, 2009.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE