IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, et al.,<br><br>    Defendants.<br>                                                          / | No. CR 08-0730 WHA<br><br>**TENTATIVE ORDER THAT HENCEFORTH ALL DEFENDANTS MUST ATTEND ALL REGULARLY SCHEDULED HEARINGS** |

Subject to the opportunity to be heard by written submission, the Court is inclined to require that all defendants henceforth attend all regularly scheduled hearings so as to avoid unnecessary hearings under seal and to avoid snafus such as that which occurred yesterday when defendant Castillo was not brought to the hearing. This would apply even to defendants separately housed. Additional security precautions would be taken by the marshals to provide for the safety of all concerned. Under seal hearings shall be allowed going forward — but only as truly needed. All parties are invited to submit their views on this tentative ruling by **NOON ON MARCH 30, 2009**. For good cause shown, such a submission may be *ex parte* and under seal.

   **IT IS SO ORDERED.**

Dated: March 18, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE