United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

IVAN CERNA, et al.,

       Defendants.
_____/

No. CR 08-0730 WHA

**EFFECTIVENESS OF FINAL
SCHEDULING ORDER**

Because Defendant Wilbert Castillo was not present at the hearing on Tuesday, March 17, 2009, when the draft scheduling order was discussed, he and his counsel Frank Bell may have, as requested, until **MONDAY, MARCH 30, 2009**, to file any requests for modification. As to all other defendants, the scheduling order is final, subject only to modification for good cause upon formal motion.

    **IT IS SO ORDERED.**

Dated:  March 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE