United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.
                              /

No. CR 08-0730 WHA

**ORDER REGARDING MOTION TO UNSEAL**

        Defendant Sosa filed a motion to unseal confidential docket entries or, in the alternative, for an order setting forth the bases for the sealing, and other defendants joined the motion. Responses were invited. For the reasons stated herein and in the accompanying findings to be filed under seal, the motion is **DENIED**.

        Although receipt of *ex parte*, confidential information in criminal proceedings is clearly disfavored, on occasion it is warranted where an "overriding interest" would be prejudiced by disclosure of the information and where there is a "substantial probability that, in the absence of closure, [a] compelling interest would be harmed." *See, e.g.*, *In re Copley Press, Inc.*, 518 F.3d 1022, 1028–29 (9th Cir. 2008); *United States v. Abuhamra*, 389 F.3d 309, 328–29 (2d Cir. 2004). As the accompanying confidential findings explain, such an overriding interest is present in this instance. Crucially, the information being sealed hereby is not "decisive of rights." *See Abuhamra*, 389 F.3d at 322. The Court has considered alternatives to sealing the entries at issue but has found none that satisfy the compelling interests at stake. The sealing, however, will be no greater than necessary to satisfy these interests and will be reconsidered if it becomes unnecessary or if a satisfactory alternative thereto is discovered. The nature of the

interests at stake and the facts in support thereof will be detailed in accompanying findings, which will be maintained under seal in the record. *Ex parte* submissions have been received in opposition to the motion. Those will also be maintained in the record under seal. For these reasons, the motion to unseal is **DENIED**.

**IT IS SO ORDERED**.

Dated: May 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE