1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-6753

8  Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA          )    No: S2-08-CR-0730-WHA
14                                   )
                                     )
15      v.                           )
                                     )    STIPULATION AND [PROPOSED]
16                                   )    ORDER EXTENDING TIME
   IVAN CERNA, et al.,               )
17                                   )
                                     )
18      Defendants.                  )
                                     )
19  _____     )

20

21      The United States of America, by Joseph P. Russoniello, United States Attorney, W.S.

22 Wilson Leung, Assistant United States Attorney, of counsel, respectfully submits this Stipulation

23 and [Proposed] Order on behalf of the parties to request a continuance of the date by which the

24 parties are to submit their joint report regarding the Court's Tentative Protective Order for

25 Witness Safety. The defendants in the above-captioned matter, by Martin Sabelli, Esq., counsel

26 for defendant Guillermo Herrera, on behalf of the defendants, and the United States of America,

27 hereby stipulate to the following:

28      1.      On June 25, 2009, the Court issued a Tentative Protective Order for Witness

1. Security. In addition to providing the parties with the Court's thoughts on the shape of the protective order in this case, the Order also directed the parties to file a joint report by noon on July 8, 2009 identifying any remaining areas of disagreement regarding the Order.

2. Since then, the parties have met to discuss their respective positions regarding the Order and have an additional meeting scheduled. The parties' discussions, however, have been complex and there remain many issues to be addressed. Accordingly, the parties would jointly ask for a one-week continuance of the date by which the parties are to file their join report. The one-week continuance will enable the parties to engage in further discussions in an attempt to resolve or narrow their differences.

3. Accordingly, it is hereby ordered that the date for the filing of the parties' join report is continued until July 15, 2009 at noon.

SO STIPULATED.

Dated: July 7, 2009

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney for the
                                   Northern District of California

By: /s/
W.S. Wilson Leung
Assistant United States Attorney

Dated: July 7, 2009

                                   /s/
                                   Martin Sabelli, Esq.
                                   Attorney for Defendant Guillermo Herrera
                                   On Behalf of All Defendants

SO ORDERED.

Dated: July 8, 2009

                                   William H. Alsup
                                   United States District Judge

[STAMP: IT IS SO ORDERED / Judge William Alsup]