JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> v. </br></br> IVAN CERNA, et al., </br></br> Defendants. | No: S2-08-CR-0730-WHA </br></br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME |

    The United States of America, by Joseph P. Russoniello, United States Attorney, W.S. Wilson Leung, Assistant United States Attorney, of counsel, respectfully submits this Stipulation and [Proposed] Order on behalf of the parties to request a continuance of the date by which the parties are to submit their joint report regarding the Court's Tentative Protective Order for Witness Safety. The defendants in the above-captioned matter, by Martin Sabelli, Esq., counsel for defendant Guillermo Herrera, on behalf of the defendants, and the United States of America, hereby stipulate to the following:

    1.    On June 25, 2009, the Court issued a Tentative Protective Order for Witness

1 | Security. In addition to providing the parties with the Court's thoughts on the shape of the
2 | protective order in this case, the Order also directed the parties to file a joint report by noon on
3 | July 8, 2009 identifying any remaining areas of disagreement regarding the Order.
4 |     2.    Since then, the parties have met to discuss their respective positions regarding the
5 | Order and have an additional meeting scheduled. The parties' discussions, however, have been
6 | complex and there remain many issues to be addressed. Accordingly, on July 7, 2009, the parties
7 | jointly requested a one-week continuance of the date by which the parties are to file their join
8 | report. The Court granted this request the following day.
9 |     3.    Since then, the parties have conferred further about their differences relating to the
10 | issue of the protective order. They have not, however, been able to resolve these differences.
11 | Nevertheless, the timbre of their discussions has been constructive, and the parties believe that
12 | additional discussions may yield progress. Accordingly, the parties would jointly ask for an
13 | additional two-week continuance of the filing date in order to allow them to try to resolve their
14 | differences.
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

4. Accordingly, it is hereby ordered that the date for the filing of the parties' joint report is continued until July 29, 2009 at noon.

SO STIPULATED.

Dated: July 15, 2009

                              JOSEPH P. RUSSONIELLO
                              United States Attorney for the
                              Northern District of California

                              By: _____/s/_____
                                   W.S. Wilson Leung
                                   Assistant United States Attorney

Dated: July 15, 2009                    /s/
                                 Martin Sabelli, Esq.
                                 Attorney for Defendant Guillermo Herrera
                                 On Behalf of All Defendants

SO ORDERED.

Dated: July __16__, 2009             _____
                                 William H. Alsup
                                 United States District Judge

*IT IS SO ORDERED — Judge William Alsup (seal)*