MARTIN SABELLI (164772)
Law Offices of Martin A. Sabelli
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 796-2430
Fax: (415) 520-5810
msabelli@comcast.net

JOHN R GRELE (167080)
Law Offices of John R Grele
149 Natoma St., 3rd Fl.
San Francisco, CA 94105
Tel: (415) 348-9300
Fax: (415) 348-0364
jgrele@earthlink.net

Attorneys for Defendant
GUILLERMO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE FILING IMPACT STATEMENTS |
| vs. | |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

On September 28, 2009, this Court directed the parties to submit statements regarding the impact of the Third Superseding Indictment on each party and on the overall case schedule.

Before this Order was issued, the defense had scheduled a meeting for Thursday, October 1, 2009, to discuss joint defense issues. The defense intends to meet and confer regarding the Third Superseding Indictment, and the related impact statements, at the

1
[PROPOSED] ORDER

1  previously-scheduled meeting on October 1 and therefore requests that the parties be permitted
2  to submit impact statements on Monday, October 5, 2009.
3        The United States has no objection.
4  SO STIPULATED:

6  DATED:   September 29, 2009      ___/s Martin Sabelli_____
7      MARTIN SABELLI
    Attorney for Guillermo Herrera

10 DATED:   September 29, 2009      ___/s Wilson Leung_____
11     WILSON LEUNG
    Assistant United States Attorney

13 **ORDER**

14       IT IS SO ORDERED.

16 Dated:  September 30, 2009.  _____
17     HON. WILLIAM H. ALSUP
    UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA