IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RODIL NOCHEZ, et al.<br><br>    Defendants.<br>                               / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT MOLINA'S NOTICE OF JOINDER (DKT. NO. 1062)** |

Defendant Rodrigo Molina has filed a notice of joinder with defendants Rodil Nochez and Daniel Gonzalez's motion to dismiss the indictment for outrageous government conduct. Defendant Molina, however, is not charged with the same counts as defendants Nochez and Gonzalez. Defendants Nochez and Gonzalez are both charged with attempted exportation of stolen vehicles in counts 50, 51, 52, 56, 57, 58, 59 and 60. Defendant Molina is charged with attempted exportation of stolen vehicles in counts 47, 48, 53, 54 and 55. Although defendant Molina states that he "adopts the arguments" made in defendants Nochez and Gonzalez's motion, he does not explain how the facts applicable to the charges against him relate to the separate crimes charged against defendants Nochez and Gonzalez. His motion is therefore **DENIED WITHOUT PREJUDICE** to his bringing his own motion in due course.

**IT IS SO ORDERED.**

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE