IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.
                                /

No. CR 08-0730 WHA

**REQUEST FOR GUIDANCE OF COUNSEL**

The written input of counsel is requested on the following two questions. Given the massive judicial resources involved in this large RICO gang prosecution, not to mention the resources of the marshal service, local jails and prosecutors, should the Court allow even more extra points for *early* acceptance of responsibility and/or deny points for *late* acceptance of responsibility, *i.e.*, pleas entered shortly before trial?

Also, should we set a deadline (say, four weeks before trial) for acceptance of Rule 11(c)(1)(C) pleas? Regarding the latter, once the Court has invested considerable time in a defendant's case and has the case ready for trial, why should the Court tie its hands as to sentencing when all that remains to be done is a trial in order to preserve full and fair sentencing discretion? This is especially a concern when the trial seems likely to happen anyway for other defendants and issues of sentencing disparity may be asserted. In such a circumstance, isn't it

better to try the case (or accept only an open plea) in order to retain a full and fair range of sentencing alternatives? Your experiences in other districts would be useful to know. Your written input would be appreciated by **FEBRUARY 19, 2010, AT NOON**. Please be assured that the Court has as yet made no judgment on these questions.

Dated: February 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2