IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RODIL NOCHEZ, *et al*

    Defendants.
                            /

No. CR 08-0730 WHA

**ORDER FOLLOWING FEBRUARY 11 HEARING**

      A further pretrial conference for defendant Rodil Nochez was held on February 11, 2010. This order memorializes the rulings at that hearing.

      The jury trial of defendant Nochez is continued from February 17, 2010, to **MARCH 2, 2010.** Defendant Nochez's motion to exclude government transcripts on the grounds that they were disclosed after the deadline in the final scheduling order is **DENIED**. The continuance will cure any prejudice to defendant Nochez as a result of the late disclosure.

      Defendant Nochez's motion to exclude two coconspirator statements by codefendant Daniel Gonzalez is **DENIED**. The statements are admissible pursuant to Rule 801(d)(2)(E) and are therefore by definition non-testimonial and in furtherance of the alleged conspiracy in this matter. Their admission does not violate defendant Nochez's right of confrontation. Defendant Nochez contends that the statements are not audible on a recording of the conversation at which defendant Gonzalez allegedly made the statements to a government agent. He may cross-examine the government agent on this point at trial.

      Defendant Nochez moved to exclude government transcripts on the grounds that the recordings they purport to reflect are inaudible. This order defers ruling on this motion until the

1  recordings are heard at trial.  The government has made a sufficient prima facie showing that it
2  can establish the accuracy of the transcripts for purposes of admissibility.
3      The government moved to preclude defendant Nochez from using extrinsic evidence to
4  impeach the government's witness 1218.  Ruling on this motion is deferred until trial.  The
5  government may renew its objection to specific evidence during the examination of 1218 by
6  defendant Nochez.
7      Defendant Nochez and the government stipulate to defendant Nochez's motion in limine
8  to preclude submission of the indictment to the jury.  Defendant Nochez and the government are
9  ordered to meet and confer and submit a joint statement clearly describing the charges against
10  defendants for presentation to the jury by **NOON ON FRIDAY, FEBRUARY 19, 2010**.

**IT IS SO ORDERED.**

Dated:  February 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2