IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RENE MONTES-MAYORGA, *et al.*

    Defendants.
                        /

No. CR 08-0730 WHA

**ORDER CONTINUING TRIAL OF DEFENDANT MONTES-MAYORGA**

      The trial of defendant Montes-Mayorga scheduled to begin on March 1, 2010, is hereby continued because counsel for defendant Montes-Mayorga is in another trial through the end of March and is therefore unavailable. A status conference is scheduled for **APRIL 6, 2010, AT 2 P.M.**, at which a new trial date shall be set.

      **IT IS SO ORDERED.**

Dated: February 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE