IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.

    Defendants.
   /

No. CR 08-0730 WHA

**ORDER RE MARCH 8 HEARING**

    The hearing on motions by RICO and death-eligible defendants directed at the third superceding indictment shall be held on **MONDAY, MARCH 8, 2010**, in Courtroom 4 on the 17th floor at 450 Golden Gate Avenue, San Francisco. The start of the hearing shall be moved from 1 p.m. to **NOON** to ensure sufficient time for oral argument. The trial of Rodil Nochez will adjourn in time that day to allow for the earlier start of the afternoon hearing.

    **IT IS SO ORDERED.**

Dated: February 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE