IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.

                          /

No. C 08-00730 WHA

**NOTICE REGARDING CJA FUNDS FOR "VICTIM LIAISON"**

      This is a request for the views of both sides. Counsel for a potential capital defendant seeks CJA funding to pay a "victim liaison." This would be a psychologist or psychiatrist or other expert, under the direction of defense counsel, to seek out the families of victims allegedly murdered by defendant and to "educate" them about the process and to help them make "informed decisions" about the victim families' wishes toward the death penalty. This may benefit the defense when the victim family testifies at the penalty phase.

      To tee up the discussion, here are some tentative observations and questions by the Court.

      Just as it would be improper for the prosecution to try to talk a victim family into testifying for the death penalty, it would seem improper for the defense to try to talk them out of it. This would seem true whether or not counsel versus experts do the talking.

      On both sides, counsel are always free, as are their investigators, to interview victim families and to learn their opinions concerning the appropriate punishment. Of more concern are attempts to induce a victim family member to change an honestly held view. No doubt, counsel

could ask, in court or in an interview, whether it would matter to the family whether a certain fact were true or not. But to hold out certain things to be true or false to the victim family, such as what were the views of the decedent on the death penalty, would seem improper. What safeguards could be instituted to prevent "brainwashing"?

Before ruling on the pending request, the Court requests the views of counsel on these points. Will the government be trying to persuade victim families to testify for the death penalty? What procedures will the government be following? Why shouldn't the defense be allowed the same latitude? Does the Constitution really demand such an expert? Please submit your filings by **NOON ON MARCH 5, 2010**. Argument will be heard on this on **MARCH 8, 2010, AT 1:00 P.M.**

**IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE