IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.

    Defendants.
                                   /

No. CR 08-0730 WHA

**ORDER RE MOTION FOR EXTENSION OF FILING DATE**

      The government has moved for an extension of the March 1 filing deadline for its responses to defendants' motions directed at the third superceding indictment and for a continuance of the hearing on those motions from March 8 to March 22. Assistant United States Attorney Leung declares that the government needs additional time due to the volume of defendants' motions, as well as the upcoming trial of defendant Rodil Nochez in this matter beginning March 2 (Leung Decl. At 1–2). However, both defendant Nochez's trial and the March 8 hearing were scheduled many months ago. The Court has repeatedly asked the government to put enough attorneys on this matter to meet all impending deadlines. By **NOON ON FEBRUARY 26, 2010**, the government must explain why others already staffed on this matter or in the U.S. Attorney's Office cannot by the March 1 deadline draft proper oppositions to defendants' motions.

      **IT IS SO ORDERED.**

Dated: February 24, 2010.

                                                  WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE