IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.

    Defendants.

No. CR 08-0730 WHA

**ORDER GRANTING MOTION FOR EXTENSION OF FILING DATE AND POSTPONING HEARING**

    The government has moved for an extension of the March 1 filing deadline for its responses to defendants' motions directed at the third superceding indictment and for a continuance of the hearing on those motions. Given the large number of defendants' motions to which the government must respond, as well as the upcoming trial of defendant Rodil Nochez in this matter beginning March 2, the motion for an extension is **GRANTED**. The government's responses to defendants' motions must be filed on or before **NOON ON MARCH 8**. The hearing on defendants' motions shall be held on **MARCH 15, 2010, AT 12:30 P.M.**

**IT IS SO ORDERED.**

Dated: February 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE