IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER CLARIFYING CONTINUANCE OF HEARING FROM MARCH 8 TO MARCH 15** |
| RODIL NOCHEZ, et al. | |
| Defendants. | |

On February 23, the Court sent a notice requesting the written views of counsel regarding seeking CJA funding for a "victim liaison" by noon on March 5 (Dkt. No. 1366). The notice stated that argument would be heard on the subject on March 8, when a hearing was already scheduled in this action on RICO defendants' motions directed at the third superceding indictment. The hearing on RICO defendants' motions was subsequently continued to March 15, 2010, at 12:30 p.m. (Dkt. No. 1404). This order clarifies that the hearing on the subject of CJA funding for a victim liaison is also continued to March 15, as are any other miscellaneous matters not specifically ordered otherwise. The March 8 hearing date is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE