IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MELVIN MALDONADO, et al.

    Defendants.

No. CR 08-0730 WHA

**ORDER REFERRING DEFENDANT MALDONADO'S MOTION ON RECORDING DEVICE-RELATED DISCOVERY MOTION (DKT. NO. 1357) TO MAGISTRATE JUDGE BEELER**

Defendant Melvin Maldonado has moved on behalf of all defendants for an order directing the government to provide certain discovery regarding the recording devices used to obtain undercover recordings in this matter (Dkt. No. 1357). Joinders in this motion have been filed by defendants Daniel Portillo (Dkt. No. 1373), Jonathan Cruz-Ramirez (Dkt. No. 1400), Morris Flores (Dkt. No. 1401), Luis Herrera (Dkt. No. 1410), Giovanni Hernandez (Dkt. No. 1413), Guillermo Herrera (Dkt. No. 1424), Douglas Largaespada (Dkt. No. 1429) and Danilo Velasquez (Dkt. No. 1437). The motion is scheduled for hearing on March 15, 2010, but defendant Maldonado has filed a stipulation and request to continue the hearing to March 23, 2010 (Dkt. No. 1457).

Because the subject of his motion is closely related to the pending matter before her, this

order hereby **REFERS** defendant Maldonado's motion to Magistrate Judge Beeler for resolution and leaves to her discretion when and how to hear it.

**IT IS SO ORDERED.**

Dated: March 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2