IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MELVIN MALDONADO, *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. CR 08-00730 WHA<br><br>**ORDER RE SAN FRANCISCO POLICE DEPARTMENT'S MOTION TO QUASH** |

　　　　As explained at the March 30 hearing, notwithstanding the government's clear disavowal of any intention to introduce evidence of purse snatching as a *modus operandi* of MS-13, the Court would have quashed defendant's subpoena *duces tecum* (without prejudice defendant trying again with a narrower subpoena) because (1) most of the documents sought have likely already been produced and (2) the incremental value of any new documents obtained would be far outweighed by the tremendous burden placed on the police department. That said, given the government's clear disavowal at the hearing, and defense counsel's satisfaction with this clarification, the motion to quash is **GRANTED**.

　　　　**IT IS SO ORDERED.**

Dated: March 31, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE