**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00730 WHA |
| Plaintiff, | |
| v. | **ORDER RE BILL OF PARTICULARS AND RESCHEDULING HEARING ON DAUBERT MOTIONS** |
| IVAN CERNA, *et al.*, | |
| Defendants. | |

Overt acts 9, 64, 100, 101, 105 and 108 are stricken from the third superceding indictment in light of the government's statement in its bill of particulars that it would be striking them (Dkt. No. 1655 at 13–14). The government additionally contends that to reveal the identities of the victims of the assault described in overt act 61 — as it was previously ordered to do — would endanger their safety. The previous order stated that if the government contended that revealing a victim's identity would endanger his or her safety, disclosure "may possibly be delayed by further order" if the government demonstrated to the Court a specific threat to the victim (Dkt. No. 1604 at 5). The government shall submit its showing (which may be made ex parte or under seal) regarding the victims described in overt act 61 by **NOON ON MAY 3, 2010.**

The hearing on defendants' *Daubert* motions scheduled for July 27, 2010, shall be rescheduled for **AUGUST 4, 2010, AT 12:00 p.m.** The deadlines for briefing these motions as set

in Dkt. No. 998 shall not be changed.  The deadline to file *Daubert* motions was previously extended, which did not leave the Court enough time to prepare for the hearing.

**IT IS SO ORDERED.**

Dated: April 29, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE