IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00730 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING SUPPLEMENTAL GOVERNMENT RESPONSE RE OVERT ACT 61** |
| IVAN CERNA, *et al.*, | |
| Defendants. | |

With respect to the government's *ex parte* submission regarding why it contends that revealing the identities of the victims of the assault described in overt act 61 would endanger their safety, the government must supplement and answer this question: Since MS-13 presumably knows who they beat up, what is the incremental harm in identifying the victim, even if it is true that MS-13 will retaliate against victim-witnesses. The government's supplemental response is due by **NOON ON MAY 7, 2010.**

**IT IS SO ORDERED.**

Dated: May 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE