IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN CERNA, *et al.*,

    Defendants.

No. CR 08-00730 WHA

**ORDER OF REFERRAL TO MAGISTRATE JUDGE LARSON FOR SETTLEMENT**

This matter is hereby **REFERRED** to Magistrate Judge James Larson for a settlement conference between the government and defendants. This referral should not be used as a basis for a continuance, and all parties should continue to prepare for trial on schedule.

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE