IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                               / | No. CR 08-00730 WHA<br><br>**ORDER DELAYING DISCLOSURE OF IDENTITY OF VICTIM IN OVERT ACT 61** |

     A previous order (Dkt. No. 1655) granted in part defendants' motions for a bill of particulars and ordered the government to reveal the identities of some victims of crimes charged in this matter. It stated that if the government contended that revealing a victim's identity would endanger his or her safety, disclosure "may possibly be delayed by further order" if the government demonstrated to the Court a specific threat to the victim. The government was given permission to file its showing ex parte or under seal. The government thereafter submitted an ex parte showing to support its contention that revealing the identity of the victim of the assault described in overt act 61 would endanger his or her safety.

     Based on the government's *ex parte* showing, this order agrees that revealing the identity of the victim described in overt act 61 would endanger his or her safety. The government may

therefore delay revealing this victim's identity to defendants until **THURSDAY, JULY 15, 2010**, which is 60 days before the first RICO trial begins. This will provide discovery of the victim's identity to defendants with sufficient time left to prepare for trial.

**IT IS SO ORDERED.**

Dated: May 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE