IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*,

    Defendants.

No. CR 08-00730 WHA

**ORDER TO SHOW CAUSE RE "GANG" EXPERTS**

    The Court has read the government's disclosures for three "experts," Officers Dion McDonnell, Frank Flores and Mario Molina, and doubts that any of the proposed testimony will be admissible except possibly for testimony regarding MS-13 tattoos, symbols, codes, colors and graffiti and their meaning. The existence of the gang and its organization are key RICO proof elements. They should be proven by first-hand testimony, presumably by former members, not by opinions from the police. If experts were allowed for the government, they would have to be allowed for the defense, so this needs to be sorted out soon. The government shall show cause why these three "experts" should not be stricken as to all opinion testimony. The government's opening submission is due on **MAY 18, 2010, AT NOON**, the oppositions are due on **MAY 21, 2010, AT NOON**, and any reply due on **MAY 24, 2010, AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE