IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

IVAN CERNA, *et al.*

        Defendants.
                                      /

No. CR 08-00730 WHA

**DISCOVERY ORDER REGARDING INDEX FOR AUDIO RECORDINGS**

      The Court previously referred all parties to Magistrate Judge Laurel Beeler for a recommendation on how to address discovery problems concerning the Spanish-language audio recordings that are a significant part of the evidence in this case. The Court has reviewed Magistrate Judge Beeler's report and recommendation filed May 21, 2010.

      Based on its own knowledge of the case and its own previously-issued discovery orders, and for the reasons stated in Judge Beeler's order, the Court independently orders the government to produce a revised index in the manner set forth in the Court's March 18, 2010, order. *See* Dkt. No. 1584. Specifically the government is ordered to produce an index with entries in 100% of the participant fields by **MONDAY, JUNE 7, 2010, AT NOON.** The Court also directs the government to consider supplementing the index with the additional information set forth in section II, D of the recommendation. If the government agrees to prepare that full index, the government may notify the Court and obtain an extension of time to prepare the full index until **FRIDAY, JUNE 11, 2010, AT**

1  **5 P.M.**, or until another date if the government establishes — by declaration — that it is
2  appropriate.

4  **IT IS SO ORDERED.**



6  Dated: May 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE