IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*<br><br>    Defendants.<br>_____/ | No. CR 08-00730 WHA<br><br>**RESPONSE TO REQUEST<br>FOR CLARIFICATION<br>RE SFPD GANG TASK<br>FORCE ALPHA FILES** |

Defendants have filed a request for clarification regarding production of their alpha files from the SFPD Gang Task Force. Some of these materials have been turned over for *in camera* review by the SFPD, but others have not. Specifically, the SFPD still must produce redacted and unredacted copies of the alpha files for defendants Rafael Montoya, Moris Flores, Manuel Franco, Daniel Portillo, Luis Herrera and Giovanni Hernandez. The SFPD should produce these materials to the undersigned no later than **TUESDAY, JUNE 1, 2010, AT NOON**. Alpha files for defendants Aristides Carcamo, Wilbert Castillo, Marvin Carcamo, Rodrigo Molina, Ivan Cerna, Walter Cruz, Angel Guevarra, Walter Chinchilla, Melvin Maldonado, Erick Lopez and Douglas Largaespada have been produced to the undersigned, reviewed, and will be given to defense counsel at the May 27 hearing.

**IT IS SO ORDERED.**

Dated: May 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE