IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>IVAN CERNA, *et al.*<br><br>   Defendants.<br>                                                        / | No. CR 08-00730 WHA<br><br>**ORDER RE GOVERNMENT'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND REQUEST FOR STAY** |

After reviewing Magistrate Judge Beeler's report and recommendation filed May 21, 2010, the Court on May 24 independently ordered the government to produce a revised index with entries in 100% of the participant fields in the manner set forth in the March 18 order (Dkt. No. 1584), no later than June 7, 2010, at noon.

Now the government has submitted notice that it intends to submit objections pursuant to Rule 59 to Magistrate Judge Beeler's report and recommendation. Rule 59 states that such objections must be filed within 14 days after being served with the magistrate judge's report and recommendation, "or at some other time the court sets." To promote the speedy resolution of this matter, the government shall submit its Rule 59 objections no later than **NOON ON MAY 31, 2010.** Any replies to the government's objections shall be filed no later than **NOON ON JUNE 4, 2010.**

The government also seeks a temporary stay of the May 24 discovery order (Dkt. No. 1761) requiring the government to prepare supplemental recording indices by June 7, 2010. Because that order is based on the undersigned's own knowledge of the case and its own previously-issued discovery orders, no stay is necessary under Rule 59. Nevertheless, so that due consideration may be given to the government's objections, an extension is granted for the

government to produce an index with entries in 100% of the participant fields until **JUNE 9, 2010, AT NOON**.

**IT IS SO ORDERED.**

Dated: May 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE