IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, et al.,<br><br>    Defendants.<br>                                       / | No. CR 08-730 WHA<br><br>**FURTHER ORDER REGARDING GOVERNMENT'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT** |

      The government has produced over 3,200 recordings to defendants in this matter. These recordings include consensual phone calls, video recordings, body wires and jail calls. It is the Court's understanding that when law enforcement agents create body wires, consensual calls, and videos using informants, they ordinarily brief the informants first, debrief them after, and document those encounters in reports. It is also the Court's understanding that law enforcement agents or prosecutors must identify inmates' names in their subpoenas and requests to jails for jail call recordings. Given that the government failed to produce an index of all audio recordings and known participants by April 19 as previously ordered (*See* Dkt. No. 1584), the Court is concerned that the government's records of participants in each type of recording were not properly maintained or were destroyed.

      The government's Rule 59 objections to Magistrate Judge Beeler's report and recommendation regarding these recordings are due no later than **NOON ON MAY 31, 2010.** The government should include with its objections sworn declarations from all law enforcement agents who supervised the recordings at issue, addressing (a) how they documented the

monitoring of the conversations and participants in the recordings, and (b) how those records have been maintained from the time of their creation through the present.

**IT IS SO ORDERED.**

Dated: May 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE