United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11    UNITED STATES OF AMERICA,
                                              No. CR 08-730 WHA
12              Plaintiff,

13      v.                                    **ORDER RE TRIAL SCHEDULE
                                              FOR RICO DEFENDANTS**
14    IVAN CERNA, et al.,

15              Defendants.
                                        /
16

17          Defendants who are charged with RICO conspiracy but do not face the death penalty are

18    scheduled for trial beginning on September 13, 2010.  Due to problems related to the

19    translations of the audio recordings produced by the government in discovery, this September

20    trial date will have to be continued and will be reset in due course.  Meanwhile, progress must

21    continue to be made in this action.  Defendants' *Daubert* motions shall still be due by June 18,

22    2010, for hearing on August 4, 2010, except for the government's gang experts Frank Flores,

23    Mario Molina and Dionn McDonnell; electronics experts Walter Hart, James Munjone and

24    Kendrick Young; and forensic specialist Niki Zamora.  At the May 27 hearing, the government

25    stated that it would ask its proposed experts from state and local agencies for additional

26    disclosures.  If the government does not obtain the materials desired by defense counsel,

27    defense counsel must subpoena them.  A separate order shall address the experts named above

28    as well as all others challenged in pending motions regarding disclosures.

1          The Court needs the help of the excellent lawyers in this case to bring it to trial

2    readiness as soon as possible.  Please go beyond the call of duty.

3

4

5    Dated: May 28, 2010.

WILLIAM ALSUP
6                                                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California