United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

IVAN CERNA, et al.,

     Defendants.

_____/

No. CR 08-730 WHA

**ORDER RE GOVERNMENT'S MOTION TO STAY MAY 26 ORDER (DKT. NO. 1785)**

     The government's Rule 59 objections to Magistrate Judge Beeler's report and recommendation regarding recordings are due no later than noon on May 31, 2010. An order on May 26 (Dkt. No. 1785) ordered the government to include with its objections sworn declarations from all law enforcement agents who supervised the recordings at issue, addressing (a) how they documented the monitoring of the conversations and participants in the recordings, and (b) how those records have been maintained from the time of their creation through the present. The government moves to stay the May 26 order.

     The government's motion is **GRANTED IN PART**. The government should file the requested declarations no later than **NOON ON JUNE 7, 2010**. The government's Rule 59 objections are still due by **NOON ON MAY 31, 2010**.

Dated: May 28, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE