IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.
                                /

No. CR 08-0730 WHA

**NOTICE RE REVISED SCHEDULING ORDER AND OPPORTUNITY TO COMMENT**

     Appended hereto is a proposed revision of the scheduling order based on the showing made at the last hearing. Before finalizing it, the Court would like to give counsel one last opportunity to critique the revision. Please file any comments by **NOON ON TUESDAY, JUNE 29, 2010**. The defense statement should be in one coordinated submission. Both sides should meet and confer by **JUNE 25** to narrow any differences.

    **IT IS SO ORDERED.**

Dated: June 17, 2010.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE