IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **SUPPLEMENTAL QUESTION** |
| IVAN CERNA, et al., | |
| Defendants. / | |

Please include a response to this question in your submission that is due on **TUESDAY, JUNE 29**:

    12.    Is it true, as stated by the government, that the defense has transcribed and translated all of the consensual recordings?  If this is not entirely accurate, state the extent to which it is accurate.

Dated: June 18, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE