IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER DENYING GOVERNMENT'S MOTION TO FILE AGENTS' DECLARATIONS UNDER SEAL AND EX PARTE** |

　　　　The Court has read the declarations of Special Agents Jason Red, Christopher Merendino and Jason Masalski which the government submitted under seal and *ex parte* in response to the May 26 order (Dkt. No. 1785) regarding the creation and maintenance of consensual recordings. The Court finds that these declarations do not reveal anything about confidential witnesses. They instead discuss the government's method of creating and maintaining recordings and related records, a subject that continues to be in litigation in this action. The government's motion to file the agents' declarations under seal and ex parte is therefore **DENIED**. The effectiveness of this order is stayed until **NOON ON WEDNESDAY, JUNE 23, 2010.** Thereafter, the declarations shall be publicly filed.

　　　**IT IS SO ORDERED.**

Dated: June 21, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE