IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.

No. CR 08-0730 WHA

**MORE SUPPLEMENTAL QUESTIONS**

Please include a response to these two additional questions in your submission due next **TUESDAY, JUNE 29**:

    13.    Has the government specifically identified all jail calls linked to a cooperating witness it plans to call at trial (and called out expressly that it is so linked to a cooperating witness)? (Question No. 7 already has asked the same question as to informants expected to testify at trial.) If this has not been done, why should it not be done so as to reduce the asserted need for defense counsel to transcribe all jail calls, both as to cooperating witnesses and to informants?

    14.    Has the government's index for the jail calls listed for every outgoing jail call the number called and listed a defendant believed to be

associated with that number for every single jail call (or is this filled in only for less than all jail calls)?  If not all, then how many?

Dated: June 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2