IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING RECONSIDERATION OF ORDER DENYING GOVERNMENT'S MOTION TO FILE AGENTS' DECLARATIONS UNDER SEAL AND EX PARTE** |
| IVAN CERNA, et al., | |
| Defendants. | |

An order on June 21 denied the government's motion to seal the declarations of Special Agents Jason Red, Christopher Merendino and Jason Masalski on the grounds that they do not reveal anything about confidential witnesses. They instead discuss the government's method of creating and maintaining recordings and related records, a subject that continues to be in litigation in this action. The government requests reconsideration on the grounds that the declarations were submitted pursuant to a May 26 order responding to Magistrate Judge Beeler's report and recommendation. The government has objected to the report and recommendation, and requests that the agents' declarations be sealed pending litigation of those objections.

The government, however, fails to address or dispute the central reason for the June 21

order — namely, that the declarations in question do not contain information about confidential witnesses. The request for reconsideration is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: June 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE