1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

IVAN CERNA, et al.,

        Defendants.

No. CR 08-0730 WHA

**ORDER VACATING ORDER
DATED 5/24/2010 AND
RE-REFERENCING MATTER
TO MAGISTRATE JUDGE**

The order dated May 24, 2010, is hereby **VACATED** and the matter is **REFERRED** back
to **MAGISTRATE JUDGE LAUREL BEELER** to give her an opportunity to consider the new
information provided by the government in various filings after her report and recommendation
and to hold a hearing. Whatever suggestions Judge Beeler can make, with the benefit of the more
complete record, to advance the progress of this case will be much appreciated, especially as it
relates to the recordings. The district judge intends, however, to move ahead with setting a case
schedule in the belief that he will soon be as informed as anyone can be in this case.

     **IT IS SO ORDERED.**

Dated: July 6, 2010.

                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE