IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, et al.,

    Defendants.

No. CR 08-0730 WHA

**FURTHER INQUIRY**

    With respect to the submissions due next Monday, July 12, counsel are requested to advise the extent to which there are any consensual recordings in connection with the BART homicide (the recently produced recordings) as opposed to jail calls or something else.

    **IT IS SO ORDERED.**

Dated: July 8, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE