United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

IVAN CERNA, et al.,

      Defendants.

                  /

No. CR 08-0730 WHA

**TRIAL DATE INQUIRY**

      The Court still believes a trial date in January 2011 is best but will consider moving it to March 7, 2011, so long as all counsel submit a statement confirming that they have no trial or other conflicts that would interfere with a move to a March trial.  This confirmation would be without prejudice to everyone's well-ventilated positions on the translation/transcription project. Please submit this confirmation by tomorrow or at the latest by **10:00 A.M.** on **THURSDAY, JULY 15.**  One defense counsel should coordinate a global defense response and the government may confirm separately.

      **IT IS SO ORDERED.**

Dated:  July 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE