UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. S3-08-CR-0730-WHA |
| | ) | |
| v. | ) | |
| | ) | [~~PROPOSED~~] ORDER EXTENDING |
| | ) | DELAYED DISCLOSURE OF IDENTITY |
| IVAN CERNA, et al. | ) | OF VICTIM IN OVERT ACT 61 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

In an order issued on May 11, 2010 (Docket Number 1696), this Court found that disclosure of the identity of the victim alleged in Overt Act 61 of the above-captioned matter would endanger the victim's safety and, as a result, this Court ordered that the identity of the victim shall be delayed until July 15, 2010, sixty days before the September 13, 2010 trial date that was, at the time set in this case.

The Court subsequently vacated the September 13, 2010 trial date at the request of the defendants and is in the process of setting a new trial date for this matter.

//

1    ACCORDINGLY, IT IS HEREBY ORDERED THAT the identity of the victim alleged
in Overt Act 61 shall remain protected and undisclosed until 60 days before the new trial date in
this matter, at which point the victim's identity shall be disclosed.

   IT IS SO ORDERED.

Dated: July 15, 2010



HON. WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup