United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

IVAN CERNA, *et al.,*

      Defendants.

_____/

No. CR 08-0730 WHA

**RESPONSE TO REQUESTS FOR CLARIFICATION OF FILING DEADLINES AND LITIGATION SCHEDULE**

On July 20, the government filed a request for confirmation of the litigation schedule relating to its proposed gang expert witnesses. On the same date, defendants filed a request for clarification of the filing deadline for suppression motions by death-penalty defendants.

As specified in the June 8 order regarding expert witness disclosures (Dkt. No. 1821) and the July 15 second revised scheduling order (Dkt. No. 1921), *Daubert* and other defense objections to the government's proposed gang experts must be filed by NOON ON JULY 27, 2010, for hearing on SEPTEMBER 13, 2010, AT 1:30 P.M., with oppositions due by AUGUST 12, 2010, AT NOON, and replies due by AUGUST 24, 2010, AT NOON. This litigation schedule applies to defendant Luis Herrera's July 14 motion (Dkt. No. 1912).

As also specified in the July 15 second revised scheduling order, the deadline for suppression motions by death-penalty defendants is APRIL 25, 2011.

Dated: July 21, 2010.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE