1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   CHRISTINE Y. WONG (NYBN 3988607)
5  Assistant United States Attorneys

6  THERYN G. GIBBONS (NYBN 759321)
   Trial Attorney, United States Department of Justice, Gang Unit
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102
        Telephone: (415) 436-6758/7301
9       Facsimile: (415) 436-6753
        E-Mail: wilson.leung@usdoj.gov
10
   Attorneys for the United States of America
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15
   UNITED STATES OF AMERICA,              Case No. CR 08-0730 WHA
16
                        Plaintiff,
17                                        **STIPULATED PROTECTIVE ORDER**
           vs.
18
   IVAN CERNA, *et al.*,
19
                        Defendants.
20

21        1)      The Government asserts that general dissemination of certain protected material,

22  designated by the control numbers "CI1218-00001" to "CI1218-00418" (the "Protected

23  Material") may jeopardize the safety of certain individuals;

24        2)      In order to address these potential safety concerns, dissemination and possession

25  of the Protected Material shall be limited to the following persons:

26              a)      counsel for defendants in the above-captioned matter;

27              b)      investigative, secretarial, clerical, paralegal and student personnel
                        employed full-time or part-time by counsel for the defendant;
28

c)    independent expert witnesses, investigators, translators, or advisors retained by the defendant in connection with this action; and

d)    such other persons as hereafter may be authorized by the Court upon motion by the defendant.

Counsel for each defendant shall provide a copy of this order to persons designated to obtain Protected Material pursuant to paragraphs 2(b)-(d).  Such designated persons shall be subject to the terms of this Order.  Counsel and such designated persons working with counsel shall be responsible for ensuring that the Protected Material not be disseminated to and/or possessed by anyone not authorized by this protective order to receive or possess the Protected Material.  Written translations of Protected Material shall be deemed Protected Material and shall be handled according to the provisions of this order.

3)    Possession and use of the Protected Material by the persons listed in paragraphs 2(a)-(d) are only for the purpose of preparing for and trying the criminal case of the defendants, and for no other purpose.

4)    Other than use during the trial of the defendant, the Protected Material shall not be distributed, shown, or disseminated to anyone else, including counsel for other defendants charged in the underlying case captioned CR 08-0730 WHA and/or to any witness or potential witness, nor shall the Protected Material be distributed, shown, or disseminated to anyone during the course of any defense investigation.  Defendants may review Protected Material in the presence of counsel or of any other person designated under paragraphs 2(b)-(d), but Protected Material shall not be left in the custody of any defendant.  Review of the Protected Material by defendants in the presence of counsel or other designated persons may be conducted with the aid of an interpreter.  Unless the interpreter is a designated person under paragraph 2 of this protective order, the interpreter shall not retain possession of any Protected Material outside the presence of counsel or other designated person.

/ / /

1        5)    At the end of the trial of any defendant, counsel for such defendant shall return all

2    the Protected Material, and any and all copies of the Protected Material, to the Government,

3    which will preserve the materials in case there is need for them in any future litigation.

4        IT IS SO STIPULATED.

5

6    Dated: July 19, 2010            JOSEPH P. RUSSONIELLO
                                                United States Attorney

7

8                                By:      /s/
                                       W.S. Wilson Leung
                                       Assistant United States Attorney

9

10   Dated: July 19, 2010                    /s/
                                       Chris Cannon

11                                          Attorney for IVAN CERNA

12

13   Dated: July 19, 2010                    /s/
                                       Ellen Valentik Leonida

14                                          Attorney for MARVIN CARCAMO

15   Dated: July 19, 2010                    /s/
                                       David Allen Nickerson

16                                          Jennifer Lynn Naegele
                                       Lupe Martinez

17                                          Attorneys for ANGEL NOEL GUEVARA

18

19   Dated: July 19, 2010                    /s/
                                       Mark Rosenbush

20                                          Attorney for MORIS FLORES

21   Dated: July 19, 2010                    /s/
                                       Martin Sabelli

22                                          John R. Grele

23                                          Attorneys for GUILLERMO HERRERA

24   Dated: July 19, 2010                    /s/
                                       Susan M. Raffanti

25                                          John T. Philipsborn
                                       Attorneys for JONATHAN CRUZ-RAMIREZ

26

27   Dated: July 19, 2010                    /s/
                                       Randi Sue Pollock

28                                          Attorney for WALTER CRUZ-ZAVALA

1  Dated: July 19, 2010                    /s/
                                    _____
2                                   Jeffrey M. Glenn
                                    Attorney for DANIEL PORTILLO
3
   Dated: July 19, 2010                    /s/
4                                   _____
                                    Peter Goodman
                                    Geoffrey Rotwein
5                                   Attorneys for ERICK LOPEZ
6
   Dated: July 19, 2010                    /s/
7                                   _____
                                    Ann Moorman
                                    Richard Mazer
8                                   Attorneys for WALTER CHINCHILLA-LINAR
9
   Dated: July 19, 2010                    /s/
10                                  _____
                                    Mark Goldrosen
                                    Dek Ketchum
11                                  Attorneys for CESAR ALVARADO
12
   Dated: July 19, 2010                    /s/
13                                  _____
                                    Erik G. Babcock
14                                  Attorney for DOUGLAS LARGAESPADA
15  Dated: July 19, 2010                    /s/
                                    _____
16                                  Frank O. Bell
                                    Attorney for WILBERT CASTILLO
17
   Dated: July 19, 2010                    /s/
18                                  _____
                                    Brian P. Berson
19                                  Attorney for MELVIN MALDONADO
20
   Dated: July 19, 2010                    /s/
21                                  _____
                                    Shana Keating
22                                  Attorney for ARISTIDES CARCAMO
23  Dated: July 19, 2010                    /s/
                                    _____
24                                  Edward W. Swanson
                                    Attorney for RAFAEL MONTOYA
25
   Dated: July 19, 2010                    /s/
26                                  _____
                                    James S. Thomson
27                                  Josh A. Cohen
                                    Attorneys for LUIS HERRERA
28

**Stipulated Protective Order**
*United States v. Cerna, et al.*, CR 08-0730 WHA          4

1  Dated: July 19, 2010                          /s/
                                        _____
2                                       Jennifer Schwartz
                                        Attorney for DANILO VELASQUEZ
3
   Dated: July 19, 2010                          /s/
4                                       _____
                                        Mark Vermeulen
5                                       Attorney for GIOVANNI HERNANDEZ

6

7                                       **ORDER**

8              IT IS SO ORDERED.

9

10  Dated:  July 22, 2010               _____
11                                      Hon. William Alsup
                                        United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28