IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                             / | No. CR 08-0730 WHA<br><br>**NOTICE FOR HEARING<br>ON AUGUST 4, 2010** |

With respect to the firearm and toolmark *Daubert* motions (Dkt. Nos. 1837, 1853), all counsel in this case are aware (because most were counsel in *United States v. Diaz*, *et al.*) that the undersigned previously held a lengthy evidentiary hearing on the methodology underlying firearm and toolmark examination. At the hearing on August 4, counsel should be prepared to address whether it is reasonable to simply adopt the resulting order in *Diaz* (Case No. 05-0167, Dkt. No. 1136) as the decision in the present case, reserving all rights of appeal, as if that order and supporting record had been made in the present case. In addition, counsel should be prepared to address what further evidence or issues, not addressed in *Diaz*, should be considered in the instant case. Finally, if the underlying methodology is a given and deemed acceptable as set forth in the *Diaz* order, isn't the only remaining issue whether the experts in the instant case followed that methodology? If so, shouldn't that issue be left for trial and cross-examination? In other words, what provides an occasion to hold an evidentiary hearing on that issue?

With respect to the motion to exclude Annie Hoang (Dkt. No. 1850), counsel should be prepared to address what *expert* testimony Ms. Hoang is expected to give.

Similarly, with respect to the motion to exclude Cynthia Fung (Dkt. No. 1850), counsel should be prepared to address what *expert* testimony Ms. Fung is expected to give, other than expert testimony regarding DNA analysis.

The foregoing is not intended to be a complete list of all questions the undersigned will ask at the August 4 hearing. Counsel should be prepared to address all motions noticed for August 4.

Dated: July 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2