IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.,<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**NOTICE REGARDING<br>PROPER MOTIONS<br>TO FILE UNDER SEAL** |

The parties have become far too extravagant in requesting entire documents be filed under seal merely because some tiny portion of the document is arguably sealable. The parties are reminded that where only a portion of a document is sealable, the proper procedure is to make a narrowly-tailored motion to seal the sensitive material only and allow public access to the remainder of the document. *See* Crim. L.R. 55-1(b); Civil L.R. 79-5(c). Additionally, even where an entire document may be properly sealed, any accompanying document, such as a proposed order, is not automatically deemed sealable by association. The accompanying document must also contain sensitive material in order to be sealed.

It is true that compliance with the rules will require more work for counsel and the Clerk's Office, but compliance will vindicate the public's interest in ensuring that proceedings are accessible by all unless a legitimate reason demands secrecy.

//

//

The undersigned will not undo prior orders that succumbed to indulgent practices, but counsel have now taken sealing requests to new heights and it is time to return to what the law requires. Failure to comply may result in the entire document being accessible to the public.

Dated: August 3, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE