IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                       / | No. CR 08-0730 WHA<br><br>**NOTICE RE PROCEDURE TO FOLLOW FOR JOINDERS** |

"Joinders" in motions by other counsel have gotten out of hand, reaching new levels such as joinders in joinders. Please realize that fairness requires that a joinder be timely enough that the government may include in its opposition grounds applicable to the joining party. Filing a joinder after the government's opposition deprives the government of an opportunity to be heard. It also makes it very hard for the Court and its staff to know exactly who has moved for what.

Please observe the following simple procedures:

1. Any joinder must be made at least **THREE COURT DAYS** before the opposition is due.

2. Any joinder must include any additional sworn record and briefing necessary to obtain, for the joining party, the same relief sought by the moving party. For case-wide questions of law only, it is usually clear without the need for more — but sometimes more is needed on more specific motions. In other words, the record must always justify and support the relief sought for the joining party.

3. Once a joinder to a motion is filed, it is unnecessary to file a joinder to the reply or other subsequent filings in support of the original motion.

4. Please, no more joinders in joinders.

Dated: August 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2