IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al*.<br><br>　　　　Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT LUIS HERRERA'S MOTION TO MODIFY THE FINAL PROTECTIVE ORDER** |

　　　Defendant Luis Herrera filed a motion to modify the final protective order (Dkt. No. 2046) and noticed a hearing on the motion for September 13, 2010, at 12:00 p.m.

　　　Any opposition or response to the motion must be filed by **AUGUST 30, 2010**. Any reply must be filed by **SEPTEMBER 3, 2010**.

　　　**IT IS SO ORDERED.**

Dated: August 9, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE