EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
LILLIAN Y. TABE
Deputy Attorney General
State Bar No. 207338
 1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 622-2246
Fax:  (510) 622-2270
E-mail: Lillian.Tabe@doj.ca.gov
*Attorneys for Real Party In Interest*
*California Highway Patrol*

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, et al.,<br><br>Defendants. | Case No. CR-08-730-WHA<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DEADLINE FOR COMPLIANCE BY CALIFORNIA HIGHWAY PATROL WITH RULE 17(c) SUBPOENA<br><br>Courtroom: 9<br>Judge:       Honorable William H. Alsup<br>Trial Date: March 7, 2011 |

## STIPULATION

WHEREAS defendant Walter Cruz-Zavala filed on May 25, 2010 an ex parte application for the issuance of a Rule 17(c) subpoena to the California Highway Patrol seeking personnel records relating to law enforcement officers included on the government's preliminary witness list (Doc #1778);

WHEREAS the Court granted defendant Cruz-Zavala's application on July 6, 2010 and ordered that any responsive documents be produced to the Court no later than 28 days after service of the subpoena (Doc #1954);

1

STIP. & ~~[PROP.]~~ ORDER CONT. DEADLINE FOR COMPLIANCE WITH SUBPOENA  (CR-08-0730-WHA)

1  WHEREAS the subpoena was served pursuant to the Court's order on the California
2  Highway Patrol on July 19, 2010;
3  WHEREAS the subpoena calls for the production of personnel records relating to 17 law
4  enforcement officers employed by the California Highway Patrol;
5  WHEREAS the California Highway Patrol seeks to modify the order, in part, on the
6  grounds that compliance would be unreasonable or oppressive and, barring that, seeks additional
7  time to respond to the subpoena;
8  WHEREAS counsel for the California Highway Patrol contacted defendant's counsel on
9  Thursday, August 5, 2010, seeking a continuance until September 13, 2010;
10 WHEREAS the trial date has been continued to March 7, 2011;
11 WHEREAS defendant Cruz-Zavala does not object to a continuance of the deadline for
12 compliance with the subpoena by the California Highway Patrol;
13 WHEREAS any continuance of the deadline for compliance should not prejudice any right
14 the California Highway Patrol may have to file a motion requesting the court to quash or modify
15 the subpoena, to review the documents *in camera*, or to permit production only pursuant to a
16 protective order;
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS HEREBY AGREED AND STIPULATED that the deadline for compliance by the California Highway Patrol with the subpoena served on July 19, 2010 shall be extended to September 13, 2010. It is further AGREED AND STIPULATED that the California Highway Patrol shall reserve the right to file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order at any time prior to the deadline for compliance.

IT IS SO STIPULATED.

Dated: August 12, 2010

EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General

/s/
LILLIAN Y. TABE
Deputy Attorney General
*Attorneys for Real Party In Interest
California Highway Patrol*

Dated: August 12, 2010

/s/
RANDY SUE POLLOCK
*Attorney for Defendant WALTER CRUZ-ZAVALA*

**ORDER**

By stipulation, and for good cause shown, it is hereby ordered that the California Highway Patrol shall have until September 13, 2010 to comply with the subpoena for law enforcement officer personnel records that was served by defendant Walter Cruz-Zavala on July 19, 2010. It is further ordered that the California Highway Patrol shall retain all rights to file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order, prior to September 13, 2010.

IT IS SO ORDERED.

Dated: August __13__, 2010

_____
HONORABLE WILLIAM H. ALSUP
*United States District Judge*

OK2010900207
90155446.doc