IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING THE GOVERNMENT'S REQUEST FOR EXTENSION TO FILE SMITH DECLARATION** |

The government requests an extension to file a declaration from firearms expert G. Andrew Smith, as it has been unable to obtain a declaration from Mr. Smith prior to the deadline established in the August 6 order (Dkt. No. 2097).

The government's request for an extension is **GRANTED**. The government has until **NOON** on **WEDNESDAY, AUGUST 18, 2010**, to file the declaration.

**IT IS SO ORDERED.**

Dated: August 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE