IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT LUIS HERRERA'S MOTION TO COMPEL PRODUCTION OF REVISED WITNESS LIST AND MOTION TO COMPEL UNREDACTED DISCOVERY** |

On September 13, 2010, defendant Luis Herrera filed a motion to compel production of a revised witness list (Dkt. No. 2110) and a motion to compel production of unredacted discovery (Dkt. No. 2111). Both motions were noticed for hearing on September 13, 2010, at 12:00 p.m.

Oppositions or responses to the motions must be filed by **SEPTEMBER 2, 2010**. Replies must be filed by **SEPTEMBER 7, 2010**.

**IT IS SO ORDERED.**

Dated: August 18, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE