IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE MALDONADO'S MOTION FOR RECORDING DEVICE-RELATED DISCOVERY** |

The undersigned is in receipt of Magistrate Judge Laurel Beeler's report and recommendation regarding defendant Melvin Maldonado's motion for recording device-related discovery (Dkt. No. 2113). Because no objections were filed, and because the undersigned has read the report and approves the findings therein, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. Accordingly, Mr. Maldonado's motion for recording device-related discovery (Dkt. No. 1357) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE