IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WALTER CRUZ-ZAVALA, *et al.*<br><br>    Defendants.<br>                                                / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING IN PART CALIFORNIA HIGHWAY PATROL'S MOTION FOR *IN CAMERA* REVIEW AND FOR PROTECTIVE ORDER** |

On July 19, 2010, defendant Walter Cruz-Zavala served a subpoena on the California Highway Patrol ("CHP") for personnel files regarding seventeen CHP law enforcement officers. CHP now requests an order allowing it to submit all responsive documents under seal for *in camera* review prior to disclosure to Mr. Cruz-Zavala. For good cause shown, the motion for *in camera* review is **GRANTED**.

CHP also requests that if any records are disclosed to Mr. Cruz-Zavala, that the records be disclosed pursuant to a protective order. To this end, CHP has submitted a proposed protective order. Any opposition by Mr. Cruz-Zavala to this proposed protective order must be filed by **SEPTEMBER 10** at **NOON**. Prior to filing any opposition, however, counsel for Mr. Cruz-Zavala should attempt to enter into a stipulated proposed protective order with CHP.

If an opposition is filed, it must be accompanied by a proposed protective order. Any reply by CHP is due on **SEPTEMBER 17** at **NOON**. No records will be released to defense counsel unless a protective order is in place.

Although CHP noticed a hearing on its motion for September 13, no hearing is needed at this juncture. Accordingly, the September 13 hearing on CHP's motion is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE