IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>                                        / | No. CR 08-0730 WHA<br><br>**ORDER RE RESPONSES TO GOVERNMENT'S MOTION FOR CONTINUANCE OF DEADLINE FOR FILING OF NOTICE OF INTENT TO SEEK THE DEATH PENALTY** |

On November 13, 2009, the deadline for the government to file any statutory notice of intent to seek the death penalty was set as September 15, 2010, at noon (Dkt. No. 851). The government now moves to continue this deadline to November 1, 2010 (Dkt. No. 2184).

Any response by defendants to the government's motion must be filed by **SEPTEMBER 9, 2010**, at **NOON**. By the same date and time, the death-eligible defendants are required to advise the undersigned if they oppose the requested extension. If any do, then they must advise whether they would still prefer the existing deadline as to themselves, even if it were extended as to all others.

**IT IS SO ORDERED.**

Dated: September 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE