IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER REQUESTING FURTHER BRIEFING FROM THE GOVERNMENT RE MOTION TO MODIFY FINAL PROTECTIVE ORDER** |

　　　On August 5, Luis Herrera moved to amend the final protective order (Dkt. No. 2046). Specifically, Mr. Herrera requested that the undersigned make "at least" the following modifications to the final protective order:

　　(1)　Redefine the term "protected information" to apply only to materials that disclose or "reasonably suggest" the identity or whereabouts of protected witnesses;

　　(2)　Remove the requirement that defense counsel treat as protected information any information they learn through independent investigation;

　　(3)　Only apply limitations on the use of protected information to defendants, not to their counsel or to other members of the defense team;

　　(4)　Modify the limitations on the use of protected information by defendants such that the only limitation is that defendants are not permitted to possess the protected information in printed form;

　　(5)　Remove the "opt-in" provision; and

(6) Modify the procedures for conducting interviews of protected witnesses (*id*. at 11, 15–16).[1]

Although the government submitted an opposition to Mr. Herrera's motion generally, the government's opposition did not include a specific discussion of Mr. Herrera's aforementioned requests for modification. Accordingly, the government must please submit supplemental briefing specifying its position on each of Mr. Herrera's requests, by **FRIDAY, SEPTEMBER 10** at **NOON**. If the government opposes a proposed modification, it should state its reasons with specificity. Where the government does not agree with a proposed modification, but is not entirely opposed to some form of modification, it should provide a suggested modification.

**IT IS SO ORDERED.**

Dated: September 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] Although Mr. Herrera did not include this request in his list of proposed modifications to the final protective order, its omission appears to be inadvertent, as Mr. Herrera devoted an entire subsection of his brief to discussing the protective order's provisions regarding witness interviews.

2