IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al*.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE DISCOVERY INDEX OF AUDIO RECORDINGS** |

　　　　The undersigned is in receipt of Magistrate Judge Laurel Beeler's report and recommendation regarding the discovery index of audio recordings of: (1) consensual phone calls; (2) video recordings; (3) body wires; and (4) recorded jail calls (Dkt. No. 2174), as well as the underlying order for joint status statement (Dkt. No. 2114) and the parties' stipulated response to the order for joint status statement (Dkt. No. 2166). Because no objections were filed to Magistrate Judge Beeler's report and recommendation and the time has run, and because the undersigned has read the report and approves the findings therein, this order **ACCEPTS** and **ADOPTS** the report and recommendation in full. Accordingly, no further hearing on the discovery index of audio recordings is needed.

　　　　**IT IS SO ORDERED.**

Dated: September 10, 2010.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE