IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | **ORDER RE *IN CAMERA RELATED* OF REDACTIONS CHALLENGED IN LUIS HERRERA'S MOTION TO COMPEL PRODUCTION OF UNREDACTED DISCOVERY** |
| v. | |
| IVAN CERNA, *et al*. | |
| Defendants. | |

Defendant Luis Herrera moves for production of unredacted discovery (Dkt. No. 2111). Specifically, Mr. Herrera challenges redactions made to Daly City Police Department reports produced as S3000097 to S3000131. As stated at the September 13 hearing, the government must submit an unredacted version of these documents for *in camera* review by **FRIDAY, SEPTEMBER 16** at **NOON**. In this submission, the government must indicate its basis for its redactions.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE