IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTION TO CONTINUE DEADLINE TO FILE NOTICE OF INTENT TO SEEK DEATH PENALTY** |
| v. | |
| IVAN CERNA, *et al*. | |
| Defendants. | |

On September 1, the government moved for a continuance of the deadline to file any notice of intent to seek the death penalty (Dkt. No. 2184). As stated during the September 13 hearing, the government's motion is **GRANTED IN PART AND DENIED IN PART**.

The government's motion for a continuance of the deadline is **GRANTED** as to defendant Luis Herrera, on account of Mr. Herrera's addition to the case after the other death-eligible defendants. The government must file any notice of intent to seek the death penalty against Mr. Herrera by **NOVEMBER 1** at **NOON**.

As to all other death-eligible defendants, the government's motion is **DENIED**. The government has had ample time to make its decision and even in its present motion fails to establish that the existing deadline cannot be met. Moreover, there is a pressing need to know the government's decision so that the balance of the case can proceed, including follow-on motions and, if possible, dispensing with one of two CJA counsel appointed for death-eligible defendants. Nonetheless, the government's deadline to file any notice of intent to seek the death penalty for

1 these defendants will be extended to **SEPTEMBER 24** at **NOON,** owing to the possibility that the
2 government relied on the pendency of its eleventh-hour motion.

3 As the deadline for the government's notice of intent to seek the death penalty has been
4 extended, the deadline for the filing of suppression motions by non-noticed, death-eligible
5 defendants will be similarly extended. The deadline for all such defendants, except Luis Herrera,
6 to file suppression motions is now **OCTOBER 22** at **NOON**. Responses must be filed by
7 **NOVEMBER 10** at **NOON**. Replies must be filed by **NOVEMBER 17** at **NOON**. The hearing date is
8 continued to **DECEMBER 8** at **1:30 PM.**

9 If the government does not file a notice of intent to seek the death penalty for Luis
10 Herrera, any suppression motions by Mr. Herrera must be filed by **DECEMBER 1** at **NOON**.
11 Responses must be filed by **DECEMBER 15** at **NOON**. Replies must be filed by **DECEMBER 22** at
12 **NOON**. The hearing on any such motions will be held on **JANUARY 5, 2011,** at **1:30 PM**.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE