IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>                                         / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT LUIS HERRERA'S MOTION TO MODIFY FINAL PROTECTIVE ORDER** |

       Defendant Luis Herrera moves for modification of the final protective order (Dkt. No. 2046). As stated at the September 13 hearing, counsel for the government and counsel for Luis Herrera are to meet and confer on **FRIDAY, OCTOBER 8** to see if a stipulation can be reached. The parties must submit a joint status report on the results of the meet and confer by **TUESDAY, OCTOBER 12** at **NOON**. If the parties are unable to reach agreement on a modified protective order, the joint status report must be sufficiently detailed to apprise the undersigned of what disagreements remain.

       **IT IS SO ORDERED.**

Dated: September 14, 2010.

                                                WILLIAM ALSUP<br>
                                               UNITED STATES DISTRICT JUDGE