**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    No. CR 08-0730 WHA

11              Plaintiff,

12      v.                                         **NOTICE INVITING
                                                   MEMORANDA ON
13   IVAN CERNA, *et al*.                           *MILLENDER* DECISION**

14              Defendants.

15   _____/

16       All counsel are invited to submit by **FRIDAY, SEPTEMBER 17** at **NOON** a memorandum on

17   the applicability of *Millender v. County of Los Angeles*, __ F.3d __, 2010 WL 3307491 (9th Cir.

18   Aug. 24, 2010) (*en banc*), to any of the pending suppression motions.  Each memorandum is

19   limited to 5 pages.

20

21   Dated:  September 15, 2010.

22                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28