IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER GRANTING DEFENDANT LUIS HERRERA'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM CYNTHIA FUNG** |

During the August 4 hearing, the government and counsel for defendant Luis Herrera agreed that Ms. Cynthia Fung would only testify as a percipient witness, that Ms. Fung would not be identified as an expert during trial, and that the government would be permitted to ask Ms. Fung questions about her background and qualifications. This agreement appeared to render moot Mr. Herrera's motion to preclude Ms. Fung from offering expert testimony (Dkt. No. 1850). To ensure this is what the parties intended, the undersigned ordered counsel for Mr. Herrera and counsel for the government to file any necessary clarification by August 25, barring which Mr. Herrera's motion as to Ms. Fung would be granted without exception (Dkt. No. 2102). As no such clarification has been filed, Mr. Herrera's motion as to Ms. Fung is **GRANTED**. Ms. Fung will not be permitted to offer expert testimony at trial.

**IT IS SO ORDERED.**

Dated: September 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE