IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT GUEVARA'S MOTION FOR RECONSIDERATION TO STRIKE OVERT ACTS 114, 115, 116 AS SURPLUSAGE** |

Defendant Angel Noel Guevara moves for reconsideration of the April 9 order denying his motion to dismiss and his motion to strike overt acts from the third superseding indictment (Dkt. No. 2205). Although Mr. Guevara now only challenges overt acts 114, 115, and 116, rather than *all* of the overt acts, Mr. Guevara concedes that his submission is a motion for reconsideration.

Civil Local Rule 7-9, as made applicable to criminal cases through Criminal Local Rule 2-1, specifies that no party may notice a motion for reconsideration without first obtaining leave of court to file such a motion. As Mr. Guevara's motion specifies why he believes reconsideration is appropriate, his motion will be considered a request for leave to file a motion for reconsideration. The remainder of his motion, however, will not be considered unless the undersigned determines reconsideration is warranted.

Any response by the government to Mr. Guevara's request for leave to file a motion for reconsideration must be submitted by **SEPTEMBER 24** at **NOON**. No reply or hearing on the

motion will be required.  As discussed at the September 13 hearing, the September 21 hearing date is vacated.

**IT IS SO ORDERED.**

Dated:  September 16, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2