IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al*.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. CR 08-0730 WHA<br><br>**ORDER RE DEADLINES FOR NON-NOTICED DEATH-ELIGIBLE DEFENDANTS** |

In light of the fact that the government provided its notice of intention not to seek the death penalty against any defendant only one day after the earlier deadline, the deadlines for suppression motions established in the September 14 order are hereby vacated (Dkt. No. 2257). The briefing schedule for suppression motions by defendants Cesar Alvarado, Walter Chinchilla-Linar, Jonathan Cruz Ramirez, Erick Lopez, Guillermo Herrera, and Luis Herrera will be as follows. The deadline to file suppression motions is **OCTOBER 22** at **NOON**. Responses must be filed by **NOVEMBER 12** at **NOON**. Replies must be filed by **NOVEMBER 19** at **NOON**. The hearing date will be **DECEMBER 8** at **8:00 AM.**

As per the previous scheduling orders, all defendants are now set for trial on March 7, 2011. The government and the non-noticed, death-eligible defendants have until **WEDNESDAY, SEPTEMBER 22** at **NOON** to file any memoranda raising any other unanticipated scheduling issues as a result of the government's decision not to seek the death penalty against any defendant.

**IT IS SO ORDERED.**

Dated: September 17, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE