IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN CERNA, *et al*.

Defendants.
                                                              /

No. CR 08-0730 WHA

**ORDER RE BRIEFING ON EXPRESSION OF DEGREE OF CERTAINTY FOR LATENT FINGERPRINT "MATCHES" BASED ON ACE-V METHOD**

In his *Daubert* motion to exclude the testimony of latent fingerprint identification expert Joanne Del Bene, defendant Luis Herrera challenged the degree of certainty that can be expressed along with any "match" found using the ACE-V method (Dkt. No. 1851). As the expert disclosures for Ms. Del Bene and the government's briefing on the *Daubert* challenge to Ms. Del Bene did not address this issue, the September 1 order limited Ms. Del Bene to stating her findings are to a "reasonable degree of certainty in the latent print examination field" (Dkt. No. 2185). This ruling, however, was subject to revision if the government objected and made an adequate showing that a stronger statement was warranted (*ibid*.). The government has objected and will now be given an opportunity to show that a stronger statement is warranted (Dkt. No. 2282).

The government must submit its briefing on this issue by **OCTOBER 5** at **NOON**. Any response by defendant Luis Herrera must be submitted by **OCTOBER 13** at **NOON**. Any reply by the government must be submitted by **OCTOBER 15** at **5 P.M.**

The government must specify what degree of certainty it proposes. Additionally, the government shall take care to specifically address the degree of certainty that can be expressed for matches found when examining *latent* fingerprints using the ACE-V method. Although proffers based on other types of fingerprints, such as inked fingerprints, may provide general background as to the nature of fingerprints, they are unhelpful for resolution of issues unique to *latent* fingerprints — which are the type of fingerprints at issue in this case.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE