IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.,<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**REQUEST FOR RESPONSE FROM ALL DEFENSE COUNSEL RE USE OF COPIED HARD DRIVE AT TRIAL** |

Rodil Nochez has moved for return of his property seized by the government, including his laptop computer. The government has argued against the return of Mr. Nochez's laptop computer, asserting that it has a continuing evidentiary need for materials located on the hard drive of the laptop computer. The government, however, has stated that it would be amenable to returning Mr. Nochez's laptop computer if all remaining defendants in the action stipulate that a copy of the hard drive from the laptop computer may substitute for the original laptop computer and waive chain-of-custody objections or other objections regarding the unavailability of the original laptop computer.

By **MONDAY, OCTOBER 25** at **NOON**, all defense counsel must file a statement specifying whether his/her client: (1) will agree to the government using a *copy* of the hard drive of Mr. Nochez's laptop computer rather than the original laptop computer; and (2) will waive chain-of-custody arguments regarding the unavailability of the original laptop computer, so long as the government makes the copied hard drive available for inspection and comparison to the original by defense counsel.

Of course, any agreement to the use of the copied hard drive, rather than the original laptop computer, will not be deemed to waive any separate substantive arguments as to the admissibility of the materials on the copied hard drive.

**IT IS SO ORDERED.**



Dated: September 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2