IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE DEGREE OF CERTAINTY TO BE EXPRESSED BY EXPERT JOANNE DEL BENE** |

The government has acquiesced solely for the purposes of this case that Joanne Del Bene's expert opinion will be expressed to a "reasonable degree of certainty in the latent print examination field" (Dkt. No. 2342). No further briefing is necessary at this time. Accordingly, the deadlines established in the October 6 order are hereby **VACATED** (Dkt. No. 2335).

**IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE