1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                No. CR 08-0730 WHA
11              Plaintiff,
                                              **NOTICE AND OPPORTUNITY TO**
12     v.                                     **COMMENT OR OBJECT RE JUROR**
                                              **HARDSHIP QUESTIONNAIRE**
13   IVAN CERNA, *et al.*,
14              Defendants.
                                    /
15
16        Given the anticipated length of trial (to begin on March 7, 2011), the undersigned

17   proposes to mail to prospective venire persons the attached letter and hardship pre-screening

18   questionnaire.  Any objection thereto must be filed by **FRIDAY, OCTOBER 22** at **NOON**.

19        The undersigned does not contemplate the use of any questionnaire except for the attached

20   hardship questionnaire.  Accordingly, the attached documents will be sent to prospective venire

21   persons on January 24, 2011.

22
23
24   Dated:  October 14, 2010.                    _____
25                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
26
27
28

United States District Court
For the Northern District of California

January 24, 2011

Dear Prospective Juror:

Your name has been drawn at random as a prospective juror in this Court.  Although you may not reside in San Francisco, you are still subject to jury service in this *federal* court, as the jurisdiction of the Northern District of California covers 15 counties.

During your service interval, a criminal prosecution of somewhat long duration is scheduled to begin trial.  The sole purpose of the enclosed questionnaire is to assist the Court in determining your availability to serve as a juror in that case.  Please complete the enclosed questionnaire and the juror information portion of your summons and return both in the enclosed envelope **no later than February 14, 2011.**

The policy of this Court is that prospective jurors, who are otherwise qualified for service, are excused only under very limited circumstances.  You may be excused on request if:

(1)     You are over 70 years of age;
(2)     You reside more than 80 miles from the courthouse at 450 Golden Gate Avenue in San Francisco;
(3)     You are responsible for the care of a child under the age of 12, an aged or infirm person and you are not otherwise employed; or
(4)     You have served as a juror within the last year.  Note that prior service is defined as having been required to report to the courthouse — not simply having been on-call.  Any statement by another court excusing you for any period of time applies to that court only and has no effect on this summons.

All other requests to be excused will be reviewed by the Judge and may require supporting documentation as set forth in question two of the questionnaire.

You will receive written notification *ONLY* if your request to be excused is granted.  All other prospective jurors shall follow the instructions on the enclosed summons.  Please note that instead of excusing you, the Court may choose instead to postpone your service to a later date or to assign you to other shorter trials that may be scheduled to begin during your on-call period.

Serving on a case such as this is a service to your country and community.  It is an important obligation of citizenship and is greatly appreciated by this Court.

Very truly yours,

RICHARD W. WIEKING, CLERK


By: _____
       N. David Weir
       Deputy Clerk/Jury Administrator

# AVAILABILITY TO SERVE QUESTIONNAIRE

*Judge William Alsup requests that you answer the following questions relating to your availability to serve as a juror in this case:*

### QUESTION ONE

In this case, it may take approximately three months for presentation of the evidence, closing arguments, and for the jury to decide the case.  Prospective jurors will report to the courthouse on **MARCH 1, 2011**, for orientation and jury selection.  Jury selection may take up to four days.

The selected jurors will then return to court for the trial itself to begin on **MARCH 7, 2011**.  During trial, the schedule for selected jurors will be Monday through Friday from 7:45 a.m. to 1:00 p.m., with appropriate comfort breaks.  Court will <u>not</u> be in session on May 30, 2011, in observance of Memorial Day.  The Court believes the case will be completed by **JUNE 10, 2011**, although this cannot be guaranteed.

Are you available to serve as a juror in this case for the period of time described above?

☐ **YES**, I am available.

☐ **NO**, I am not available.
[If you check this box, you MUST answer question two.]

YOUR NAME: _____
(*Printed*)

DAYTIME PHONE: _____   HOME PHONE: _____

OCCUPATION: _____   EMPLOYER: _____

*I hereby declare under pain and penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.*

DATE: _____   _____
(*Your Signature*)

QUESTION TWO

If you answered "no" to question one, please explain below, in detail, why you cannot serve as a juror in this case for the time period described.

1.     If you have travel plans, you <u>must</u> provide your exact dates of travel, whether you have already purchased tickets, and whether the tickets are refundable.

2.     If you claim financial hardship, you <u>must</u> set forth your employer's policy concerning paying you while on jury service.  Please note that hardship to your employer is NOT a basis for answering "no".  If you are self-employed, please explain why you cannot temporarily adjust your schedule.

3.     If you claim child care needs, please indicate the age(s) of your child(ren), the earliest/latest times you can drop off/pick up your child(ren).  If you are married, you must explain why your spouse cannot handle this duty in your place.

4.     If you are a student, you must set forth your daily class schedule.

5.     If you claim medical disability, you must state the specific nature of the disability and why you believe it prevents you from serving.  If you are employed, you must state why you are able to work, but unable to serve as a juror.

6.     If you claim prior jury service within the past 12 months, you must submit a certificate or other proof of attendance from the court in which you served, showing the date(s) you were physically present in court.  A copy of a summons is <u>not</u> acceptable.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Because the Court may assign you for jury selection in other pending matters, if more than one reason applies to your situation, please provide explanations for all.  For example, if you are traveling in March <u>and</u> your employer only pays you for 10 days jury service time, you should provide both explanations.*