IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                                     / | No. CR 08-0730 WHA<br><br>**NOTICE RE STIPULATED PROTECTIVE ORDER SUBMITTED BY THE GOVERNMENT AND COUNSEL FOR LUIS HERRERA** |

      After meeting and conferring, the government and defense counsel for Luis Herrera jointly submitted an agreed-upon proposed protective order (Dkt. No. 2372). This stipulated protective order has been accepted and entered as to defendant Luis Herrera only (Dkt. No. 2374).

      The undersigned presumes that the government intends for the protective order to also apply to any joining defendants and defense counsel. The government must confirm or deny this presumption by **FRIDAY, OCTOBER 15** at **NOON**.

      Defense counsel who wish to join in the protective order for themselves and their clients must do so explicitly by filing a joinder motion by **FRIDAY, OCTOBER 15** at **NOON**. All joinder motions must state agreement to be bound by the protective order and must be signed by *all* defense counsel for the joining defendant.

**IT IS SO ORDERED.**

Dated: October 18, 2010.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE