RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California  94103
Telephone:     (415) 553-1147
Facsimile:      (415) 553-1999
E-Mail:          Ronnie.wagner@sfgov.org

Attorney for
SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, et al (LOPEZ),<br><br>Defendants. | Case No. CR-08-0730 WHA<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

That any information and/or documents from the S.F.P.D. Personnel and/or Management Control Division files are subject to the Protective Order set forth below:

**PROTECTIVE ORDER**

1) The above documents and related information [hereinafter, "documents"] are disclosed only for purposes of defending the underlying criminal action.

2) The documents shall not be disclosed to any person except:
   a. Counsel of record for defendant,

   b. Employees/agents of such counsel, necessary to assist counsel in the defense in this criminal action,

   c. Witnesses or complainants, only where necessary to refresh recollection relative to witnesses' own prior statements; witnesses will not be allowed access to any information other than their own prior written statement.

   d. The Court

3) Any person receiving any of the documents shall not reveal or discuss such documents to or with any person not entitled to receive such documents pursuant to Paragraph 2, supra.

4) Any papers filed with the Court that append any of the documents or make reference to the matters derived therefrom shall be filed under seal.

5) Within thirty (30) days after the conclusion of the above-captioned criminal action, all of the documents, and all copies thereof, shall be returned to S.F.P.D. Legal Division.

6) S.F.P.D. Legal Division actions taken in compliance with this order shall not operate as an admission that any particular document is admissible in evidence at the trial of this action. Production by the Legal Division does not constitute a waiver of any privilege or evidentiary objection with respect to admissibility.

**IT IS SO ORDERED.**

DATED:   October 19, 2010.

_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE