**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL NOEL GUEVARA, *et al.*,<br><br>Defendants.<br>                                                                 / | No. CR 08-0730 WHA<br><br>**NOTICE RE DEFENDANT GUEVARA'S MOTION TO COMPEL ORIGINAL PHOTOGRAPHIC LINE-UPS** |

On October 5, defendant Angel Noel Guevara moved to compel the government to allow inspection of the original photographic line-ups shown to the witnesses and victims of the stabbings on December 26, 2007 (Dkt. No. 2334). The government filed no opposition to the motion. Thereafter, the undersigned ordered the government to bring the original photographic line-ups to the October 19 hearing (Dkt. No. 2360).

At the hearing, the parties notified the undersigned that the government had already allowed defense counsel to inspect the original photographic line-ups and provided defense counsel with high-quality color copies of the photographic line-ups. Accordingly, the motion is moot and requires no further action from the undersigned.

Dated: October 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE