MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/7301
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. S3-08-CR-0730-WHA |
| ) | |
|    v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| IVAN CERNA, et al., ) | ORDER |
| ) | |
|    Defendants. ) | |

      The Government respectfully submits this Stipulation and Proposed Order to request that the evidentiary hearing scheduled to continue on October 22, 2010 vacated pending rescheduling of a new date due to a death in the scheduled witness's family. The parties hereby stipulate and agree to the following:

      1.    On October 12, 2010, the Court began taking testimony from the Government's proposed gang experts. Detective Frank Flores of the Los Angeles Police Department testified on October 12, 2010 and October 13, 2010, and following Detective Flores, Sergeant Mario

-2-

1 Molina of the San Francisco Police Department began his testimony on October 13, 2010. By the end of the October 13, 2010 session, Sergeant Molina had not completed his testimony, so the Court scheduled the continuation of Sergeant Molina's testimony for 7:30 am on October 22, 2010.

2. Earlier today, Sergeant Molina called the undersigned counsel for the Government and stated that his father-in-law had died and that he would be unavailable because he had to attend to family in light of this sad event. The Government subsequently contacted Martin Sabelli, Esq., and Mark Goldrosen, Esq., who have been the principal defense attorneys handling the evidentiary hearing, and advised them of Sergeant Molina's unavailability. After conferring with the other defendants, Messrs. Sabelli and Goldrosen agreed to continue the October 22, 2010 evidentiary hearing.

3. Accordingly, the Government would respectfully request that the October 22, 2010 evidentiary hearing be vacated for now pending rescheduling of a new date. Because Sergeant Molina is presently attending to his family, the Government has not had an opportunity to confer with Sergeant Molina regarding his future availability. The Government would suggest that the parties propose some new dates for the Court's consideration after it confers with the defense, and after giving Sergeant Molina and his family an appropriate amount of time to mourn the loss of their loved one.

//

4. The October 25, 2010 appearance of Sergeant Dion McDonnell of the San Francisco Police Department will proceed as scheduled.

SO STIPULATED.

          MELINDA HAAG
          United States Attorney

Dated: October 20, 2010         /s/
          W.S. WILSON LEUNG
          Assistant United States Attorney

Dated: October 20, 2010         /s/
          MARTIN SABELLI, ESQ.
          Counsel for Guillermo Herrera

          MARK GOLDROSEN, ESQ.
          Counsel for Cesar Alvarado

          On behalf of the defense

SO ORDERED.

Dated: October _ 21 _, 2010

          HON. WILLIAM ALSUP
          United States District Judge