JOYCE M. HICKS, Executive Director, State Bar No. 76772
Inés V. Fraenkel, Esq., Chief Attorney, State Bar No. 108113
R. Manuel Fortes, Esq., Trial Attorney, State Bar No. 139249
Office of Citizen Complaints
City and County of San Francisco
25 Van Ness Avenue, Suite 700
San Francisco, California  94102
Telephone: (415) 241-7711
Facsimile:  (415) 241-7733
E-mail: rmanuel.fortes@sfgov.org

Attorneys for
Office of Citizen Complaints

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>　　v.<br><br>IVAN CERNA, et al.<br><br>　　Defendants. | Case No. CR-08-0730 WHA<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

Disclosure of materials produced by the Office of Citizen Complaints in response to defendant Erick David Lopez's subpoena for officer personnel records is likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than defending this litigation would be warranted.  Accordingly:

IT IS HEREBY ORDERED that all information furnished to Peter Goodman, Esq., attorney for defendant herein, Erick David Lopez, pursuant to Court Order shall be kept confidential and used solely in connection with the preparation and trial of this criminal adjudication.

FURTHER:

1) Use of the information produced is limited to counsel for the parties and their agents in this case, and to any experts or investigators employed thereby, and shall not be disseminated, either in writing or orally, to persons not having a need to, or access to (including the media) the disclosed material for any purpose whatsoever, including for the purposes of preparing this matter for trial.

2) On final disposition of this case, counsel shall promptly, without request or further court order, return all confidential released materials to the Office of Citizen Complaints of the City and County of San Francisco.

**IT IS SO ORDERED**

DATED:  October 22, 2010.



_____
    HONORABLE WILLIAM H. ALSUP
    UNITED STATES DISTRICT JUDGE