United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE RESPONSES TO NOTICE RE JUROR HARDSHIP QUESTIONNAIRE** |
| IVAN CERNA, *et al.*, | |
| Defendants. | |

Defendants Jonathan Cruz Ramirez and Rafael Montoya have submitted responses to the undersigned's request for comment on the proposed juror hardship questionnaire (Dkt. Nos. 2399, 2414). These responses included a number of requests and objections, which are ruled on as follows.

*First*, the request for jury selection to begin on **MARCH 7, 2011**, rather than the proposed date of March 1, 2011, is **GRANTED**. This should address both Attorney Philipsborn's concerns about unavailability and Attorney Goldrosen's concerns about preparation of counsel.

*Second*, defense counsel's request for a substantive juror questionnaire is **DENIED**. If, however, defense counsel submits a questionnaire in the form defense counsel proposes to use, the undersigned will consider it. Any such proposed questionnaire must be submitted by **FRIDAY, NOVEMBER 5** at **NOON**.

*Third*, defense counsel's request to modify the hardship policy as stated in the proposed letter to prospective jurors is **DENIED** (Dkt. No. 2371 at 2). The Northern District of California's hardship policy — which allows prospective jurors to be excused upon request in very limited

circumstances — was established by General Order 6, which has never been held to be invalid. Defense counsel has cited zero authority to support the proposition that General Order 6 is illegal or unconstitutional. Similarly, defense counsel's objection to jury selection proceeding "at roughly the same time as the well known Barry Bonds case" is overruled (Dkt. No. 2399).

Finally, by **THURSDAY, NOVEMBER 4** at **NOON**, the government must submit its response to defense counsel's objections regarding: (1) the estimated length of trial; and (2) the duration of jury selection. After receiving the government's response, the undersigned will modify the estimates articulated in the juror hardship questionnaire if necessary.

**IT IS SO ORDERED.**

Dated: October 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2