IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>IVAN CERNA, *et al.*,<br><br>   Defendants.<br>                                                           / | No. CR 08-0730 WHA<br><br>**NOTICE RE INCOMPLETE JOINDERS TO STIPULATED PROTECTIVE ORDER AND REQUEST FOR GOVERNMENT CONFIRMATION RE JOINDERS** |

In some instances only one of two counsel of record for a defendant signed a joinder to the stipulated protective order. As discussed at the October 25 hearing, only counsel who have signed onto the stipulated protective order may have access to protected material. If failure of second counsel to sign a joinder was an oversight, then second counsel shall submit a signed joinder no later than **TOMORROW**, **OCTOBER 27** at **NOON**.

Similarly, the undersigned has not received joinders from defendants Marvin Carcamo or Jose Quinteros. Joinders must be submitted no later than **TOMORROW**, **OCTOBER 27** at **NOON**. The undersigned, however, has been informed that counsel for defendant Quinteros may be out of the country. If this is the case, counsel may have until his return to file a joinder.

Finally, the undersigned has not received confirmation from the government that it intends for the stipulated protective order to apply to all joining defendants and defense counsel (Dkt. No. 2377). The government is to confirm whether it intends for the protective order to apply to all joining defendants and defense counsel no later than **TOMORROW, OCTOBER 27** at **NOON**.

Dated: October 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE