IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER SEALING GOVERNMENT'S SUPPLEMENTAL LIST OF PROTECTED CIVILIAN WITNESSES** |
| IVAN CERNA, *et al.*, | |
| Defendants. | |

For good cause shown, the government's supplemental list of protected civilian witnesses dated October 25, 2010, and submitted *ex parte* to the undersigned on October 26, 2010, will be filed under seal. This sealing order, however, need not be filed under seal as it does not contain any sensitive material.

**IT IS SO ORDERED.**

Dated: October 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE