**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.,<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANTS TO SUBMIT PROPOSED QUESTIONNAIRE** |

The current deadline for defendants to submit a proposed substantive juror questionnaire is Friday, November 5 (Dkt. No. 2427). Defendant Rafael Montoya, on behalf of a number of defendants, requests an extension of this deadline (Dkt. No. 2464). The deadline will be extended to **MONDAY, NOVEMBER 15** at **NOON**.

**IT IS SO ORDERED.**

Dated: November 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE