IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>  Defendants.<br>                                                      / | No. CR 08-0730 WHA<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON GANG EXPERTS AND DEFENDANT GUILLERMO HERRERA'S MOTION FOR DISCLOSURE OF BASIS OF GANG EXPERT OPINIONS** |

Any supplemental briefing by defendants regarding the government's proposed gang expert testimony must be submitted by **THURSDAY, NOVEMBER 11** at **NOON**. Any response by the government must be submitted by **WEDNESDAY, NOVEMBER 17** at **NOON**.

Additionally, any response by the government to defendant Guillermo Herrera's recently-filed motion for disclosure of basis of expert opinion is due by **THURSDAY, NOVEMBER 11** at **NOON** (Dkt. No. 2485). Any reply by defendant Herrera is due by **WEDNESDAY, NOVEMBER 17** at **NOON**.

The parties will be notified if a hearing on defendant Herrera's motion or on the supplemental briefing is required.

**IT IS SO ORDERED.**

Dated: November 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE