IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT GUILLERMO HERRERA'S MOTION FOR CLARIFICATION OF USE OF REAL NAMES FOR SF 1211 AND SF 1218** |

      Counsel for defendant Guillermo Herrera requests clarification regarding whether the defense may use the true names of SF-1211 and SF-1218 in open court (Dkt. No. 2493).

      Counsel may refer to SF-1218 by his real name in open court. SF-1218 testified at the trial of Rodil Nochez and his identity was freely discussed in open court during that trial (Mar. 3 Tr. 278:7–9; Mar. 8 Tr. 952:15–18). Moreover, at the October 12 evidentiary hearing, the government agreed that SF-1218's name was in the public record and did not object to counsel's identification of SF-1218 (Oct. 12 Tr. 126:7–14).

      In contrast, counsel must not refer to SF-1211's alleged name in open court or in public filings. Although a prior filing by defendant Douglas Largaespada purported to identify SF-1211, a subsequent order made clear that this "identification" was no more than mere speculation (Dkt. No. 632 at 19). Indeed, the order rejected defendant Largaespada's request that the government be required to identify SF-1211. Accordingly, the Largaespada filing does not demonstrate that SF-1211's true identity is publicly known. Furthermore, the recent protective order does not contain a waiver provision such that *any* prior public disclosure of an individual's status as a

government witness or informant waives his or her protection under the order (Dkt. No. 2374). Given the large number of court filings and voluminous discovery in this matter, an individual's status as a government witness may be inadvertently disclosed on occasion. This should not be used as an excuse to widen the breach.

Once, however, the government identifies SF-1211 by name as a trial witness (or otherwise) in a public filing, then his name may be freely used in public filings by all.

The page of the transcript wherein SF-1211's identity was referenced shall be filed under seal and his name shall be redacted.

**IT IS SO ORDERED.**

Dated: November 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2