United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT GUILLERMO HERRERA'S REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE** |

Defendant Guillermo Herrera requests modification of the post-hearing briefing schedule regarding the admissibility of the government's proposed gang-expert testimony (Dkt. No. 2503). This request is **DENIED**. The briefing schedule established in the November 2 order will not be changed (Dkt. No. 2497).

**IT IS SO ORDERED.**

Dated: November 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE