IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER REQUESTING BRIEFING FROM PARTIES RE IMPACT OF STIPULATED PROTECTIVE ORDER ON *BRADY* DISCLOSURE DEADLINE AND DISCLOSURE OF LIST OF PROTECTED WITNESSES** |

Given the entry of the new stipulated protective order — which has been joined in by all defendants and counsel with the exception of Attorney Jason Nelson — the parties are requested to respond to the following two questions:

(1) Should the disclosure deadline for non-Jencks *Brady* material relating to specific government civilian witnesses be changed (Dkt. No. 2513 at 5)?

(2) If the government does not provide a list of protected witnesses to defense counsel, what information does the stipulated protective order protect?

Responses from the government and defendants must be submitted no later than **WEDNESDAY, NOVEMBER 17** at **NOON.** The submissions must be no longer than 15 pages. All defendants must join in the same submission unless special circumstances warrant a separate submission. If this is the case, counsel must explain what these special circumstances are. Replies are due by **FRIDAY, NOVEMBER 19** at **NOON** and must be no longer than 7 pages.

Please note that the partes' submissions must be limited to the aforementioned issues. As discussed at the November 5 hearing, objections or requests must be brought through proper motion.

**IT IS SO ORDERED.**

Dated: November 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2