IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.,<br><br>    Defendants.<br>                                      / | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING RE DISCLOSURE OF IDENTITIES OF INFORMANTS "A" AND "B" AS BASES OF EXPERT OPINIONS** |

Defendant Guillermo Herrera moves for disclosure of the identities and statements of informants "A" and "B" as bases of the expert opinions of Sergeant Mario Molina and Sergeant Dion McDonnell (Dkt. No. 2545). The government shall incorporate its response to defendant Herrera's motion in its response to the motions seeking disclosure of the Perez memorandum and statements made by co-defendant Manuel Franco, currently due **FRIDAY, NOVEMBER 12** at **NOON** (Dkt. Nos. 2497, 2533).

In its response, the government must address whether or not Sergeant McDonnell relied on informants A and B in coming to his opinions. When inquiring with Sergeant McDonnell regarding whether he relied on informants A and B, the government shall be careful to not inform Sergeant McDonnell of Sergeant Molina's testimony on the issue prior to obtaining Sergeant McDonnell's response.

Any reply by defendant Herrera shall be incorporated into his reply currently due on **WEDNESDAY, NOVEMBER 17** at **NOON**.

As stated at the November 5 evidentiary hearing, the issue may also be further addressed in the post-hearing supplemental briefing regarding the admissibility of the gang expert testimony (Tr. 1020). Accordingly, if any concerns regarding the identities of informants A and B are not already addressed by the motion filed by defendant Herrera, these should be addressed in defendants' briefing due **FRIDAY, NOVEMBER 12** at **NOON** (Dkt. No. 2497).

**IT IS SO ORDERED.**

Dated: November 9, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2