IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS HERRERA, *et al.*,<br><br>  Defendants.<br>  / | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT LUIS HERRERA'S MOTION TO ADVANCE NOTICE OF FRE 404(b) OTHER ACTS EVIDENCE AND MODIFYING DEADLINE FOR CERTAIN PRETRIAL MOTIONS** |

Defendant Luis Herrera moves to advance the deadline for the government to provide notice to the defense of any uncharged crimes, wrongs, or acts it may seek to introduce into evidence pursuant to FRE 404(b) (Dkt. No. 2553).[1] This motion is **DENIED**. The deadline established in prior orders will remain unchanged (Dkt. Nos. 1921, 2513).

To accommodate the concerns raised in the motion, however, the deadline for motions described in section nine of the updated scheduling order will be changed to **JANUARY 26** at **NOON** (Dkt. No. 2513 at 6). The deadline for oppositions will be changed to **FEBRUARY 2** at **NOON**. This deadline change applies to all parties.

**IT IS SO ORDERED.**

Dated: November 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] Defendants Aristedes Carcamo, Wilbert Castillo, Ivan Cerna, Jonathan Cruz-Ramirez, Walter Cruz-Zavala, Moris Flores, Angel Noel Guevara, Guillermo Herrera, and Rafael Montoya move to join in the motion. These joinder motions are **GRANTED**.