IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANTS' PROPOSED SUBSTANTIVE JUROR QUESTIONNAIRE AND REQUEST FOR COMMENTS ON ATTACHED QUESTIONNAIRE** |

    Defendant Rafael Montoya, on behalf of all remaining defendants except defendant Manuel Franco, has submitted a 21-page proposed substantive juror questionnaire containing 94 questions and numerous sub-questions (Dkt. No. 2599-1). The proposed questionnaire will not be adopted. It is far too burdensome, oppressive, and is largely designed to condition jurors.

    There is no right to a juror questionnaire and ordinarily one would not be allowed. Nonetheless, the undersigned will consider adopting the attached questionnaire prepared by the Court for prospective jurors to complete approximately one week prior to jury selection. Before a decision is made on whether the attached questionnaire will be used, however, counsel will be given an opportunity to comment by **FRIDAY, NOVEMBER 19** at **NOON**.

    **IT IS SO ORDERED.**

Dated: November 16, 2010.

                                                      WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE

**JUROR QUESTIONNAIRE**

This questionnaire will be used to assist the Court and the parties in this case to determine whether you should serve as a juror in this criminal case.

Please fill out this form in ink and answer each of the questions honestly and completely. There are no right or wrong answers. Your answers will be shared with the Court and the parties but will not be available to the public without a court order.

Do not write on the back of any page. If the space provided is not adequate for you to complete your answer, please continue your answer on the last page of the questionnaire.

1. Juror Number: _____

2. Name: _____

3. City of Residence: _____

4. Age: _____

5. Occupation: _____

6. How far did you go in school? _____

7. What languages do you understand? _____

8. Have you or a loved one ever been a victim of a crime?

   ☐ Yes    ☐ No

   If yes, please describe: _____

   _____

   _____

9. Have you or a loved one ever had a particularly good or bad experience with law enforcement officers?

   ☐ Yes    ☐ No

   If yes, please describe: _____

   _____

   _____

10. This case involves allegations that the defendants were members of a gang known as MS-13 or La Mara Salvatrucha and that they conspired to commit and did commit various crimes, including murders in the Mission District of San Francisco and other portions of the Bay Area. What have you heard, seen, or read about this or the alleged gang?

_____

_____

_____

11. Has your life been affected by any gang activity?

☐ Yes    ☐ No

If yes, please explain: _____

_____

_____

_____

12. How do you feel about immigration from Central America and Mexico?

_____

_____

_____

_____

13. Circle whether you mostly agree or disagree with these statements:

   a. Illegal immigrants from Central America or Mexico are responsible for more than their share of street crime in California.

      *Agree*        *Disagree*

   b. Most illegal immigrants from Central America come here to find honest jobs.

      *Agree*        *Disagree*

14. Do you have any opinion about crime, gangs, drugs, or violence — all of which are alleged in this case — that would interfere with your ability to be fair and impartial in deciding as a juror whether the prosecution proved its allegations?

☐ Yes   ☐ No

If yes, please explain: _____

_____

_____

_____

**ADDITIONAL SPACE FOR CONTINUED ANSWERS**

*If you could not sufficiently answer any question in the space above, please use the following space to continue your answer. Please indicate the question number you are referring to.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**DECLARATION**

*I swear or affirm under penalty of perjury that the foregoing answers to the above questions are complete, true, and correct to the best of my knowledge and belief.*

DATED: _____   _____
SIGNATURE