1  JAMES S. THOMSON
   California Bar No. 79658
2  Attorney and Counselor at Law
3  819 Delaware St.
   Berkeley, California 94710
4  (510) 525-9123

5  JOSH A. COHEN
   California Bar No. 217853
6  633 Battery St., Suite 110
7  San Francisco, California 94111
   (415) 693-9173
8  josh@cohenlawsf.com

9  Attorneys for Defendant LUIS HERRERA

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA, | CASE NO. CR-08-0730 WHA
16 |        Plaintiff,         | **STIPULATION AND [PROPOSED]**
17 |        v.                 | **ORDER CONTINUING DEADLINE FOR FILING OF REPLY BRIEFS RE COURT'S INQUIRIES RE *BRADY***
18 | IVAN CERNA et al.,         | **MATERIALS AND STIPULATED PROTECTIVE ORDER**
19 |        Defendants.         |

20

21

22                  **STIPULATION**

23      WHEREAS on November 5, 2010 the Court issued an Order Requesting Briefing From

24 Parties Re Impact of Stipulated Protective Order on *Brady* Disclosure Deadline and Disclosure of

25 Protected Witnesses (Doc. #2532);

26      WHEREAS the parties submitted briefing in response to the Court's order on November

27 17, 2010;

28

WHEREAS the Court's November 5, 2010 Order directs the parties to submit any reply briefs by November 19, 2010;

WHEREAS the parties' respective opening briefs present substantial legal and factual issues requiring substantive responses;

WHEREAS the parties seek additional time to prepare their reply briefs to respond to the issues raised so as to facilitate a prompt and final resolution of these issues;

The parties hereby AGREE AND STIPULATE that the deadline for filing reply briefs in response to the Court's November 5, 2010 order should be continued to Monday, November 22, 2010 at 5:00 p.m.

IT IS SO STIPULATED.

DATED: November 18, 2010        __/s/_____
                                JAMES S. THOMSON
                                JOSH A. COHEN
                                Attorneys for LUIS HERRERA


DATED: November 18, 2010        __/s/_____
                                WILSON LEUNG
                                Assistant United States Attorney


### ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that the deadline for the parties to submit reply briefs in response to this Court's November 5, 2010 Order Requesting Briefing From Parties Re Impact of Stipulated Protective Order on *Brady* Disclosure Deadline and Disclosure of Protected Witnesses (Doc. #2532) shall be continued to Monday, November 22, 2010, at 5:00 p.m.

IT IS SO ORDERED.

DATED: __November 18__, 2010    _____
                                WILLIAM H. ALSUP
                                UNITED STATES DISTRICT JUDGE