JENNIFER SCHWARTZ (SBN 135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 Fourth Street, Suite 307
San Rafael, California 94901
Telephone: 415-460-2888
Facsimile: 415-460-2730

Attorney for Defendant
DANILO VELASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>IVAN CERNA, ET AL.,<br><br>Defendant. | Case No.: CR-08-0730 WHA<br><br>[PROPOSED] ORDER RE DEADLINE FOR FILING COMMENTS TO COURT'S JUROR QUESTIONNAIRE |

GOOD CAUSE APPEARING from the parties Stipulation and Proposed Order Re Deadline For Filing Comments To Court's Juror Questionnaire, IT IS HEREBY ORDERED that the deadline for filing comments to the Juror Questionnaire be extended. Comments shall now be filed **BY NOON** on Monday, November 22.

SO ORDERED.

Dated: November 18, 2010.

_____
Honorable William H. Alsup
United States District Court Judge

Case No. CR-08-0730 WHA