IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.,<br><br>Defendants.<br>                                                              / | No. CR 08-0730 WHA<br><br>**ORDER RE DISCLOSURE OF ANY GOVERNMENT DNA EXPERT** |

Although the government has confirmed that it has disclosed all of its case-in-chief expert witnesses, it has stated that it is presently assessing whether DNA testing methods have advanced such that a blood stain deemed too small for effective testing in 2008 may now be effectively tested (Dkt. No. 2568). The disclosure deadline for all of the government's case-in-chief experts was April 26, 2010 (Dkt. No. 998). Good cause would have to be shown before the government would be allowed to supplement its expert list for its case-in-chief.

That the technology to test the blood stain did not exist in 2008 does not mean that any new method (if there is one) could not have been performed prior to the disclosure deadline. At all events, whatever late disclosure the government would make on the subject — if any — must be made before **DECEMBER 31, 2010.**

**IT IS SO ORDERED.**

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE