IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE QUINTEROS, *et al.*,<br><br>  Defendants.<br>   / | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT QUINTEROS' SUPPRESSION MOTION AS UNTIMELY** |

On November 18, defendant Jose Quinteros filed a motion to suppress evidence (Dkt. No. 2626). The motion is **DENIED**. The deadline for motions to suppress by non-death eligible defendants was July 27 (Dkt. No. 1921). The instant motion offers absolutely no explanation for why it should be considered almost four months after the deadline.

It should also be noted that the incident challenged by the instant motion was also the subject of a suppression motion filed by defendant Wilbert Castillo in July (Dkt. No. 1990). All of the exhibits submitted in support of the instant motion were also submitted in support of defendant Castillo's motion. Defendant Castillo's motion was fully litigated and was ruled on two months ago (Dkt. No. 2300 at 5). Despite the opportunity to do so, defendant Quinteros did not join in defendant Castillo's motion.

**IT IS SO ORDERED.**

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE