IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERICK LOPEZ, *et al*.,<br><br>  Defendants.<br>                                                          / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT<br>ERICK LOPEZ'S UNOPPOSED<br>SUPPRESSION MOTION** |

Pursuant to stipulation, responses by the government to defendant Erick Lopez's three motions to suppress were due by **NOVEMBER 26** (Dkt. No. 2406). To date, the government has not filed a response to one of the three motions (Dkt. No. 2529). The government must advise the undersigned by **5 P.M. TOMORROW** whether it opposes the motion. If it does, it must submit any such opposition by that same time and show cause as to why the tardy submission should be considered.

If the government does oppose the motion, defendant Lopez will have until **DECEMBER 6** at **NOON** to file a reply.

**IT IS SO ORDERED.**

Dated: November 29, 2010.

  /s/ Wm Alsup
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE