**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE ANONYMOUS JURY ISSUE** |
| GUILLERMO HERRERA, *et al.* | |
| Defendants. | |

Defendant Guillermo Herrera moves to preclude use of an anonymous jury (Dkt. No. 2683). We will reserve ruling on the motion until the final pretrial conference when there will be a more clear picture as to which defendants will be tried and in how many trials.

As the motion is being reserved for ruling on a later date, if defendant Herrera wishes to file an amended motion, he may do so by **FRIDAY, JANUARY 7 AT NOON**. Any response by the government must be filed by **MONDAY, JANUARY 24 AT NOON**. Any reply the government may have to defendant Jonathan Cruz Ramirez's opposition to the government's request for an anonymous jury should be included in this response as well (Dkt. Nos. 2654, 2680). Any reply by defendant Herrera must be submitted by **FRIDAY, JANUARY 28 AT NOON**. The issue will be considered at the final pretrial conference on February 14.

**IT IS SO ORDERED.**

Dated: December 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE