1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA

11                 Plaintiff,

12      v.                                  **ORDER DENYING DEFENDANT LUIS
                                            HERRERA'S MOTION TO INCREASE
13   LUIS HERRERA, *et al*.                 JUROR COMPENSATION ABOVE
                                            DAILY STATUTORY MAXIMUM**
14                 Defendants.

15   _____/

16        Defendant Luis Herrera moves to increase compensation for jurors selected to serve in the

17   trial of this matter (Dkt. No. 2661).  Specifically, defendant Herrera requests juror compensation

18   exceed the $40 daily maximum set by 28 U.S.C. 1871(b)(1).  The motion is **DENIED**.  The hearing

19   noticed for December 8 is hereby **VACATED**.

20        Defendant Herrera has not provided any authority supporting his contention that the

21   statute violates the Fifth, Sixth, and/or Eighth Amendments.  Nor has he demonstrated that

22   application of the statute will result in an unrepresentative venire in his case.  Moreover, a section

23   of the statute not mentioned in the motion — 28 U.S.C. 1871(c) — addresses the issue of

24   additional compensation for jurors serving during lengthy trials.  After the tenth day of service,

25   jurors may be compensated an additional $10 per day.  *See* 28 U.S.C. 1871(c).  Should trial

26   proceed past the tenth day, the undersigned will authorize this additional compensation.

27        Defendants Wilbert Castillo, Ivan Cerna, Jonathan Cruz-Ramirez, Walter Cruz-Zavala,

28   Moris Flores, Giovanni Hernandez, Guillermo Herrera, Jose Quinteros, and Danilo Velasquez

**United States District Court**
For the Northern District of California

move to join in defendant Herrera's motion.  These joinder motions are **GRANTED**.

**IT IS SO ORDERED.**

Dated:  December 1, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28