IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERICK LOPEZ, *et al*.,<br><br>    Defendants.<br>                                          / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING DEFENDANT ERICK LOPEZ'S MOTION TO COMPEL PRODUCTION BY SFPD OF SUBPOENAED DOCUMENTS** |

Good cause appearing, defendant Erick Lopez's motion to compel the SFPD to produce the *Henthorn* materials specified in two subpoenas to the SFPD issued on June 24, 2009, and July 6, 2010, is **GRANTED** (Dkt. No. 2659). Despite ample opportunity, the SFPD has offered no objection to defendant's motion to compel (Dkt. No. 2609).

The SFPD is to produce the documents missing from its *Henthron* production, as detailed in defense counsel's November 22 publicly filed declaration and November 22 sealed declaration (Dkt. No. 2659-1). The production must be made no later than **DECEMBER 17** at **NOON**.

**IT IS SO ORDERED.**

Dated: December 8, 2010.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE