United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendant.<br>──────────────────────── / | No. CR 08-0730 WHA<br><br>**ORDER RE JOINDER MOTIONS RE MOTIONS TO EXCLUDE GANG EXPERTS AND DEFENSE POST EVIDENTIARY HEARING BRIEFING** |

A number of joinder motions have been filed in conjunction with the motions and briefing regarding the admissibility of gang-expert testimony. These joinder motions are ruled on as follows.

Defendants Alvarado, Marvin Carcamo, Castillo, Cerna, Chinchilla-Linar, Cruz-Ramirez, Cruz-Zavala, Flores, Franco, Guevara, Hernandez, Guillermo Herrera, Largaespada, Lopez, Maldonado, and Portillo move to join in Mr. Luis Herrera's motion (Dkt. No. 1912). These joinder motions are **GRANTED**.

Defendants Aristedes Carcamo, Cerna, Chinchilla-Linar, Cruz-Ramirez, Cruz-Zavala, Flores, Franco, Guevara, Hernandez, Luis Herrera, Lopez, Maldonado, and Montoya move to join in Mr. Alvarado's motion (Dkt. No. 1978). These joinder motions are **GRANTED**.

Defendants Aristedes Carcamo, Marvin Carcamo, Cerna, Chinchilla-Linar, Cruz-Zavala, Flores, Guevara, Hernandez, Luis Herrera, Maldonado, and Portillo move to join in Mr. Cruz Ramirez's reply (Dkt. No. 1963). These joinder motions are **GRANTED**.

All defendants were permitted to join in the same post-hearing briefs. Regardless, some defendants submitted explicit joinder requests. Defendants Aristedes Carcamo, Cruz-Ramirez, Cruz-Zavala, Flores, Guevara, Hernandez, Luis Herrera, Portillo, and Quinteros move to join in defendant Danilo Velasquez's post-hearing brief (Dkt. No. 2586). Defendants Aristedes Carcamo, Cruz-Ramirez, Cruz-Zavala, Flores, Guevara, Portillo, Velasquez move to join in defendant Guillermo Herrera's post-hearing briefs (Dkt. Nos. 2581, 2591). Defendant Quinteros moves to join in only one of defendant Guillermo Herrera's two briefs (Dkt. No. 2591). Defendant Guevara moves to join in defendant Rafael Montoya's post hearing brief (Dkt. No. 2580). Defendants Cruz-Ramirez, Flores, Guevara, Hernandez, Luis Herrera, Portillo, and Quinteros move to join in defendant Ivan Cerna's post hearing brief. These joinder motions, although unnecessary, are **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE