IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**NOTICE RE PARTIAL RETURN OF** ***HENTHORN*** **MATERIALS RECEIVED FROM SSFPD** |

     A subpoena to the SSFPD directed it to produce *Henthorn* material relating to 28 of its officers. The SSFPD produced original personnel records in response to the subpoena. Subsequent to this production, the government narrowed the list of law enforcement witnesses it intends to call at trial (Dkt. No. 2365). Only one SSFPD officer remains on this revised list — Officer Marty Mahon.

     The SSFPD has contacted the courtroom deputy and has requested that the records relating to SSFPD officers not on the government's witness list be returned. The SSFPD has offered assurances that should the list of law enforcement witnesses be modified, personnel records relating to any added SSFPD officers will be returned to the undersigned within one week. Accordingly, the records regarding all SSFPD officers except Officer Marty Mahon will be returned to the SSFPD on December 23.

Dated: December 21, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE