**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE GOVERNMENT ASSERTION OF WORK PRODUCT PROTECTION IN DOCKET NUMBER 2615** |
| IVAN CERNA, *et al*. | |
| Defendants. | |
| _____/ | |

The government has asserted that the notes of SFPD Sergeant Mario Molina are "protected from discovery as work product" pursuant to FRCrP 16(a)(2) (Dkt. No. 2615 at 2). In light of the government's repeated disavowals of the work product protection for local and state law enforcement material, it is assumed that the government's assertion of work product protection over SFPD Sergeant Molina's notes was a mistake (Dkt. Nos. 626, 692 at 17–18, 2341). If, however, the government has changed its position and now claims that SFPD material is protected work product under FRCRP 16(a)(2), it must notify the undersigned by **DECEMBER 30 AT NOON**.

**IT IS SO ORDERED.**

Dated:  December 23, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE