IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUESTING FURTHER GOVERNMENT SUBMISSIONS RE DEFENDANTS' SEVERANCE MOTIONS** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

The government has submitted its opposition to defendants' motions for severance (Dkt. No. 2808). In it, the government asserts that severance would be inappropriate except for defendant Manuel Franco. The submission, however, does not explain *why* it believes severance is appropriate for defendant Franco. By **THURSDAY, JANUARY 6 AT NOON**, the government is to submit a detailed, under seal explanation of why it believes a separate trial of defendant Franco is appropriate. The submission should also specify whether the government has made an agreement with any defense counsel that may call for other defendants to be tried in a separate trial with defendant Franco, if defendant Franco's severance motion is granted. All parties are reminded, however, that stipulations for severance require court approval.

Pursuant to FRCrP 14(b), by the same date and time, the government is to submit for *in camera* review any defendant's statement it intends to use at trial which may present *Bruton* issues.

**IT IS SO ORDERED.**

Dated: January 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE