IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                                   / | No. CR 08-0730 WHA<br><br>**NOTICE RE COMMENTS TO JURY SELECTION PROCEDURE** |

Comments and objections to the tentative jury selection procedure have been received. The undersigned thanks counsel for their input. The few issues that have surfaced will be addressed at the final pretrial conference, along with the issue of whether the jury will be anonymous. In the meantime, the key dates regarding jury selection are confirmed as follows:

- On **JANUARY 20**, the jury administrator will send a hardship questionnaire and summons to approximately 750 prospective jurors.

- By **FEBRUARY 17**, the jury administrator shall provide all counsel with hardship questionnaire responses for those venirepersons claiming hardship save for those already excused for clear-cut excuse under Article X of General Order No. 6. A list of *all* venirepersons will not be provided to counsel.

- By **FEBRUARY 28**, counsel shall jointly submit a list of those venirepersons they stipulate to be excused and those for whom a court ruling is required.

- By **MARCH 4**, the undersigned will rule as necessary on hardship excuses.

- Beginning on **MARCH 7**, venirepersons not excused for hardship will be provided with the substantive questionnaire to complete. This will be done in groups.
- Starting on **MARCH 9 AT 7:30 A.M.**, counsel and defendants shall be present in the courtroom for voir dire of the first group. This process will continue day to day until jury selection is complete.

Although there are severance motions pending which will be decided in due course, all counsel must be prepared to go to trial on March 7 rather than gambling on a severance motion being granted (*see* Dkt. Nos. 1921, 1922, 2285, 2513).

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE