IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE WORKSPACE FOR DEFENSE COUNSEL DURING TRIAL** |
| IVAN CERNA, *et al.*, | |
| Defendants. / | |

    Defense counsel have inquired with the courtroom deputy regarding the availability of workspace outside the courtroom for defense counsel during trial. Defense counsel are hereby notified that courtroom 17 on the 16th floor will be made available for their use. Defense counsel's materials may be stored in courtroom 17 and the tables therein may be used as desks. Closer to trial, arrangements will be made to provide defense counsel with access to courtroom 17 and a means to secure it when no defense counsel is present.

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE