IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>        Defendants.<br>                                                              / | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT REQUEST FOR CLARIFICATION RE SUPPLEMENTAL SUBMISSION** |

The government requests clarification regarding which portions of its supplemental severance memorandum should be disclosed to defense counsel (Dkt. No. 2888). The undersigned is tentatively inclined not to sever defendant Manuel Franco. We have to have a frank discussion why there is any need to sever him. Defense counsel have a right to participate in the discussion. To have an intelligent discussion, everyone needs to understand the arguments for and against the proposed severance. In the undersigned's judgment, very little, if any, of the material relating to defendant Franco need to be kept from defense counsel, but the government will be allowed to exercise some judgment in this regard.

The government's disclosure to defense counsel shall be filed under seal. The government need not disclose to defense counsel the other portions of its supplemental memorandum that do not address severance of defendant Franco.

**IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE