IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE CHAMBERS COPIES** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

Not all counsel have been complying with Criminal Local Rule 2-4, which requires the lodging of chambers copies of all court filings, including documents lodged for under-seal filing. The undersigned anticipates a significant number of pretrial filings and reminds counsel to please submit chambers copies in a timely fashion.

Counsel, however, no longer need to submit chambers copies of joinder motions, unless the joinder motion includes additional facts or substantive argument.

Dated: January 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE