PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IVAN CERNA, et al.,<br><br>    Defendants.<br>_____ | No.  CR-08-0730 WHA<br><br>STIPULATED PROTECTIVE ORDER RE COMPLAINT AND PERSONNEL RECORDS OF SFPD OFFICERS FISHER, OLIVA, BUCY AND MOLINA RELEASED PURSUANT TO ORDER GRANTING EXPEDITED REVIEW OF OF *HENTHORN* MATERIAL |

On January 3, 2011, the Court granted the request of defendant LOPEZ for expedited review of any *Henthorn* material previously produced to the Court by SFPD relating to SFPD Officers Aaron Fisher, Luis Oliva and Steven Bucy, all of whom have been subpoenaed to testify at the evidentiary hearing on a suppression motion filed by defendant LOPEZ that is scheduled to be heard on January 19, 2011.  The Court also granted the defendant's request for expedited review of any additional *Henthorn* records produced by SFPD on December 30, 2010, regarding Sergeant Molina, who has been subpoenaed to testify at the same hearing, and any additional *Henthorn* records on Officer Bucy produced by SFPD on January 12, 2011.  (Docket No. 2852.)   As to any *Henthorn* material relating to those four officers provided to defendant LOPEZ by the Court after its expedited review is completed, IT IS HEREBY STIPULATED that the

-1-

1  dissemination and use of that material shall be governed by the terms of the Protective
2  Order issued by this Court on October 19, 2010.   (Docket No. 2382.)
3  SO STIPULATED
4  DATED:   January 10, 2011

/s/
LUCINDA SIMPSON
SFPD Legal Division Counsel

SO STIPULATED
DATED: January 10, 2011

/s/
PETER GOODMAN
Attorney for Defendant
ERICK LOPEZ

SO ORDERED:
DATED:   January 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE