1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telephone: (415) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  ERICK LOPEZ

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11                                      )   No. CR-08-0730 WHA
    UNITED STATES OF AMERICA,           )
12                                      )   STIPULATED PROTECTIVE ORDER
                 Plaintiff,             )   RE COMPLAINT AND PERSONNEL
13                                      )   RECORDS OF SFPD OFFICERS
         vs.                            )   FISHER, OLIVA, BUCY AND MOLINA
14                                      )   RELEASED PURSUANT TO ORDER
    IVAN CERNA, et al.,                 )   GRANTING EXPEDITED REVIEW OF
15                                      )   OF *HENTHORN* MATERIAL
                 Defendants.            )
16                                      )
                                        )
17  _____)

18       On January 3, 2011, the Court granted the request of defendant LOPEZ for

19  expedited review of any *Henthorn* material previously produced to the Court by the

20  Office of Citizen Complaints ("OCC") relating to SFPD Officers Aaron Fisher, Luis

21  Oliva, Steven Bucy and Mario Molina, all of whom have been subpoenaed to testify

22  at the evidentiary hearing on a suppression motion filed by defendant LOPEZ that is

23  scheduled to be heard on January 19, 2011. (Docket No. 2852.) As to any *Henthorn*

24  material relating to those four officers provided to defendant LOPEZ by the Court after

25  its expedited review is completed, IT IS HEREBY STIPULATED that the dissemination

26  and use of that material shall be governed by the terms of the Protective Order issued

27  ///

28  ///

                                        -1-

by this Court on October 22, 2010.  (Docket No. 2421.)

SO STIPULATED

DATED: 1/12/2011

_____
R. MANUEL FORTES
OCC Trial Attorney

SO STIPULATED

DATED: 1/12/11

_____
PETER GOODMAN
Attorney for Defendant
ERICK LOPEZ

SO ORDERED:

DATED: January 13, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE