1  PETER GOODMAN, ESQ.
    State Bar No. 65975
2  400 Montgomery Street, Second Floor
    San Francisco, California  94104
3  Telephone: (4l5) 781-8866
    Facsimile:  (415) 781-2266
4
    Attorney for Defendant
5  ERICK LOPEZ

6

7               UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9               SAN FRANCISCO DIVISION

10

11

    UNITED STATES OF AMERICA,    )  No.  CR-08-0730 WHA
12                          )
           Plaintiff,         )  STIPULATED PROTECTIVE ORDER
13                          )  RE COMPLAINT AND PERSONNEL
          vs.                )  RECORDS OF SFPD OFFICERS AND
14                          )  EMPLOYEES PRODUCED PURSUANT
    IVAN CERNA, et al.,           )  TO DEFENSE _HENTHORN_ SUBPOENAS
15                          )
          Defendants.       )
16                          )
                          )
17  _____)

18        On January 5, 2011, the Court granted the application of defendant LOPEZ for

19  issuance of a Subpoena to Produce Documents or Objects in a Criminal Case directing

20  the Office of Citizen Complaints ("OCC") to produce to the Court _Henthorn_ material on

21  six named officers and one employee of the San Francisco Police Department ("SFPD").

22  In its order, the Court directed the parties to submit a proposed stipulated protective

23  order regarding the use of the disclosed material which could incorporate the terms

24  of a previous protective order issued for _Henthorn_ material produced pursuant to an

25  earlier subpoena.   (Docket No. 2868)

26        On October 22, 2010, the Court issued a protective order governing the use

27  of _Henthorn_ material produced by OCC pursuant to a subpoena for that material sought

28  by defendant LOPEZ which issued on July 6, 2010.  (Docket No. 2421.)

1    Pursuant to the order issued by the Court on January 5, 2011, and to obviate

2  the need for any additional protective orders for *Henthorn* material produced by OCC

3  in response to any previous or subsequent defense subpoenas for that material, IT IS

4  HEREBY STIPULATED that the terms of the Protective Order issued by the Court on

5  October   22, 2010, shall govern the dissemination and use of any *Henthorn* material

6  released by the Court pursuant to the subpoena issued on January 5, 2011, and any

7  previous or subsequent defense subpoenas for *Henthorn* material issued in this case.

8  IT IS FURTHER STIPULATED that any defense counsel in this case who files a joinder

9  in the Protective Order issued on October 22, 2010, and agrees to be bound by its terms

10 shall be eligible to receive any *Henthorn* material produced to the Court by OCC and

11 disclosed to the defense after *in camera* review pursuant to any previous or subsequent

12 *Henthorn* subpoenas for that material sought by counsel for defendant LOPEZ or any

13 other defense counsel in this case.

14 SO STIPULATED

15 DATED: 1/12/2011

16

17 _____
R. MANUEL FORTES
OCC Trial Attorney

18

19 SO STIPULATED

20 DATED: 1/12/11

21

22 _____
PETER GOODMAN
Attorney for Defendant
ERICK LOPEZ

23

24 SO ORDERED:

25 DATED:   January 13, 2011.

26

27

28 _____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-2-