1   PETER GOODMAN, ESQ.
    State Bar No. 65975
2   400 Montgomery Street, Second Floor
    San Francisco, California  94104
3   Telephone: (4l5) 781-8866
    Facsimile:  (415) 781-2266
4
    Attorney for Defendant
5   ERICK LOPEZ

6

7                   UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11                                    )   No.  CR-08-0730 WHA
    UNITED STATES OF AMERICA,         )
12                                    )   STIPULATED PROTECTIVE ORDER
              Plaintiff,              )   RE COMPLAINT AND PERSONNEL
13                                    )   RECORDS OF SFPD OFFICERS AND
         vs.                          )   EMPLOYEES PRODUCED PURSUANT
14                                    )   TO DEFENSE *HENTHORN* SUBPOENAS
    IVAN CERNA, et al.,               )
15                                    )
              Defendants.             )
16                                    )
                                      )
17   _____)

18          On January 5, 2011, the Court granted a joint defense application for issuance

19   of a Subpoena to Produce Documents or Objects in a Criminal Case directing the San

20   Francisco Police Department ("SFPD") to produce to the Court *Henthorn* material on

21   six named SFPD officers and one SFPD employee.   In its order, the Court directed

22   the parties to submit a proposed stipulated protective order regarding the use of the

23   disclosed material which could incorporate the terms of any previous protective orders

24   issued for *Henthorn* material produced pursuant to an earlier subpoena.   (Docket No.

25   2868.)

26          Pursuant to the order issued by the Court on January 5, 2011, and to obviate

27   the need for any additional protective orders for *Henthorn* material produced by SFPD

28   in response to any subsequent defense subpoenas for that material, IT IS HEREBY

STIPULATED that the following Protective Order shall apply to the *Henthorn* material disclosed to the defendants in this case pursuant to their subpoena for that material issued by the Court on January 5, 2011, and any subsequent *Henthorn* material the Court may order disclosed to the defendants pursuant to any later subpoenas for that material in which the defendants have joined:

1. Any *Henthorn* material disclosed to the defendants by the Court (*"Henthorn* material") is to be used solely for the purpose of defending the underlying criminal action in this matter.

2. *Henthorn* material shall not be disclosed to any person except:

    a. Counsel of record for the moving defendants in this matter;

    b. Employees and agents of such counsel as necessary to assist counsel in defending the underlying criminal action in this matter;

    c. Witnesses or complainants where necessary to refresh their recollection relative to their own prior statements; witnesses and complainants will not be allowed access to any *Henthorn* material other than their own prior statements;

    d. The Court.

3. Any persons receiving *Henthorn* material shall not reveal or discuss such documents to or with any persons not entitled to receive such material pursuant to Paragraph 2 above.

4. Any papers filed with the Court that append any *Henthorn* material or make reference to matters derived therefrom shall be filed under seal.

5. Any defendant whose counsel, employees or agents have received *Henthorn* material shall return all of that material and all copies thereof to the Legal Division of SFPD within thirty (30) days of the final disposition of this matter as to that defendant or the exhaustion of all his legal remedies.

6. Any actions taken by SFPD Legal Division in compliance with this order shall not operate as an admission that any particular *Henthorn* material

1    is admissible as evidence at the trial of this action.  Production by SFPD

2    Legal Division does not constitute a waiver of any privilege or evidentiary

3    objection with respect to admissibility.

4  SO STIPULATED

5  DATED:   January 13, 2011

6

7                                    /s/
   LUCINDA SIMPSON
8   SFPD Legal Division Counsel

9

10  SO STIPULATED

11  DATED: January 13, 2011

12

13

14                                   /s/
   PETER GOODMAN
15   Attorney for Defendant
   ERICK LOPEZ
16

17

18  SO ORDERED:

19  DATED:   January 18, 2011.

20

21

22

23   WILLIAM ALSUP
   UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

-3-