PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

IVAN CERNA, et al.,

    Defendants.

No.  CR-08-0730 WHA

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DATE OF COMPLIANCE BY SFPD WITH *HENTHORN* SUBPOENA

    THE SAN FRANCISCO POLICE DEPARTMENT, through its counsel of record, Lucinda K. Simpson, and defendant ERICK LOPEZ, through his counsel of record, Peter Goodman, hereby stipulate and agree as follows:

    1.    On January 5, 2011, the Court granted a joint defense application for issuance of a Subpoena to Produce Documents or Objects in a Criminal Case.  That subpoena directed the San Francisco Police Department ("SFPD") to produce to the Court *Henthorn* material on six named SFPD officers and one SFPD employee within fourteen (14) days of the date of service. (Docket No. 2868).   The subpoena was served on January 6, 2011, making the SFPD production due January 20, 2011.

    2.    Legal Processor Tara McFarland recently resigned from the Legal Division of SFPD.  Ms. McFarland was the SFPD employee normally responsible for gathering *Henthorn* records in response to subpoena requests.  Her resignation has resulted in

1  a substantial delay in the time necessary to gather the *Henthorn* material that is being
2  sought in the defense subpoena.
3      3.    Given her resignation, the parties stipulate and agree that SFPD shall
4  have until February 10, 2011, to produce the *Henthorn* material responsive to the
5  defense subpoena.  In the interim, SFPD will attempt to produce the *Henthorn*
6  material it believes has been properly subpoenaed or will file a Motion to Quash those
7  portions of the subpoena it believes improperly call for the production of such material
8  by January 28, 2011.
9  SO STIPULATED
10 DATED: January 13, 2011

_____/s/_____
LUCINDA SIMPSON
SFPD Legal Division Counsel

15 SO STIPULATED
16 DATED: January 13, 2011

_____/s/_____
PETER GOODMAN
Attorney for Defendant
ERICK LOPEZ

**The *in camera* review of the materials produced by the SFPD will accordingly be completed after January 31.**

22 SO ORDERED:
23 DATED:   January 18, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-2-