IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.,<br><br>Defendants.<br>   / | No. CR 08-0730 WHA<br><br>**ORDER RE PROPER IDENTIFICATION OF MATERIALS SUBMITTED BY SFPD TO COURT IN RESPONSE TO SUBPOENAS** |

The undersigned has received a number of CDs from the SFPD that may be a response to a subpoena. These CDs were included in the same boxes as the SFPD's recent supplemental subpoena response to defendant Erick Lopez's *Henthorn* subpoenas, but do not appear to be *Henthorn* material. The CDs were accompanied by a declaration from SFPD Attorney Ronnie Wagner, but do not specify which subpoena the materials are responsive to or which defendant the subpoena response should be served on. Moreover, both redacted and unredacted versions of the CDs were provided, but the production includes no instruction from the SFPD regarding whether both versions should be forwarded to the relevant defendant. The courtroom deputy has attempted to contact Attorney Wagner to clarify the matter, but has not received a response.

The SFPD must contact the courtroom deputy by **TOMORROW, JANUARY 20 AT NOON** to clarify to whom the materials should be forwarded to.

In the future, the SFPD shall make clear: (1) which subpoena a particular production is in response to; and (2) which defendant(s) should be forwarded the subpoena response. Additionally, unless the undersigned has authorized an *in camera* review of the material or

receives a request to the contrary, all material received from the SFPD will be forwarded to the subpoenaing party. If the SFPD does not provide adequate instructions in the future, all material received from the SFPD will simply be forwarded to all remaining defendants.

**IT IS SO ORDERED.**

Dated: January 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE