IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>IVAN CERNA, *et al.*,<br><br>  Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**SECOND ORDER RE PROPER IDENTIFICATION OF MATERIALS SUBMITTED BY SFPD TO COURT IN RESPONSE TO SUBPOENAS** |

SFPD Attorney Ronnie Wagner has contacted the courtroom deputy via email regarding the produced CDs referenced in the January 19 order (Dkt. No. 3046). This order is to notify the SFPD that the undersigned still requires instruction as to whom the produced material should be sent. It is the responsibility of the SFPD to determine what material should be turned over in response to relevant subpoenas and to designate to whom it should be turned over to. The undersigned will not go through each produced document and conjecture why the SFPD has produced it and which defendant it should be forwarded to. The SFPD has until **FRIDAY AT 9 A.M.** to provide the undersigned with guidance as to which CDs should be turned over to which defendants. Otherwise, all material will be released to all remaining defendants.

Although the undersigned previously authorized *in camera* review of certain subpoenaed material for witness safety purposes, this authorization required the SFPD to make a factual proffer as to the propriety of each redaction (Dkt. No. 592 at 8–9). This was not done in the recent production. Moreover, the authorization for *in camera* review was made in 2009, well before the entry of the stipulated protective order currently in force (Dkt. No. 2374). The current

stipulated protective order allows defense counsel to access witness identities and other information that was previously protected. Accordingly, redactions by the SFPD should be far more limited now than in 2009 and *in camera* review will not be automatically conducted for non-*Henthorn* material produced by the SFPD. Instead, if the SFPD believes redaction is appropriate, it should redact accordingly. If the defense objects to any such redactions, the undersigned will conduct any necessary *in camera* review — on proper motion — to determine the propriety of the redactions. The SFPD, however, should avoid making excessive or unjustifiable redactions that will result in needless litigation and expenditure of court resources.

**IT IS SO ORDERED.**

Dated: January 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE