**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA

11              Plaintiff,

12      v.                                  **NOTICE RE *IN CAMERA* REVIEW OF**
                                            **SUBPOENAED *HENTHORN* MATERIAL**
13   IVAN CERNA, *et al*.

14              Defendants.

15   _____/

16          To ensure that no *Henthorn* material is released regarding individuals who will not be

17   called by the government to testify during its case-in-chief, the remainder of *Henthorn* material

18   resulting from subpoenas issued by defendants will not be released until *after* the government

19   provides its final witness list on January 31.

20

21   Dated:  January 24, 2011.

22                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28