IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER TO ATTORNEY RONNIE WAGNER RE COMMUNICATION WITH COURTROOM DEPUTY CLERK** |

    Attorney Ronnie Wagner shall cease contacting the courtroom deputy clerk. Any request for relief or clarification of prior orders must be made through proper motion — not email or voicemail to the courtroom deputy clerk. At most, mere scheduling matters or logistical matters (e.g. where to drop off document productions) should be directed to the courtroom deputy clerk.

    **IT IS SO ORDERED.**

Dated: January 25, 2011.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE