**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER REQUESTING ATTORNEY MARTIN SABELLI CONTACT USMS TO DISCUSS LOGISTICS FOR TRIAL** |

By the end of this week, Attorney Martin Sabelli shall please contact Deputy United States Marshal Chris Hansen (415-522-7660) on behalf of remaining defense counsel to discuss lawyer-client logistics, seating arrangements, and other protocol for trial. If Attorney Sabelli is unavailable, he shall arrange for alternate defense counsel to handle the discussion on behalf of the remaining defendants. Discussion with the United States Marshals Service should be completed prior to the pretrial conference so that any issues that arise may be addressed at the pretrial conference.

**IT IS SO ORDERED.**

Dated: January 25, 2011.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE