1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,                    No. CR 08-0730 WHA

11                    Plaintiff,

12       v.                                        **ORDER RE SEVERANCE**
                                                   **AND CONTINUANCE**
13    IVAN CERNA, *et al*.

14                    Defendants.

15    _____/

16           The following defendants will be severed and tried later this year: Luis Herrera

17    (Attorney Josh Cohen), Danilo Velasquez (Attorney Jennifer Schwartz), and Manuel Franco

18    (Attorney Geri Green).  All others will be tried in the trial starting March 7.  All motions to

19    sever and/or to continue the trial are otherwise **DENIED**.  Due to a severe computer malfunction,

20    a memorandum opinion explaining these rulings will have to be reconstructed and issued on a

21    later date.

22

23           **IT IS SO ORDERED.**

24

25    Dated:  January 26, 2011.                    _____
                                                   WILLIAM ALSUP
26                                                 UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California