United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE PRETRIAL CONFERENCE** |
| IVAN CERNA, *et al.*, | |
| Defendants. | |

  As all parties are aware, the pretrial conference for the March 7 trial in the above-captioned matter will be held on **FEBRUARY 14 AT 8 A.M.** If further time is needed to complete the pretrial conference, the proceedings will continue day-to-day until completed.

  Severed defendants Danilo Velasquez, Luis Herrera, and Manuel Franco shall be present at the pretrial conference. Counsel for these defendants should be prepared to discuss exclusion of time until the second trial. The trial date for the severed defendants cannot yet be set, but a status conference for the severed defendants will be held on **JUNE 28 AT 2 P.M.**

  Pretrial motions filed by the severed defendants will not be heard at the pretrial conference (Dkt. Nos. 3030, 3087, 3088, 3150, 3155). The motions will instead be addressed at the pretrial conference for the second trial, to be later scheduled. The only exception will be if a joinder motion has *already* been filed and the defendant requesting joinder makes a specific showing as to why the motion applies to him and should be resolved before the March 7 trial. Any such showing must be filed by **FEBRUARY 2 AT NOON**. The government will then have until

**FEBRUARY 9 AT NOON** to file its response to the original motion and the joinder motion/showing. If the defendant requesting joinder does not file any such showing by the deadline, his joinder motion will be deemed withdrawn.

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2