United States District Court

For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA
11              Plaintiff,
                                           **NOTICE RE COMPLETION OF**
12     v.                                  ***HENTHORN IN CAMERA* REVIEW
                                           FOR ALL MATERIAL PRODUCED
13   IVAN CERNA, *et al*.,                 PRIOR TO JANUARY 31**
14              Defendants.
                                    /
15
16          The *in camera Henthorn* review of records produced prior to January 31, 2011, is now
17   complete.  All *Henthorn* material has been turned over to subpoenaing counsel or is ready to be
18   turned over.  *Henthorn* material, however, has only been turned over for officers identified in *both*
19   the government's "list of 50" and the government's final witness list (Dkt. Nos. 2266, 3101).
20          Notably, the government's final witness list appears to include additional law enforcement
21   officers who were not listed on the government's list of 50.  Accordingly, defense counsel should
22   notify the undersigned if *Henthorn* material was previously subpoenaed regarding any of these
23   newly-added officers and *in camera* review of records pertaining to those officers is requested.
24
25          **IT IS SO ORDERED.**
26
27   Dated:  February 1, 2011.
                                           _____
28                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE