1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   WIL FRENTZEN (LABN 24421)
5  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorneys
6
   THERYN G. GIBBONS (NYBN 4612867)
7  Trial Attorney, United States Department of Justice, Gang Unit

8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
9     Telephone: (415) 436-6758
      Facsimile: (415) 436-6753
10    E-Mail: wilson.leung@usdoj.gov

11 Attorneys for the United States of America

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 UNITED STATES OF AMERICA,           )   No. S3-08-CR-0730-WHA
                                       )
17                                     )   GOVERNMENT'S NOTICE OF MOTION
          v.                           )   AND MOTION TO REMOVE
18                                     )   INCORRECTLY FILED DOCUMENT:
                                       )   DOCKET ITEM NO. 3289 AND
19 JONATHAN CRUZ-RAMIREZ,              )   [PROPOSED] ORDER
                                       )
20                                     )
         Defendant.                    )
21                                     )
                                       )
22 _____ )

23     PLEASE TAKE NOTICE that the Government respectfully submits this Motion to Remove

24 Incorrectly Filed Document: Docket Item No. 3289. When electronically filing Docket Item No.

25 3289 (Government's Opposition to Cruz-Ramirez's Motion for Massiah Inquiry), the

26 Government inadvertently included two extra pages at the end of the document. The extra pages

27 were meant to be and have been filed separately under seal. For this reason, the last two pages of

28 Docket No. 3289 should not be made public.

After discovering the error, the Government immediately called the ECF Help Desk and put a temporary lock on the document. The Government also filed a corrected version of Government's Opposition to Cruz-Ramirez's Motion for <u>Massiah</u> Inquiry, Docket Item No. 3296.

Accordingly, the Government requests that Docket Item No. 3289 be permanently deleted from the docket.

DATED: February 4, 2011

                              Respectfully submitted,

                              MELINDA HAAG
                              United States Attorney

By:    /s/
       W.S. WILSON LEUNG
       WIL FRENTZEN
       CHRISTINE Y. WONG
       Assistant United States Attorneys

       THERYN G. GIBBONS
       Trial Attorney

## [PROPOSED] ORDER

The Government's Motion to Remove Incorrectly Filed Document was presented to this Court. Upon consideration of the Motion, the Court finds there is good cause to grant the Government's request to permanently remove Docket No. 3289 from the record.

IT IS THEREFORE ORDERED that the Government's Motion to Remove Incorrectly Filed Document is GRANTED and Docket No. 3289 is permanently deleted from the court records.

DATED: February  7 , 2011

_____
Hon. William Alsup
United States District Judge