-3-

## [PROPOSED] ORDER

The Government's Motion to Remove Incorrectly Filed Document was presented to this Court. Upon consideration of the Motion, the Court finds there is good cause to grant the Government's request to permanently remove Docket No. 3289 from the record.

IT IS THEREFORE ORDERED that the Government's Motion to Remove Incorrectly Filed Document is GRANTED and Docket No. 3289 is permanently deleted from the court records.

DATED: February 7, 2011

_____
Hon. William Alsup
United States District Judge