IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                       / | No. CR 08-0730 WHA<br><br>**NOTICE RE MOTION FILED BY DEFENDANT FRANCO TO BE HEARD AT FINAL PRETRIAL CONFERENCE** |

    As the parties were previously notified, pretrial motions filed by severed defendants will not be heard at the February 14 pretrial conference unless a non-severed defendant made a showing by February 2 as to why the motion should be heard at the pretrial conference (Dkt. No. 3162). The only defendant to make such a showing was defendant Guillermo Herrera with respect to defendant Manuel Franco's motion to exclude recordings (Dkt. Nos. 3150, 3179). Accordingly, this motion will be heard at the pretrial conference. As previously specified, the government has until **FEBRUARY 9 AT NOON** to file its response.

    All other pretrial motions filed by severed defendants will be heard at the pretrial conference for the second trial. This includes docket numbers 3030, 3087, 3088, and 3155.

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE