IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE EXTENSION OF DEADLINE FOR DEFENSE RESPONSES TO GOVERNMENT'S LATE-FILED *DAUBERT* MOTIONS (DKT. NO. 3371)** |

Due to the government's late-filing of its *Daubert* challenges to defense experts, the deadline for responses will be extended to **MONDAY, FEBRUARY 14 AT 8 A.M.** The "motions" will be heard on the second day of the pretrial conference — **TUESDAY, FEBRUARY 15.**[*]

Responses must specify whether additional expert disclosures have been provided to the government since the filing of the expert notice at issue.

**IT IS SO ORDERED.**

Dated: February 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[*] The government characterized its filing as a "response" to defendants' expert notices (Dkt. No. 3371).