**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    UNITED STATES OF AMERICA,                    No. CR 08-0730 WHA
10                  Plaintiff,
11        v.                                      **NOTICE RE FINAL SUBSTANTIVE
                                                  JUROR QUESTIONNAIRE**
12   IVAN CERNA, *et al.*,
13                  Defendants.
14   _____/
15          In response to defense requests for a substantive juror questionnaire, the
16   undersigned invited the submission of proposed questionnaires (Dkt. No. 2427).  The
17   defense submitted a 21-page proposed substantive juror questionnaire containing 94
18   questions and numerous sub-questions (Dkt. No. 2599-1).  The defense's proposed
19   questionnaire was rejected as burdensome, oppressive, and largely designed to condition
20   jurors (Dkt. No. 2610).  Instead of foregoing a questionnaire altogether, however, the
21   undersigned prepared a questionnaire and circulated it to the parties for comment.
22          The parties' comments have been considered and the questionnaire that will be
23   used is attached (Dkt. Nos. 2653, 2654, 2663).  The questionnaire is now final and no
24   further modifications will be made, with the exception of slight modifications that might
25   be necessary if it is determined that the jury must be anonymous.  Otherwise, any alleged
26   shortfalls with the questionnaire should be addressed during *voir dire*.
27
28   Dated:  February 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**JUROR QUESTIONNAIRE**

This questionnaire will be used to assist the Court and the parties in this case to determine whether you should serve as a juror in this criminal case.

Please fill out this form in ink and answer each of the questions honestly and completely.  There are no right or wrong answers.  Your answers will be shared with the Court and the parties but will not be available to the public without a court order.

Do not write on the back of any page.  If the space provided is not adequate for you to complete your answer, please continue your answer on the last page of the questionnaire.

1.     Juror Number: _____

2.     City of Residence: _____ *(please do not list your address)*

3.     Age: _____

4.     Occupation: _____

5.     How far did you go in school? _____

6.     What languages do you understand? _____

7.     Can you do the following fluently in English?

a.       Speak?        ☐ Yes    ☐ No

b.       Write?         ☐ Yes    ☐ No

c.       Read?          ☐ Yes    ☐ No

8.     Have you or a loved one ever been a victim of a crime?

☐ Yes    ☐ No

If yes, please describe: _____

_____

_____

9.     Have you or a loved one ever had a particularly good or bad experience with law enforcement officers?

☐ Yes    ☐ No

If yes, please describe: _____

_____

**United States District Court**
For the Northern District of California

10. This case involves allegations that the defendants were members of a gang known as MS-13 or La Mara Salvatrucha and that they conspired to commit and did commit various crimes, including murders in the Mission District of San Francisco and other portions of the Bay Area. These are only allegations at this point and defendants are presumed to be innocent, unless the government proves the allegations beyond a reasonable doubt. What have you heard, seen, or read about this or the alleged gang?

_____

_____

_____

11. Has your life been affected by any gang activity?

☐ Yes   ☐ No

If yes, please explain: _____

_____

_____

_____

12. How do you feel about immigration from Central America and Mexico?

_____

_____

_____

_____

13. Do you have any opinion about crime, gangs, drugs, or violence — all of which are alleged in this case — that would interfere with your ability to be fair and impartial in deciding as a juror whether the prosecution proved its allegations?

☐ Yes   ☐ No

If yes, please explain: _____

_____

_____

_____

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

### ADDITIONAL SPACE FOR CONTINUED ANSWERS

*If you could not sufficiently answer any question in the space above, please use the following space to continue your answer.  Please indicate the question number you are referring to.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### DECLARATION

*I swear or affirm under penalty of perjury that the foregoing answers to the above questions are complete, true, and correct to the best of my knowledge and belief.*

DATED: _____        _____
                                                SIGNATURE