IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**NOTICE RE GOVERNMENT'S MOTION TO CONTINUE** |

The government's motion to continue will be heard last at the final pretrial conference or after jury selection (Dkt. No. 3408). Both sides should be aware, however, that vast amounts of infrastructure and resources have been committed to a March 7 trial date and many other reasons exist to proceed on March 7, not to mention the fact that the delay will put pressure on Attorney Philipsborn's ability to participate in his other trial in Hawaii in September. Therefore, neither side should presume the continuance will be granted and should presume March 7 will be the trial date. Nonetheless, after all other pretrial motions are decided, the undersigned will give good faith consideration to the motion.

Dated: February 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE