**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    No. CR 08-0730 WHA

11              Plaintiff,

12     v.                                          **NOTICE RE DAILY SCHEDULE
                                                   FOR PRETRIAL CONFERENCE**
13   IVAN CERNA, *et al*.,

14              Defendants.
                                          /
15

16          As all parties are aware, the pretrial conference for the March 7 trial in the above-

17   captioned matter will be commence on **MONDAY, FEBRUARY 14.**  As previously stated, if further

18   time is needed to complete the pretrial conference, the proceedings will continue day-to-day until

19   completed.  On Monday, the proceedings will be held from **8 A.M. TO 4 P.M.**  On Tuesday, the

20   proceedings will be held from **7:30 A.M. TO 1:30 P.M.**  If a third day is necessary, the proceedings

21   will be held from **7:30 A.M. TO 3 P.M.** or **11:00 A.M. TO 3 P.M.** on Wednesday.

22

23

24   Dated:  February 11, 2011.
                                          _____
25                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
26
27
28