IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN CERNA, *et al.*,

Defendants.
　　　　　　　　　　　　　　　　　　　　/

No. CR 08-0730 WHA

**ORDER GRANTING IN PART GOVERNMENT MOTION FOR CONTINUANCE OF MARCH 7 TRIAL**

For the reasons stated at the pretrial conference, the government's motion for a continuance of the March 7 trial is **GRANTED IN PART** (Dkt. No. 3408). The trial date will be continued from **MARCH 7** to **APRIL 4**. In order to minimize the inconvenience to already-summoned prospective jurors, however, the jury selection process will begin on March 7 (Dkt. No. 3542). After a jury is selected, the jurors will be released with instructions to return for opening statements on April 4.

Defendants Jonathan Cruz-Ramirez, Walter Cruz-Zavala, Daniel Portillo, Marvin Carcamo, Angel Noel Guevara, and Erick Lopez move to join in the government's motion.[*] These joinder motions are **GRANTED** (Dkt. Nos. 3428, 3429, 3433, 3450, 3453, 3472). Indeed, a significant reason for granting the continuance was the overwhelming response from the defense in support of the proposed continuance.

---

[*] Although defendant Guillermo Herrera originally moved to join in the motion, submitted a number of filings in support, and argued in favor of the motion at the pretrial conference, the joinder motion was subsequently withdrawn (Dkt. Nos. 3414, 3421).

The government is encouraged to keep the defense apprised of significant developments impacting the availability of SF-1211 for substantive examination at trial. As stated at the pretrial conference, in the event that matters remained unresolved, the defense may move for a grant of immunity for SF-1211. Any such motion should be noticed for hearing on **MARCH 23 AT 1:30 P.M.**, which has been reserved on the Court's calendar for this purpose.

**IT IS SO ORDERED.**

Dated: February 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE