IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*

    Defendants.
                                           /

No. CR 08-0730 WHA

**ORDER RE CIVILIAN CLOTHING FOR DEFENDANTS FOR JURY SELECTION**

      Although trial will not begin until April 4, jury *voir dire* begins this Wednesday. During *voir dire*, the defendants will be in the presence of prospective jury members. The USMS, however, has only received civilian clothing for defendants Moris Flores and Walter Cruz-Zavala.

      It is defense counsel's responsibility to ensure their clients are attired in proper clothing when appearing before the jury. Defense counsel who have failed to make the proper clothing arrangements for their clients must repair this oversight and deliver proper attire to the USMS by the close of business today.

**IT IS SO ORDERED.**

Dated: March 7, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE