IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER EXCUSING JURORS FOR CAUSE PURSUANT TO STIPULATION** |
| IVAN CERNA, *et al*. | |
| Defendants. / | |

Pursuant to the stipulation of the government and all defendants proceeding to trial on April 4, jurors 4, 13, and 33 are excused for cause (Dkt. Nos. 3665, 3666).

**IT IS SO ORDERED.**

Dated: March 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE