IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.,<br><br>  Defendants.<br>                                                                / | No. CR 08-0730 WHA<br><br>**STATEMENT RE AMENDED DEFENSE CHALLENGES FOR CAUSE (DKT. NO. 3696)** |

On March 9, defendants Walter Cruz-Zavala, Jonathan Cruz-Ramirez, Erick Lopez, Guillermo Herrera, Angel Noel Guevara, Marvin Carcamo, and Moris Flores jointly submitted a list of jurors that the defense sought to excuse for cause based solely on their "yes" answer to question thirteen of the juror questionnaire (Dkt. No. 3676). This request was denied without prejudice to individualized objections to each prospective juror, as it was not shown that automatic dismissal of all challenged prospective jurors was warranted (March 9 Tr. 21–25).

On March 13, however, the defense filed an "amended" list that added two previously unchallenged prospective jurors and listed grounds that were not previously asserted prior to the prospective jurors being passed for cause (Dkt. No. 3696). This list was filed far too late for the Court to consider the objections contained therein — it was filed two days *after* a final prospective panel was passed for cause and all remaining prospective jurors had been excused.

Dated: March 15, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE