IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                                          / | No. CR 08-0730 WHA<br><br>**ORDER RE DEADLINE FOR SUBMISSION OF PROPOSED JURY INSTRUCTIONS** |

The parties proceeding to trial on April 4 are to submit proposed jury instructions by **FRIDAY, APRIL 29 AT 5 P.M.** If any defendant wishes to join in all or some of the proposed jury instructions of any of his codefendants, the joinder must be filed by the same date and time.

**IT IS SO ORDERED.**

Dated: March 17, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE