**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

IVAN CERNA, *et al.*,

        Defendants.

_____/

No. CR 08-0730 WHA

**ORDER RE JUROR ISSUE**

      Juror number 24 (a non-alternate juror) has notified the jury administrator that his employer will no longer pay for his jury service for the duration of trial.  The Court will order the juror to appear at the hearing scheduled for **WEDNESDAY, MARCH 23** and bring his employer with him.  The matter will be addressed after the motions on calendar for that hearing have been heard.

      **IT IS SO ORDERED.**

Dated:  March 17, 2011

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE