IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE ATTENDANCE OF ALL DEFENDANTS AT MARCH 23 HEARING** |

Although not all seven defendants proceeding to trial on April 4 have joined the motions on calendar for the March 23 hearing, all seven defendants and their counsel must be present at the hearing to discuss the issue of juror number 24.

**IT IS SO ORDERED.**

Dated: March 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE