IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN CERNA, *et al*.

    Defendants.
                             /

No. CR 08-0730 WHA

**ORDER TO SHOW CAUSE RE GOVERNMENT'S MOTION FOR RECONSIDERATION OF SUPPRESSION MOTION FILED BY DEFENDANT GIOVANNI HERNANDEZ**

      The government has filed a motion for reconsideration of the January 6 order granting defendant Giovanni Hernandez's suppression motion (Dkt. No. 3754). The government asserts that now that defendant Hernandez is no longer a defendant in this case, the evidence seized from his residence at 970 Ingerson may be used as evidence against those defendants proceeding to trial on April 4 because they did not have an expectation of privacy in 970 Ingerson. On this basis, the undersigned is inclined to grant the motion and allow the government to use the evidence seized from 970 Ingerson at trial. But, before a final decision is made, the seven defendants proceeding to trial on April 4 will have until **MARCH 24 AT NOON** to show cause as to why the government's motion should not be granted.

      **IT IS SO ORDERED.**

Dated: March 22, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE