United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE MARCH 23 HEARING TIME CHANGE** |
| IVAN CERNA, *et al*. | |
| Defendants. / | |

The parties are hereby notified that the March 23 hearing will begin at 1:45 p.m. instead of the original scheduled time of 1:30 p.m.

Dated: March 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE