IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                              / | No. CR 08-0730 WHA<br><br>**NOTICE RE FURTHER HEARING OPPORTUNITY FOR ROCKET LAWYER** |

At yesterday's hearing, juror 24's employer — Rocket Lawyer — was notified of the Court's tentative ruling and was advised that it would be given one more opportunity to present witnesses with firsthand knowledge about communications with juror 24 regarding the continuation of his salary if he was selected as a juror in the above-captioned matter. That hearing will be held on **TUESDAY, MARCH 29 AT 8 A.M.** in Courtroom 4 on the 17th floor of the Federal Building located at 450 Golden Gate Avenue in San Francisco. Juror 24 must be present.

By **NOON ON FRIDAY, MARCH 25**, Rocket Lawyer must advise the Court whether it wishes to have the further hearing versus will acquiesce in the tentative ruling.

The jury administrator and the clerk of the court are directed to provide email and/or facsimile service of this order to juror 24 and counsel for Rocket Lawyer.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

                                                    WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE