IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JONATHAN CRUZ-RAMIREZ, *et al.*,<br><br>    Defendants.<br>                              / | No. CR 08-0730 WHA<br><br>**ORDER RE PRESENCE OF COUNSEL FOR 1211 AT MARCH 29 HEARING** |

As stated at yesterday's hearing, the government is to ensure that counsel for 1211 is present at the hearing on **TUESDAY, MARCH 29 AT 8 A.M.** If the government is unable to secure the presence of counsel for 1211, it shall immediately notify the Court. At all events, any such notification must be made by **FRIDAY, MARCH 25 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE