IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>        Defendants.<br>                                         / | No. CR 08-0730 WHA<br><br>**ORDER RE SECURITY PASSES FOR PANEL DEFENSE ATTORNEYS** |

To ensure the orderly progression of trial in the above-captioned matter, the United States Marshal Service and the Clerk of the Court shall issue security passes to the following panel attorneys:

(1) Ken Kourosh Behzadi (SBN 164157)

(2) Peter Goodman (SBN 65975)

(3) Lupe Martinez (SBN 49620)

(4) John Philipsborn (SBN 83944)

(5) Randy Sue Pollock (SBN 64493)

(6) Susan Raffanti (SBN 120993)

(7) Mark Rosenbush (SBN 72436)

(8) Martin Sabelli (SBN 164772)

The security passes will grant the panel attorneys access to the Federal Building located at 450 Golden Gate Avenue, San Francisco, California 94102, without requiring the attorneys to pass through public security screening. The passes may only be used to bypass security on trial days

during the building's regular business hours.  The passes only grant the panel attorneys access to public areas of the building.

Prior to being issued a security pass, each attorney will be required to: (1) undergo a background check, including a fingerprint check; (2) attend a security briefing by the USMS; and (3) sign an agreement to fully comply with security procedures.

**IT IS SO ORDERED.**

Dated:  March 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2