IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

IVAN CERNA, *et al.*,

        Defendants.

                        /

No. CR 08-0730 WHA

**ORDER DENYING MOTION
TO SEAL DECLARATION
OF COUNSEL FOR 1211**

      Counsel for 1211 moves to seal her declaration regarding 1211's intent to assert the Fifth

Amendment privilege if called to testify.  The motion to seal is **DENIED**.  Although the

declaration in support of sealing asserts that the declaration should be sealed "so that the Court's

previously issued Protective Orders in this matter will remain in effect for the protection of

Witness 1211," the declaration at issue does not reference protected material or the true identity

of 1211.  Counsel has asserted no other basis to seal the declaration.  Accordingly, both the

declaration regarding 1211's intent to assert the Fifth Amendment privilege and the declaration in

support of the motion to seal shall be filed on the public docket.

     **IT IS SO ORDERED.**

Dated:  March 28, 2011.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California