IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*,

    Defendants.

No. CR 08-0730 WHA

**NOTICE RE PENDING 1211 MOTION**

At tomorrow's hearing, counsel shall be prepared to address the following: even if 1211 will not testify to the subject matters set forth in his counsel's declaration (but will testify as to all other subjects), why isn't it an adequate answer that defendants have the right to waive their Fifth Amendment privilege and testify to the representations that 1211 made to them about his prior life in Honduras?

Remember, counsel wish to get into this subject not for impeachment (possibly of their own witness) but as a substantive element of the defense argument. Why should 1211 be required to waive his Fifth Amendment privilege when defendants have within their power to waive their own Fifth Amendment right and testify to this point?

Please be prepared to cite decisions precisely on point.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE