IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                       / | No. CR 08-0730 WHA<br><br>**NOTICE RE JUROR NUMBER 18** |

The Court is not convinced that the letter from juror number 18 warrants a supplemental hearing inasmuch as the information therein is not inconsistent with any representation made by juror number 18 during *voir dire*.

At the outset of tomorrow's hearing, counsel must provide in writing the specific questions they desire to propound to juror number 18. If the Court finds any of the questions are worthwhile, the Court will arrange for juror number 18 to appear at approximately 11 a.m. tomorrow.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

                                                       WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE