IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>       Defendants.<br>                                                             / | No. CR 08-0730 WHA<br><br>**REQUEST FOR GOVERNMENT RESPONSE RE COCONSPIRATOR STATEMENT SUMMARIES** |

Earlier, the government filed summaries of coconspirator statements it intends to introduce at trial and listed 1211 as the sponsoring witness for 116 of the statements. At tomorrow's hearing, the government will please be prepared to state a date by which it will inform the Court and counsel whether it will call 1211 and a date by which it will update its list of coconspirator statements accordingly.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE