IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al*.<br><br>　　　　　Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR RECONSIDERATION OF SUPPRESSION MOTION FILED BY DEFENDANT GIOVANNI HERNANDEZ** |

　　　　The government moves for reconsideration of the January 6 order granting defendant Giovanni Hernandez's suppression motion, arguing that because defendant Hernandez is no longer a defendant in this case, the evidence seized from his residence at 970 Ingerson may be used as evidence against those defendants proceeding to trial on April 4 because they did not have an expectation of privacy in 970 Ingerson (Dkt. No. 3754).

　　　　The defendants proceeding to trial on April 4 were given until March 24 to show cause as to why the government's motion should not be granted (Dkt. No. 3767). No defendant submitted a response to the invitation to show cause. The government's motion to reconsider is thus unopposed and hereby **GRANTED**. The government will not be barred from using evidence seized from 970 Ingerson due to the unlawful pat frisk of defendant Hernandez on August 12, 2008.

　　　　**IT IS SO ORDERED.**

Dated: March 29, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE