IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>                         / | No. CR 08-0730 WHA<br><br>**NOTICE RE MISCELLANEOUS DEADLINES ESTABLISHED AT MARCH 23 HEARING** |

As a courtesy, counsel are reminded of the following deadlines that were established at the March 29 hearing:

- **BY TODAY AT NOON**, the government must file an update regarding the status of turning over the remainder of 1211's ICE informant file to defense counsel;

- **BY TODAY AT NOON**, the government must file a statement regarding the charges that have been filed against 1211;

- **BY FRIDAY, APRIL 1 AT NOON**, the parties must submit: (1) a summary of Count One to be read to the jury; and (2) an updated list of the remaining counts in the third superseding indictment to be read to the jury; and

- **BY FRIDAY, APRIL 1 AT NOON**, all parties must exchange copies of demonstratives and exhibits that will be used in opening arguments. Due to his travel schedule, however, Attorney Martin Sabelli may provide the government with copies of demonstratives and exhibits as late as Saturday morning on **APRIL 2**.

Dated: March 30, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE