**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al*.

    Defendants.
                                /

No. CR 08-0730 WHA

**ORDER RE DEADLINE FOR ANY ADDITIONAL SUBMISSIONS BY ROCKET LAWYER INCORPORATED**

As stated at the March 29 hearing, Rocket Lawyer Incorporated will be given until **FRIDAY, APRIL 1 AT NOON** to submit any further briefing on the issue of salary continuation for juror number 24 during jury service. By the same date and time, Rocket Lawyer must submit a copy of the portion of its employee manual covering jury service compensation, and must provide the date on which the provision was inserted into the manual.

    **IT IS SO ORDERED.**

Dated: March 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE