IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>  Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER SEALING GOVERNMENT'S NOTICE RE SECURITY MATTERS** |

For good cause shown, the government's notice regarding court security matters and the declaration of Special Agent Benjamin Horton shall be filed *ex parte* and under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: March 30, 2011.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE