IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER AUTHORIZING SHOWERS FOR DEFENDANTS UPON RETURN FROM COURT ON TRIAL DAYS** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

Glenn Dyer Detention Facility shall allow defendants Marvin Carcamo, Jonathan Cruz-Ramirez, Walter Cruz-Zavala, Moris Flores, Angel Noel Guevara, Guillermo Herrera, and Erick Lopez to shower after returning from court on trial days, up to 10 p.m..

**IT IS SO ORDERED.**

Dated: April 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE