IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN CRUZ-RAMIREZ, *et al.*,<br><br>  Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER GRANTING IN PART DEFENDANT JONATHAN CRUZ-RAMIREZ'S REQUEST FOR EXTENSION OF TIME TO FILE PROPOSED JURY INSTRUCTIONS** |

On behalf of the defendants currently in trial, defendant Jonathan Cruz-Ramirez moves for an extension of the deadline to submit proposed jury instructions (Dkt. No. 4021). As stated during the morning proceedings on April 14, this motion is **GRANTED IN PART**.

By the original deadline of **APRIL 29 AT 5 P.M.**, all defendants must submit any proposed jury instructions regarding affirmative defenses. By the same date and time, the government is to submit its proposed jury instructions with respect to its case-in-chief. The government, however, need not submit proposed instructions regarding affirmative defenses by the original deadline. Instead, all parties will have until **MAY 27 AT 5 P.M.** to submit counter-proposals to the instructions submitted by April 29.

Preliminary instructions dealing with evaluation of evidence and jury deliberation need not be submitted unless a party has a special instruction it wishes to be considered.

**IT IS SO ORDERED.**

Dated: April 15, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE