IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*

    Defendants.

No. CR 08-0730 WHA

**ORDER RE PROCEDURE TO VET TRANSCRIPTS OF RECORDINGS**

Given the snafus by counsel concerning transcripts of recordings to be shown to the jury, the following procedure (already announced on Monday, April 25) will be followed:

    1.    The proponent of the transcript must notify the other side in writing at least **ONE WEEK** before showing it to the jury of its intended use and must produce with the notice a fresh copy of the proposed transcript. Do not rely on the fact that a copy was supplied months or years ago in discovery. The notice must be in writing and identify the sponsoring witness. The notice should be a stand-alone "Notice of Intent to Use Recording Transcript" and should not be buried in an email or letter covering multiple items.

    2.    On the **FOURTH CALENDAR DAY** following the notice, any counsel who wishes to object must do so in writing, delivered by **10 P.M.**, specifying the particular passages in question and stating the objecting party's alternative reading (or saying it is inaudible).

    3.    The same procedure applies for translations. None of the foregoing need be filed but it must be served.

Dated: April 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE