IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE ROLLING, WRITTEN NOTICE OF NEXT FIFTEEN WITNESSES** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

Absent very good cause, a witness may be called only if the witness is on the proponent's most-current rolling, written list of the next fifteen witnesses and has been on the list at least 38 (not 48) hours. Said list may be updated each day by 5 p.m. and shall include fifteen or fewer names. If any witness will include a recording transcript, counsel must so indicate and include a fresh copy of the transcript. Witnesses need not be called in the sequence indicated but they must be on the most-current rolling list. The list shall be delivered to all counsel *and to chambers* by 5 p.m. each day.

Slight shortfalls may be approved if the direct examination of the witness will not be completed that day (or will be completed only at the end of the day) and cross-examining counsel will have adequate time to prepare by the next court day.

**IT IS SO ORDERED.**

Dated: April 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE