United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE PROPOSED JURY INSTRUCTIONS FROM GOVERNMENT** |
| IVAN CERNA, *et al*. | |
| Defendants. / | |

The deadline for the government to submit its proposed jury instructions for its case-in-chief and for the defense to submit its instructions regarding affirmative defenses was today at 5 p.m. The undersigned has not yet received the government's submission.

Dated: April 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE