IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                                            / | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT EXHIBIT 407** |

      Much of Government Exhibit 407 will be admitted into evidence as a record of regularly conducted activity under Rule 803(6). *See United States v. Mitchell*, 502 F.3d 931, 968 (9th Cir. 2007); *United States v. Feliz*, 467 F.3d 227, 236–37 (2d Cir. 2006). Portions of Government Exhibit 407 that have not been shown to have been made by someone with first-hand knowledge, however, must be redacted. The person with first-hand knowledge does not necessarily need to be the sponsoring witness (Dr. Judy Melinek).

      Counsel for the government and defendant Jonathan Cruz-Ramirez — the only defendant to file an objection to the autopsy reports — are to meet and confer as to the appropriate redactions. By **5 P.M. ON MAY 11**, the parties are to submit a proposed redacted version of the exhibit, with any points of disagreement flagged for the Court's consideration and memoranda supporting their respective positions. Until this is done, the exhibit is not yet in evidence.

**IT IS SO ORDERED.**

Dated: May 3, 2011.

                                                       WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE