IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE FOR APPELLATE RECORD** |
| IVAN CERNA, *et al*. | |
| Defendants. / | |

Appended hereto is a copy of the outline of charges in the indictment, provided to the jury on April 29, 2011, as set forth on pages 4842 to 4846 of the reporter's transcript of proceedings. Also appended hereto is a copy of a list of attorneys and defendants, provided to the jury on April 4, 2011, as set forth on pages 1243 to 1244 of the reporter's transcript of proceedings.

Dated: May 3, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

# OUTLINE OF CHARGES IN THE INDICTMENT

**COUNT ONE:** *RICO Conspiracy*

Alleges that at least since the mid-1990's and continuing to the present, **ALL SEVEN DEFENDANTS** — together with others known and unknown — unlawfully, knowingly, and intentionally "conspired" to conduct or participate directly and indirectly in the affairs of an "enterprise" (alleged here to be MS-13) through a "pattern of racketeering activity," including: murder, attempted murder, conspiracy to commit murder, extortion, illegal drug sales, witness retaliation, obstruction of justice, robbery, interstate transportation of stolen vehicles, and other specified crimes. As part of the alleged conspiracy, each defendant is alleged to have agreed that a coconspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

*Note: each subsequent count incorporates this count's allegation that MS-13 constituted an enterprise engaged in racketeering activity.*

**COUNT TWO:** *Conspiracy to Commit Murder in Aid of Racketeering*

Alleges that at least since the mid-1990's and continuing to the present, **ALL SEVEN DEFENDANTS** — together with others known and unknown — unlawfully, knowingly, and intentionally "conspired" to commit murder of actual and suspected rival gang members and individuals suspected of cooperating with law enforcement as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT THREE:** *Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering*

Alleges that at least since the mid-1990's and continuing to the present, **ALL SEVEN DEFENDANTS** — together with others known and unknown — unlawfully, knowingly, and intentionally "conspired" to commit assault with a dangerous weapon of actual and suspected rival gang members and individuals suspected of cooperating with law enforcement as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT FOUR:** *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that at least since the mid-1990's and continuing to the present, **MARVIN CARCAMO**, **ANGEL NOEL GUEVARA**, **MORIS FLORES**, and **WALTER CRUZ-ZAVALA** unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to a crime of violence charged in Counts One through Three. Also alleges that these defendants used, brandished, and discharged a firearm in furtherance of the offenses charged in Counts One through Three.

**COUNT FIVE:** *Murder in Aid of Racketeering*

Alleges that on or about March 29, 2008, **ERICK LOPEZ** unlawfully, knowingly, and intentionally did deliberately and with premeditation murder **Ernad Joldic** as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT SIX:** *Murder in Aid of Racketeering*

Alleges that on or about March 29, 2008, **ERICK LOPEZ** unlawfully, knowingly, and intentionally did deliberately and with premeditation murder **Phillip Ng** as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT SEVEN:** *Use/Possession of Firearm in Furtherance of Crime of Violence Resulting in Murder*

Alleges that on or about March 29, 2008, **ERICK LOPEZ** unlawfully, wilfully, and knowingly, during and in relation to the murders in aid of racketeering of **Ernad Joldic** and **Phillip Ng**, did use and carry a firearm in furtherance of such crime, did possess a firearm, and in the course of that crime murdered a person through the use of a firearm.

**COUNT EIGHT:** *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about March 29, 2008, **ERICK LOPEZ** unlawfully, wilfully, and knowingly did use and carry a firearm during and in relation to the murders in aid of racketeering of **Ernad Joldic** and **Phillip Ng**, and did possess, brandish, and discharge a firearm in furtherance of those murders.

**COUNT NINE:** *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about March 30, 2008, **ERICK LOPEZ** unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to a crime of violence charged in Counts One through Three.  Also alleges defendant Lopez used, brandished, and discharged a firearm in furtherance of the offenses charged in Counts One through Three.

**COUNT TEN:** *Murder in Aid of Racketeering*

Alleges that on or about May 31, 2008, **JONATHAN CRUZ-RAMIREZ** unlawfully, knowingly, and intentionally did deliberately and with premeditation murder **Juan Rodriguez** as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT ELEVEN:**  *Use/Possession of Firearm in Furtherance of Crime of Violence Resulting in Murder*

Alleges that on or about May 31, 2008, **JONATHAN CRUZ-RAMIREZ** unlawfully, wilfully, and knowingly, during and in relation to the murder in aid of racketeering of **Juan Rodriguez**, did use and carry a firearm in furtherance of such crime, did possess a firearm, and in the course of that crime murdered a person through the use of a firearm.

**COUNT TWELVE:**  *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about May 31, 2008, **JONATHAN CRUZ-RAMIREZ** unlawfully, wilfully, and knowingly did use and carry a firearm during and in relation to the murder in aid of racketeering of **Juan Rodriguez**, and did possess, brandish, and discharge a firearm in furtherance of the murder.

**COUNT THIRTEEN:**  *Murder in Aid of Racketeering*

Alleges that on or about July 11, 2008, **JONATHAN CRUZ-RAMIREZ** and **GUILLERMO HERRERA** unlawfully, knowingly, and intentionally did deliberately and with premeditation murder **Armando Estrada** as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT FOURTEEN:**  *Use/Possession of Firearm in Furtherance of Crime of Violence Resulting in Murder*

Alleges that on or about July 11, 2008, **JONATHAN CRUZ-RAMIREZ** and **GUILLERMO HERRERA** unlawfully, wilfully, and knowingly, during and in relation to the murder in aid of racketeering of **Armando Estrada**, did use and carry a firearm in furtherance of such crime, did possess a firearm, and in the course of that crime murdered a person through the use of a firearm.

**COUNT FIFTEEN:**  *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about July 11, 2008, **JONATHAN CRUZ-RAMIREZ** and **GUILLERMO HERRERA** unlawfully, wilfully, and knowingly did use and carry a firearm during and in relation to the murder in aid of racketeering of **Armando Estrada**, and did possess, brandish, and discharge a firearm in furtherance of the murder.

**COUNT SIXTEEN:**  *Use/Possession of Firearm in Furtherance of Crime of Violence*

Alleges that on or about July 25, 2008, **JONATHAN CRUZ-RAMIREZ** unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to a crime of violence charged in Counts One through Three.  Also alleges defendant Cruz-Ramirez used, brandished, and discharged a firearm in furtherance of the offenses charged in Counts One through Three.

**COUNT TWENTY-FIVE:** *Assault with a Dangerous Weapon in Aid of Racketeering*

Alleges that on or about December 26, 2007, **ANGEL NOEL GUEVARA** — together with others known and unknown — unlawfully, knowingly, and intentionally did assault **Jesus Reynoso** with a dangerous weapon, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-SIX:** *Attempted Murder in Aid of Racketeering*

Alleges that on or about December 26, 2007, **ANGEL NOEL GUEVARA** — together with others known and unknown — unlawfully, knowingly, and intentionally did attempt to murder **Jesus Reynoso**, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-SEVEN:** *Assault with a Dangerous Weapon in Aid of Racketeering*

Alleges that on or about December 26, 2007, **ANGEL NOEL GUEVARA** — together with others known and unknown — unlawfully, knowingly, and intentionally did assault **Milagro Moraga** with a dangerous weapon, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-EIGHT:** *Attempted Murder in Aid of Racketeering*

Alleges that on or about December 26, 2007, **ANGEL NOEL GUEVARA** — together with others known and unknown — unlawfully, knowingly, and intentionally did attempt to murder **Milagro Moraga**, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT TWENTY-NINE:** *Assault with a Dangerous Weapon in Aid of Racketeering*

Alleges that on or about December 26, 2007, **ANGEL NOEL GUEVARA** — together with others known and unknown — unlawfully, knowingly, and intentionally did assault **Ronald Donaire** with a dangerous weapon, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

**COUNT THIRTY:** *Attempted Murder in Aid of Racketeering*

Alleges that on or about December 26, 2007, **ANGEL NOEL GUEVARA** — together with others known and unknown — unlawfully, knowingly, and intentionally did attempt to murder **Ronald Donaire**, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from MS-13, and for the purpose of gaining entrance to and maintaining and increasing position within MS-13.

| UNITED STATES | | DEFENSE |
|---|---|---|
| **_Attorneys_** | **_Defendants_** | **_Attorneys_** |
| Wilson Leung | Moris Flores | Mark Rosenbush |
| Wil Frentzen | Angel Noel Guevara | Lupe Martinez |
| Theryn Gibbons | Guillermo Herrera | Martin Sabelli |
| | Jonathan Cruz-Ramirez | John Philipsborn |
| | Marvin Carcamo | Ken Behzadi |
| | Erick Lopez | Peter Goodman |
| | Walter Cruz-Zavala | Randy Sue Pollock |