IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE FOREIGN-LANGUAGE RECORDINGS AND TRANSCRIPTS** |
| IVAN CERNA, *et al*. | |
| Defendants. | |
| _____ / | |

As stated during the May 4 proceedings, the entirety of every foreign-language recording need not be played to the jury or even played at all. Instead, and always subject to Rule 403, a foreign-language recording need only be played when there is a particularized need for the jury to hear a portion — or all — of the foreign-language recording to hear background noise, voice inflection and tone, or other aspects of the recording that cannot be conveyed through a written transcript. Counsel desiring to play the recording must have a way to isolate and prove up the passage at issue.

If proper foundation is laid for the accuracy of a translated English-language transcript with speaker assignments, the transcript can be read to the jury and can go into evidence and to the jury during deliberations. In addition to laying foundation for the accuracy of the translation, however, the proponent of the transcript must show that the sponsoring witness has a proper basis for the assignment of names in the transcript. For at least the first transcript to arise, defense counsel will be permitted to *voir dire* the sponsoring witness in the presence of the jury

1  prior to the transcript's admission into evidence.  Thereafter, it will be decided on a case-by-case
2  basis whether cross-examination of the witness will suffice.  In all instances, upon proper
3  foundation the opposing party may offer its own transcript of the foreign-language recording for
4  the jury to consider and present argument regarding the accuracy of the proponent's transcript.

5       The notice procedure in the April 29 order still applies.  Counsel are strongly encouraged
6  to work out their differences over the translations/transcripts, as is done in most cases.

8  **IT IS SO ORDERED.**

10  Dated: May 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE