**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA
11          Plaintiff,
12     v.                                   **ORDER RE DALY CITY REPORT**
13   IVAN CERNA, *et al*.
14          Defendants.
15   _____/
16         To facilitate the resolution of now-pending disputes, government counsel shall please
17   answer the following questions regarding the Daly City offense report included in the
18   government's letter dated May 10, 2011:
19         (1)   Were ICE agents present at the interview at ICE referenced in paragraph 4?
20         (2)   Did ICE agents (or a federal prosecutor) make or receive either notes or a
21               summary of the interview?  If so, when?
22         (3)   Did SFPD Sergeant Mario Molina make or receive notes or a summary of the
23               interview?  If so, when?
24         (4)   Was the "Catracho" referenced on page 2 the same person also known as 1211?
25         Please submit and serve the answers in writing by **FRIDAY, MAY 13 AT 5:00 P.M.**
26
27
28   Dated:  May 11, 2011.
                                          _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE