IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>                                                              / | No. CR 08-0730 WHA<br><br>**REQUEST FOR BRIEFING ON EXTENT OF ADMISSIBILITY OF ITEMS SEIZED FROM DEFENDANTS** |

With respect to all items seized from any defendants or their living quarters as to which any objection or request for limitation was timely made, all counsel shall please file memoranda by **TUESDAY, MAY 24 AT 5 P.M.** addressing the following issues:

1. To what extent are any of the objected-to writings of past events (such as "XYZ drove the car") offered for the truth of the contents? Counsel shall please identify each such declarative statement.

2. Should such statements offered for the truth be limited for use only against *the author* as party admissions?  If any of such statements are offered under Rule 801(d)(2)(E), identify the statement and explain why it either is or is not a valid 801(d)(2)(E) statement. Cite case law.  Although this request covers all items from all searches, please pay particular attention to the notebooks and letters and specific pages therein.

3. What limitation, if any, does the law require for any objected-to writings other than writings describing past events? Cite case law.

4. What limitation, if any, does the law require for items *other than writings* seized in searches, such as guns, bullets, flags, photographs, bandanas, and so on? Cite case law.

The Court has already made an item-by-item assessment at the time the evidence was offered. Given the sporadic but recurring nature of these questions, however, the Court will appreciate the help of counsel in sorting through the variations so as to make any adjustments on admissibility or limitation as required.

Will the defense please present a consolidated memorandum? All sides may respond to the other side's submissions by **FRIDAY, MAY 27 AT 5 P.M.**

Dated: May 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2