IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVAN CERNA, *et al*.

    Defendants.

                                 /

No. CR 08-0730 WHA

**NOTICE RE SECURITY ID PASSES**

      The United States Marshal has informed the undersigned that most defense attorneys have failed to comply with the fingerprinting and payments necessary for their security ID passes. At the undersigned's request, the Marshal advanced the passes on the undersigned's representation that the attorneys in due course would comply. The Marshal, however, has alerted the undersigned that most attorneys have not yet complied.

      Mid-week next week the Marshal will cancel the passes for those attorneys who have failed to fulfill the necessary requirements. Since Friday is a dark day, the attorneys are requested to resolve the issue. Please do not ask the undersigned for information on where to go. All necessary information was previously provided by Anita Bock and/or the Marshal.

Dated: May 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE