IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE SEQUENCE OF DEFENSE CASES** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

Unless defense counsel stipulate in writing otherwise by **TUESDAY, MAY 31 AT NOON**, the sequence of defense cases will be in the order the defendants are seated, starting with Mr. Guevara in the front row and ending with Mr. Lopez in the last row. Specifically, the sequence will be as follows: (1) Angel Noel Guevara; (2) Moris Flores; (3) Marvin Carcamo; (4) Jonathan Cruz-Ramirez; (5) Guillermo Herrera; (6) Walter Cruz-Zavala; and (7) Erick Lopez.

The defense cases shall commence immediately after the government rests, with all Rule 29 motions to be deemed then made but argued later.

**IT IS SO ORDERED.**

Dated: May 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE