IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>                                           / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENSE CONFERENCE**<br>**RE SEQUENCE OF DEFENSE CASES** |

By **TUESDAY, MAY 31 AT 5 P.M.**, defense counsel shall meet and confer and offer a specific plan addressing Mr. Philipsborn's suggestions (Dkt. No. 4287) and any other defense needs, failing which the Court will implement the sequence outlined in the May 20 order concerning the orderly presentation of the defense cases (Dkt. No. 4265).

**IT IS SO ORDERED.**

Dated: May 24, 2011.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE