IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING ON SUBJECT-MATTER JURISDICTION, BURDEN OF PROOF RE BIRTH DATES** |

As stated at the May 24 proceedings, both sides are to submit briefing regarding subject-matter jurisdiction, particularly the burden of proof with respect to when each defendant reached the age of majority. By **WEDNESDAY, JUNE 1 AT 5 P.M.**, both sides shall please provide cases on point addressing the following:

(1) Who has the burden to prove a defendant's birth date? *See United States v. Juvenile Male*, 595 F.3d 885 (9th Cir. 2010); *United States v. Alvarez-Porras,* 643 F.2d 54 (2d Cir. 1981).

(2) What is the standard of proof for determining a defendant's birth date?

(3) Does the judge or the jury make the birth date determination?

(4) Can an objection to the subject-matter jurisdiction of the Court due to a defendant's age be waived? Under what circumstances (for example, must it be raised before the jury is sworn)?

Dated: May 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE