United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN CERNA, *et al.*,

Defendants.

No. CR 08-0730 WHA

**ORDER FILING DOCUMENTS DISCUSSED DURING MAY 26 MORNING PROCEEDINGS**

Appended hereto are the documents referred to during the discussion with Juror Number 48 during the morning proceedings on May 26, 2011.

Dated: May 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# August 2011

Work
Home

July 2011
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

August 2011
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

September 2011
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |

| incident: | date: | witness: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | time: | | | | | | | | | | |
| | location: | | | | | | | | | | |
| | victim: | | | | | | | | | | |
| | defendant: | | | | | | | | | | |
| | dob: | | | | | | | | | | |
| | indictment: | | | | | | | | | | |

| # | COURT DATE | WITNESS | INCIDENT DATE | DEFENDANT | VICTIM | EVID# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DEDEFENDANT  NAME | DEFENDANT DOB | DATE OF INCIDENT | DEF AGE @ INCIDENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |