IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al*.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER MEMORIALIZING DEADLINES SET AT MAY 31 PROCEEDINGS** |

　　　　This order memorializes a number of deadlines set during the May 31 proceedings.

　　　　*First*, by **SUNDAY, JUNE 5 AT 10 P.M.**, the defense shall file counter-proposals to the government's case-in-chief jury instructions and the government shall file counter-proposals to the defense's affirmative defense instructions (Dkt. Nos. 4110, 4124). Where necessary, these counter-proposals should be accompanied by explanatory memoranda. As the deadline has already been previously extended, no further extensions will be granted absent good cause (Dkt. No. 4031).

　　　　*Second*, by **SUNDAY, JUNE 5 AT 10 P.M.**, the government shall also respond to Defendant Moris Flores' objection to the government's proposed instruction regarding Count One (Dkt. No. 4325).

　　　　*Third*, upon consideration of the partially joined defense supplemental response regarding the presentation of the defense case (Dkt. No. 4323), the defense shall have a further opportunity and more time to meet and confer and to propose a sequence for presenting one defense case. All defense counsel must confer. The joint memorandum shall be filed by

**WEDNESDAY, JUNE 8 AT 5 P.M.** At all events, a witness called by one defense counsel should be examined by all defense counsel for all purposes so that the witness need not be recalled. This will require defense counsel to give notice of witnesses in time for all other counsel to complete preparation for their examinations.

*Fourth*, Defendant Walter Cruz-Zavala shall have until **WEDNESDAY, JUNE 1 AT 5 P.M.**, to submit any briefing regarding the admissibility of robberies testified to by Witness Walter Palma (*see* Dkt. Nos. 4302, 4303). Thereafter, further oral argument on the matter will be heard on **FRIDAY, JUNE 3.**

*Finally*, in addition to complying with the deadlines set during the May 31 proceedings, by **THURSDAY, JUNE 2 AT 5 P.M.**, the government shall also to respond to Defendant Flores' request for a limiting instruction with respect to the two instances of firearms possession testified to by Witness Palma (Dkt. No. 4328). The government should be sure to address whether discovery regarding either incident was previously produced to the defense and whether the incident involving the .22 caliber firearm was the incident described in its first bill of particulars as occurring on April 22, 2008 (Dkt. No. 1655 at 12). Time permitting, oral argument on this matter will be heard on **FRIDAY, JUNE 3.**

**IT IS SO ORDERED.**

Dated: May 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2