IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | |
| IVAN CERNA, *et al*. | **ORDER RE SPANISH LANGUAGE STATEMENTS WITHOUT TRANSLATION** |
| Defendants. | |
| / | |

Some notebooks and other writings received in evidence contain Spanish narrative or statements. These have not been translated for the jury. The jury has been and will be instructed to disregard all Spanish statements and narrations (excluding mere monikers, clique names, and dates) unless translated to English. If, however, any counsel wants specific untranslated pages to be taped over before going into the jury room, then counsel must make a specific motion directed to each such page, and such motion must be made by **THURSDAY, JUNE 16 AT 5 P.M.** If the government has already been ordered to redact or tape-over Spanish statements or to provide a translation, then such order remains in effect and it must do so without further order (*e.g*. TX 770, TX 478-K). (In this connection please remember that all counsel have consented at least impliedly to the Spanish-English transcripts coming into evidence without redaction of the Spanish version.)

Dated: June 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE