IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE GLENN DYER JAIL INCIDENT INVOLVING DEFENDANTS CRUZ-RAMIREZ AND CRUZ-ZAVALA** |

The undersigned has reviewed the Alameda County Sheriff's Office investigation file regarding the May 2010 altercation between ASCO Deputies Pineda and Stoneberger and defendants Jonathan Cruz-Ramirez and Walter Cruz-Zavala. After full consideration of the records (filed under seal) and the arguments presented during the June 1 proceedings, this order finds no occasion to deviate from the earlier provisional ruling that the government may not introduce evidence regarding the incident in its case-in-chief (Dkt. No. 3644 at 12–13). For the time being, the incident does not have sufficient probative value to warrant the time required for the government to adequately explore the incident and for the defense to present any rebuttal.

The incident, however, may have more probative value after the presentation of the defense case. If appropriate, the government may file a motion for reconsideration at that time.

**IT IS SO ORDERED.**

Dated: June 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE