**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA

11              Plaintiff,

12      v.                                  **NOTICE RE OBJECTIONS BY  MARVIN
                                            CARCAMO TO ROBBERIES EVIDENCE**
13   MARVIN CARCAMO, *et al*.

14              Defendants.

15   _____/

16          During the June 3 proceedings, counsel for defendant Marvin Carcamo sought to

17   "remind" the undersigned that counsel had presented oral argument "about those two incidents,

18   allegedly concerning [counsel's] client, and [defendant Carcamo's] alleged involvement in the

19   robberies" (Tr. 8273).  Although counsel did not offer further specificity regarding which two

20   incidents he was referencing or the date of his prior objections, the undersigned believes

21   counsel was referring to his May 10 notice objections onto Witness Jaime Martinez's testimony

22   regarding the 2006 house key robbery and 2007 observation of a firearm located in a sock

23   (which was not related to a robbery) (Tr. 5864).  These objections, however, have already been

24   ruled upon (Tr. 5875, 6314; Dkt. No. 4321).

25
26
27   Dated:  June 7, 2011.                  _____
                                            WILLIAM ALSUP
28                                          UNITED STATES DISTRICT JUDGE