**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | |
| IVAN CERNA, *et al*. | **NOTICE RE CORRESPONDENCE RECEIVED FROM MARLON LUMANG** |
| Defendants. | |
| _____ / | |

The Court has received another letter (appended hereto) from Marlon Lumang, who now appears to understand he is being called as a defense witness. This information is being provided for the benefit of counsel who should do the appropriate follow-up.

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Honorable William Alsup,

My name is Marlon Lumang PFN ULN655, I'm currently being detained in Glen Dyre facility. I was sentence in your court room last July, 12, 2010. My charge was Exportation of two Stolen Vehicle. I was sentenced to 21 mo. Well you honor I have done my time. Now I am back with the U.S Marshall's custody under false pretense. As I remember your honor when I sign my plea aggrement I never sign or volunter to testify or be a witness to any of my co-defendant. So your honor I don't know why I brought back and taken away from Immigration custody. Your honor can you please put me in calendar for a hearing to clear this misunderstanding. I never sign any paper or any aggrement that I would be a witness or to testify on the M.S.13 trial. From what I remember my lawyer Linda Fullerton advice me not to do it. Your honor I just want to get back to immigration and proceed to my deportation back to my country. Also your Honor I have been in the Marshall custody and no one has talked to me for about a month now. My Lawyer Linda Fullerton or the person subpoena me. Your Honor I'm in dire need to go back to immigration to be deported.

Marlon Lumang
ULN 655

Marlon Lumening
UN 655
550 6th St.
Oak, Ca. 94607

OAKLAND CA 946
05 JUN 2011 PM 5 L

SEABISCUIT

Attn: CLERK OF THE
COURT
For the, Honorable William Alsup
Federal Building
450 Golden Gate Ave.
San Fran, Ca. 94102

Attn:

9410245552