IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR SUBMISSIONS RE ADMISSIBILITY OF RECORDINGS** |
| IVAN CERNA, *et al*. | |
| Defendants. | |

    As stated during the June 8 and June 10 proceedings, the parties are invited to submit memoranda regarding the admissibility of recordings of conversations for which the sponsoring witness(es) were not present or were only present for a portion of the time. As previously stated, the parties shall please submit any such memoranda by **SUNDAY, JUNE 12 AT 5 P.M.**

Dated: June 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE