**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE TRAFFIC ACCIDENT INVOLVING VAN TRANSPORTING DEFENDANTS TO GLENN DYER** |
| IVAN CERNA, *et al.* | |
| Defendants. | |
| _____/ | |

The USMS has reported a traffic accident involving one of the vans transporting the defendants to the Glenn Dyer facility. The USMS reports that minor injuries may have been suffered by three defendants — Defendants Jonathan Cruz-Ramirez, Marvin Carcamo, and Angel Noel Guevara — who are now at a medical facility for observation.

Although there is a possibility that tomorrow's proceedings may need to be cancelled, all counsel should be prepared to go forward tomorrow at 7:30 a.m. absent a medical report to the contrary.

Dated: June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE