IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE FOR RECORD** |
| IVAN CERNA, *et al*. | |
| Defendants. | |
| / | |

A June 2 order invited defense counsel to advise the Court in writing of specific items of evidence seized during residence searches for which counsel contended a limiting instruction should be given or modified (Dkt. No. 4364). That same order invited defense counsel to submit specific Rule 403 objections to individual items contained in bags of evidence for which counsel had previously only made a generalized objections to. The deadlines for responses to these invitations were June 9 and June 14, respectively. All defense counsel either affirmatively declined to submit objections or chose not to respond at all.

Similarly, no counsel responded to the June 3 order inviting requests for redaction of notebooks or other writings which contained untranslated Spanish narrative or statements (Dkt. No. 4368). The deadline for responses was June 16.

Dated: June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE