IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*,

    Defendants.
                               /

No. CR 08-0730 WHA

**REQUEST FOR DEFENDANTS' STATEMENTS SOUGHT TO BE ADMITTED BY GOVERNMENT**

By **5 P.M. TODAY**, the government shall please file the statements by defendants Guillermo Herrera and Walter Cruz-Zavala it is seeking to admit under Rule 801(d)(2)(D), which are referenced but not included in its June 23 motion *in limine* (Dkt. No. 4528).

Dated: June 24, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE