United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

IVAN CERNA, *et al*.

       Defendants.

                              /

No. CR 08-0730 WHA

**ORDER RE MEDICAL EXAMINATIONS**

     The USMS shall take to the hospital for medical examination today all defendants now on trial who are requesting medical attention.

     **IT IS SO ORDERED.**

Dated: June 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE