IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al*.

    Defendants.
                                           /

No. CR 08-0730 WHA

**NOTICE RE DEADLINES SET DURING TODAY'S PROCEEDINGS**

     As a courtesy, counsel are reminded that the following matters will be taken up during tomorrow morning's proceedings:

- Defendant Guillermo Herrera's motion to exclude coconspirator statements contained in text messages (Dkt. No. 4579);
- The government's request for *ex parte*, *in camera* review of the recording device (Dkt. No. 4581);
- The government's supplemental expert notice regarding Metro PCS cellular telephone records (Dkt. No. 4580); and
- Defendant Erick Lopez's request for an arrest warrant (Dkt. No. 4583).

Opposing counsel shall endeavor to file responses/briefing relevant to the aforementioned matters by **5 P.M. TODAY**, but at all events no later than **10 P.M.**

     Other deadlines set during today's proceedings were as follows:

- Any further reply by defendant Moris Flores regarding his motion to suppress and motion to exclude statements made to Sergeant Molina in 2006 (Dkt. Nos. 4532, 4533) must be filed **BY 5 P.M TODAY.**

- The government's response to defendant Lopez's motion for mistrial (Dkt. No. 4576) must be filed by **MONDAY, JULY 4 AT 5 P.M.**

- Objections to the admission of original letters containing Spanish-language writing offered today (Government Exhibits 890, 894, 895, 896, 897, 903) must be filed by **MONDAY, JULY 4 AT 5 P.M.**

Dated: June 28, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE