Ken K. Behzadi, #164157
2467 Via De Los Milagros
Pleasanton, CA 94566
Telephone (310) 441-9341

Attorney for Defendant
MARVIN CARCAMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARVIN CARCAMO,<br><br>           Defendant. | Case No.: CR-08-00730-WHA<br><br>ORDER PERMITTING DEFENDANT MARVIN CARCAMO UNSHACKLED FOR PROVIDING HANDWRITING EXEMPLARS |

   Good cause therefore having been shown, IT IS HEREBY ORDERED that U.S. Marshal Services and/or Alameda County Sheriff officials unshackle defendant Marvin Carcamo for the purposes of providing handwriting exemplars for the defense and document examiner Patricia Fisher.

Dated: June 30, 2011.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE