IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al*.<br><br>    Defendants.<br>                                   / | No. CR 08-0730 WHA<br><br>**NOTICE RE CANCELLATION OF SECURITY IDENTIFICATION PASSES** |

      A March 24 order authorized security identification passes for those defense attorneys who complied with certain requirements, including a fingerprint check and necessary paperwork. Two months later, most attorneys had not fulfilled the necessary requirements and were accordingly warned that the Marshal would cancel the security passes for those attorneys who did not comply within a week.

      The Marshal has informed the undersigned that with one exception, no defense attorney has complied. Accordingly, authorization for all security identification passes is hereby withdrawn, except those attorneys who have already completed the necessary paperwork and have been fingerprinted.

Dated: June 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE