IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT RESPONSE TO RULE 29 MOTIONS** |

The Court has reviewed the written Rule 29 motions submitted on July 9.[*]  The government can respond to any and all points raised in the motions as it wishes.  The points raised by defendants that appear to warrant particular attention, however, are:

(1) The sufficiency of the evidence with respect to whether defendants Erick Lopez, Guillermo Herrera, Angel Noel Guevara, Walter Cruz-Zavala, and Jonathan Cruz-Ramirez agreed that the pattern of racketeering activity would include murder, attempted first-degree murder, or conspiracy to commit murder, as alleged in Count One;

(2) The sufficiency of the evidence with respect to whether defendants Erick Lopez, Guillermo Herrera, Angel Noel Guevara, Walter Cruz-Zavala, and Jonathan Cruz-Ramirez conspired to commit murder in aid of racketeering, as alleged in Count Two; and

---

[*] Defendant Marvin Carcamo's Rule 29 motion and amended motion were reviewed although they were not submitted until July 10.

  (3) The sufficiency of the evidence with respect to Count Four for defendants Angel Noel Guevara, Moris Flores, Marvin Carcamo, and Walter Cruz-Zavala.

The government should not take the above to mean that the Court will necessarily deny the Rule 29 motions with respect to those issues not specifically highlighted.

  The government's response must be filed by **MONDAY, JULY 18 AT 5 P.M.** Oral argument on the motions will be held on **WEDNESDAY, JULY 20 AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: July 11, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE