IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

IVAN CERNA, *et al*.

      Defendants.
                                       /

No. CR 08-0730 WHA

**ORDER RE REVIEW OF EXHIBIT 183T FOR RULE 403 MATERIAL**

      The undersigned has reviewed TX 183T-A, TX 183T-B, TX 183T-E, TX 183T-G, TX 183T-K for Rule 403 material. The only material that appears to warrant redaction are: (1) the last four lines on page 10 and the first line on page 11 of TX 183T-B; and (2) pages 8 and 9 of TX 183T-E. These pages/lines must be redacted.

      Any additional requests for further Rule 403 redactions to these exhibits must be filed by **WEDNESDAY, JULY 13 AT 5 P.M.**

      **IT IS SO ORDERED.**

Dated: July 11, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE