United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                No. CR 08-0730 WHA
11                Plaintiff,
12     v.                                     **NOTICE FOR APPELLATE RECORD**
                                              **RE DRAFT SPECIAL VERDICT FORM**
13   MARVIN CARCAMO, *et al*.                 **DISTRIBUTED TO ALL COUNSEL**
14                Defendants.
15   _____/
16          Appended hereto is a copy of the draft special verdict form distributed to all counsel
17   during the afternoon proceedings on July 11, 2011 (Tr. 13130).
18
19
20   Dated:  July 20, 2011.                   _____
21                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA

11              Plaintiff,

12     v.

13   MARVIN CARCAMO,
     JONATHAN CRUZ-RAMIREZ,
14   WALTER CRUZ-ZAVALA,                    **[DRAFT] SPECIAL VERDICT FORM**
     MORIS FLORES,
15   ANGEL NOEL GUEVARA,
     GUILLERMO HERRERA, and
16   ERICK LOPEZ.

17              Defendants.

18   _____/

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

**COUNT ONE**

2    1A.    As to each defendant below, has the government proven him guilty beyond a reasonable
        doubt of conspiring to conduct the affairs of an enterprise through a pattern of
3        racketeering activity in violation of 18 U.S.C. Section 1962(d), as alleged in Count One?

4                                YES, GUILTY                NO, NOT GUILTY

5    Angel Noel Guevara          _____              _____

6    Moris Flores                _____              _____

7    Marvin Carcamo              _____              _____

8    Jonathan Cruz-Ramirez       _____              _____

9    Guillermo Herrera           _____              _____

10   Walter Cruz-Zavala          _____              _____

11   Erick Lopez                 _____              _____

12

13   Please answer the following question only for any defendant you have found guilty in Question 1A:

14   1B.    Has the government further proven beyond a reasonable doubt that the defendant
        knowingly agreed that the pattern of racketeering activity would include any of the
15       following offenses?  If the government has so proven one or more such acts, write "Yes"
        in the space(s) indicated.  If not, then write "No" in the appropriate space(s).

16

17                                             ATTEMPTED        CONSPIRACY
                         MURDER                FIRST-DEGREE     TO COMMIT
                                               MURDER           MURDER

18   Angel Noel Guevara     _____      _____    _____

19   Moris Flores           _____      _____    _____

20   Marvin Carcamo         _____      _____    _____

21   Jonathan Cruz-Ramirez  _____      _____    _____

22   Guillermo Herrera      _____      _____    _____

23   Walter Cruz-Zavala     _____      _____    _____

24   Erick Lopez            _____      _____    _____

25

26

27

28

2

**United States District Court**
For the Northern District of California

**COUNT TWO**

2.     As to each defendant below, has the government proven him guilty beyond a reasonable doubt of conspiring to commit murder in aid of racketeering in violation of 18 U.S.C. 1959(a)(5), as charged in Count Two?

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| Angel Noel Guevara | _____ | _____ |
| Moris Flores | _____ | _____ |
| Marvin Carcamo | _____ | _____ |
| Jonathan Cruz-Ramirez | _____ | _____ |
| Guillermo Herrera | _____ | _____ |
| Walter Cruz-Zavala | _____ | _____ |
| Erick Lopez | _____ | _____ |

**COUNT THREE**

3.     As to each defendant below, has the government proven him guilty beyond a reasonable doubt of conspiring to commit assault with a dangerous weapon in aid of racketeering in violation of 18 U.S.C. 1959(a)(6), as charged in Count Three?

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| Angel Noel Guevara | _____ | _____ |
| Moris Flores | _____ | _____ |
| Marvin Carcamo | _____ | _____ |
| Jonathan Cruz-Ramirez | _____ | _____ |
| Guillermo Herrera | _____ | _____ |
| Walter Cruz-Zavala | _____ | _____ |
| Erick Lopez | _____ | _____ |

3

United States District Court

For the Northern District of California

1

## COUNT FOUR

2    4.      As to each defendant below, has the government proven beyond a reasonable doubt that
3    the defendant knowingly possessed a firearm in furtherance of Counts One, Two, or
Three in violation of 18 U.S.C. 924(c), as charged in Count Four?  (If you found Counts
4    One, Two, and Three unproven as to a defendant, then leave both indicated spaces
blank.)

5                          YES, GUILTY                NO, NOT GUILTY

6    Angel Noel Guevara    _____         _____

7    Moris Flores    _____         _____

8    Marvin Carcamo    _____         _____

9    Walter Cruz-Zavala    _____         _____

10

11

## COUNT FIVE

12    5.      Has the government proven beyond a reasonable doubt that defendant ERICK LOPEZ
13    unlawfully and with malice aforethought murdered Ernad Joldic for the purpose of
gaining entrance, maintaining his position, or increasing his position within an enterprise
engaged in racketeering activity in violation of 18 U.S.C. 1959(a)(1), as charged in Count
14    Five?

15             YES, GUILTY           NO, NOT GUILTY

16             _____          _____

17

## COUNT SIX

18    6.      Has the government proven beyond a reasonable doubt that defendant ERICK LOPEZ
19    unlawfully and with malice aforethought murdered Phillip Ng for the purpose of gaining
entrance, maintaining his position, or increasing his position within an enterprise engaged
in racketeering activity in violation of 18 U.S.C. 1959(a)(1), as charged in Count Six?
20

21             YES, GUILTY           NO, NOT GUILTY

22             _____          _____

23

## COUNT SEVEN

24    Please answer this question only if you found defendant Erick Lopez guilty of Counts Five or
Six; otherwise leave blank and go to Count Nine:
25

26    7.      Has the government proven beyond a reasonable doubt that defendant ERICK LOPEZ
knowingly possessed a firearm in furtherance of the murders of Ernad Joldic and/or
Phillip Ng and that the firearm was the cause of death in violation of 18 U.S.C. 924(j)(1),
27    as charged in Count Seven?

28             YES, GUILTY           NO, NOT GUILTY

              _____          _____

United States District Court

For the Northern District of California

## COUNT EIGHT

Please answer this question only if you found defendant Erick Lopez guilty of Counts Five or Six; otherwise leave blank and go to Count Nine:

8.    Has the government proven beyond a reasonable doubt that defendant ERICK LOPEZ knowingly possessed a firearm in furtherance of the murders of Ernad Joldic and/or Phillip Ng in violation of 18 U.S.C. 924(c), as charged in Count Eight?

YES, GUILTY              NO, NOT GUILTY

_____              _____

## COUNT NINE

Please answer this question only if you found defendant Erick Lopez guilty of Counts One, Two, or Three; otherwise leave blank and go to Count Ten:

9.    Has the government proven beyond a reasonable doubt that on or about March 30, 2008, defendant ERICK LOPEZ knowingly possessed a firearm in furtherance of Counts One, Two, or Three in violation of 18 U.S.C. 924(c), as charged in Count Nine?

YES, GUILTY              NO, NOT GUILTY

_____              _____

## COUNT TEN

10.   Has the government proven beyond a reasonable doubt that defendant JONATHAN CRUZ-RAMIREZ unlawfully and with malice aforethought murdered Juan Rodriguez for the purpose of gaining entrance, maintaining his position, or increasing his position within an enterprise engaged in racketeering activity in violation of 18 U.S.C. 1959(a)(1), as charged in Count Ten?

YES, GUILTY              NO, NOT GUILTY

_____              _____

## COUNT ELEVEN

Please answer this question only if you found defendant Jonathan Cruz-Ramirez guilty of Count Ten; otherwise leave blank and go to Count Thirteen:

11.   Has the government proven beyond a reasonable doubt that defendant JONATHAN CRUZ-RAMIREZ knowingly possessed a firearm in furtherance of the murder of Juan Rodriguez and that the firearm was the cause of death in violation of 18 U.S.C. 924(j)(1), as charged in Count Eleven?

YES, GUILTY              NO, NOT GUILTY

_____              _____

<div style="writing-mode: vertical">

**United States District Court**
For the Northern District of California

</div>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### COUNT TWELVE

Please answer this question only if you found defendant Jonathan Cruz-Ramirez guilty of Count Ten; otherwise leave blank and go to Count Thirteen:

12.     Has the government proven beyond a reasonable doubt that defendant JONATHAN CRUZ-RAMIREZ knowingly possessed a firearm in furtherance of the murder of Juan Rodriguez in violation of 18 U.S.C. 924(c), as charged in Count Thirteen ?

YES, GUILTY           NO, NOT GUILTY

_____          _____

### COUNT THIRTEEN

13.     As to each defendant below, has the government proven beyond a reasonable doubt that the defendant unlawfully and with malice aforethought murdered Armando Estrada for the purpose of gaining entrance, maintaining his position, or increasing his position within an enterprise engaged in racketeering activity in violation of 18 U.S.C. 1959(a)(1), as charged in Count Thirteen?

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| Jonathan Cruz-Ramirez | _____ | _____ |
| Guillermo Herrera | _____ | _____ |

### COUNT FOURTEEN

Please answer this question only if you found either defendant guilty of Count Thirteen; otherwise leave blank and go to Count Sixteen:

14.     As to each defendant below, has the government proven beyond a reasonable doubt that the defendant knowingly possessed a firearm in furtherance of the murder of Armando Estrada and that the firearm was the cause of death in violation of 18 U.S.C. 924(j)(1), as charged in Count Fourteen?  (If you found a defendant not guilty of Count Thirteen, then leave the spaces blank as to that defendant.)

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| Jonathan Cruz-Ramirez | _____ | _____ |
| Guillermo Herrera | _____ | _____ |

### COUNT FIFTEEN

Please answer this question only if you found either or both defendant(s) guilty of Count Thirteen; otherwise leave blank and go to Count Sixteen:

15.     As to each defendant below, has the government proven beyond a reasonable doubt that the defendant knowingly possessed a firearm in furtherance of the murder of Armando Estrada in violation of 18 U.S.C. 924(c), as charged in Count Fifteen?  (If you found a defendant not guilty of Count Thirteen, then leave the spaces blank as to that defendant.)

|  | YES, GUILTY | NO, NOT GUILTY |
|---|---|---|
| Jonathan Cruz-Ramirez | _____ | _____ |
| Guillermo Herrera | _____ | _____ |

### COUNT SIXTEEN

Please answer the following if you found defendant Jonathan Cruz-Ramirez guilty of Counts One, Two, or Three; otherwise leave blank and go to Count Twenty-Five:

16.     Has the government proven beyond a reasonable doubt that on or about July 25, 2008, defendant JONATHAN CRUZ- RAMIREZ knowingly possessed a firearm in furtherance of Counts One, Two, or Three in violation of 18 U.S.C. 924(c), as charged in Count Sixteen?

| YES, GUILTY | NO, NOT GUILTY |
|---|---|
| _____ | _____ |

### COUNT TWENTY-FIVE

17.     Has the government proven beyond a reasonable doubt that defendant ANGEL NOEL GUEVARA assaulted Jesus Reynoso with a dangerous weapon for the purpose of gaining entrance, maintaining his position, or increasing his position within the charged racketeering enterprise in violation of 18 U.S.C. 1959(a)(3), as charged in Count Twenty-Five?

| YES, GUILTY | NO, NOT GUILTY |
|---|---|
| _____ | _____ |

### COUNT TWENTY-SIX

18.     Has the government proven beyond a reasonable doubt that defendant ANGEL NOEL GUEVARA attempted to murder Jesus Reynoso for the purpose of gaining entrance, maintaining his position, or increasing his position within the charged racketeering enterprise in violation of 18 U.S.C. 1959(a)(5), as charged in Count Twenty-Six?

| YES, GUILTY | NO, NOT GUILTY |
|---|---|
| _____ | _____ |

United States District Court

For the Northern District of California

1

**COUNT TWENTY-SEVEN**

2

19.    Has the government proven beyond a reasonable doubt that defendant ANGEL NOEL

3         GUEVARA assaulted Milagro Moraga with a dangerous weapon for the purpose of gaining
          entrance, maintaining his position, or increasing his position within the charged

4         racketeering enterprise in violation of 18 U.S.C. 1959(a)(3), as charged in Count Twenty-
          Seven?

5
           YES, GUILTY                        NO, NOT GUILTY

6
           _____                        _____

7

8

**COUNT TWENTY-EIGHT**

9

20.    Has the government proven beyond a reasonable doubt that defendant ANGEL NOEL

10        GUEVARA attempted to murder Milagro Moraga for the purpose of gaining entrance,
          maintaining his position, or increasing his position within the charged racketeering

11        enterprise in violation of 18 U.S.C. 1959(a)(5), as charged in Count Twenty-Eight?

12        YES, GUILTY                        NO, NOT GUILTY

13        _____                        _____

14

**COUNT TWENTY-NINE**

15

21.    Has the government proven beyond a reasonable doubt that defendant ANGEL NOEL

16        GUEVARA assaulted Ronald Donaire with a dangerous weapon for the purpose of gaining
          entrance, maintaining his position, or increasing his position within the charged

17        racketeering enterprise in violation of 18 U.S.C. 1959(a)(3), as charged in Count Twenty-
          Nine?

18        YES, GUILTY                        NO, NOT GUILTY

19        _____                        _____

20

**COUNT THIRTY**

21

22.    Has the government proven beyond a reasonable doubt that defendant ANGEL NOEL

22        GUEVARA attempted to murder Ronald Donaire for the purpose of gaining entrance,
          maintaining his position, or increasing his position within the charged racketeering

23        enterprise in violation of 18 U.S.C. 1959(a)(5), as charged in Count Thirty?

24        YES, GUILTY                        NO, NOT GUILTY

25        _____                        _____

26

27

28    **DATED:** _____            **NUMBER OF FOREPERSON:** _____

8