IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE ENTRAPMENT MEMORANDA DUE AFTER CLOSE OF DEFENSE CASE** |
| MARVIN CARCAMO, *et al*. | |
| Defendants. | |

Any memorandum on entrapment submitted as per the July 19 order must include whether or not evidence admitted at trial demonstrates that the defendant had *direct* contact with 1211 or 1218 while either was a government informant. If it is contended that such direct contact occurred, the memorandum must explain, among all other required items, the nature of the contact and point to specific evidence in the record that indicates that such contact occurred.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE