**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR GOVERNMENT RESPONSE TO DEFENSE OBJECTIONS TO PROPOSED JURY INSTRUCTIONS** |
| MARVIN CARCAMO, *et al*. | |
| Defendants. | |

The government will please respond to the various defense memos regarding the proposed jury instructions (Dkt. Nos. 4810, 4812, 4823, 4824), including specifically the instructions regarding entrapment, Count One, and Count Four, and proposed instruction 21 by **FRIDAY, JULY 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE