IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE UPCOMING DEADLINES** |
| MARVIN CARCAMO, *et al*. | |
| Defendants. | |

A number of deadlines were set at today's hearing and a number of deadlines previously set are rapidly approaching. As a courtesy to counsel, the deadlines for the next few days are recounted in this reminder notice.

As stated at today's hearing, the government is to submit a copy of its cell site expert's report and an explanation as to why the proposed testimony is proper rebuttal to the defense case. Although the deadline was originally set for today at 3 p.m., the government will have until **10 P.M. TODAY** to submit the filing. Any response by any defendant must be submitted by **10 P.M. TOMORROW, JULY 29.**

By **5 P.M. ON SATURDAY, JULY 30**, the government must file its responses to the three motions filed earlier today by defendant Angel Noel Guevara (Dkt. Nos. 4845, 4846, 4847). By the same date and time, the government must also submit its brief on the 1211 "excited utterance" phone call and whether its admission would run afoul of *Crawford*. Any response by any defendant must be submitted by **5 P.M. ON SUNDAY, JULY 31**.

If the government intends to introduce any evidence of the October 2009, May 2010, or October 2010 jail fights, it must submit a brief by **5 P.M. ON SATURDAY, JULY 30** explaining why the evidence is proper rebuttal (*see* Dkt. Nos. 3644 at 12; 3844). The government should make sure to address defendant Guillermo Herrera's argument that there were no percipient witnesses to who *initiated* the October 2009 fight. Any response by any defendant must be submitted by **5 P.M. ON SUNDAY, JULY 31**.

As requested at today's hearing, counsel for the government and defendant Erick Lopez are to endeavor to tee up any issues that may arise with respect to Dr. Suarez's testimony on Monday. To that end, by **5 P.M. ON SATURDAY, JULY 30**, counsel for defendant Lopez must submit a list of the items contained in the interview videos, interview transcripts, and Dr. Suarez's report that he objects to and the reasons for the objections. By **5 P.M. ON SUNDAY, JULY 31**, the government shall indicate whether it will persist in seeking to admit any of the objected-to items and will submit relevant briefing. If at all possible, counsel shall endeavor come to agreement without court intervention.

The government is reminded that its response to defense objections to the proposed charge is due **TOMORROW, JULY 29 AT NOON** (Dkt. No. 4828). Defense counsel are similarly reminded that that previously-ordered memoranda regarding entrapment are now due **TOMORROW, JULY 29 AT 1 P.M.** given that the defense rested today (Dkt. Nos. 4781, 4817). Any response by the government must be filed by **SUNDAY, JULY 30 AT 1 P.M.** If relevant, the memoranda should address the decision issued today by our court of appeals in *United States v. Spentz*.

Finally, defense counsel are hereby notified that because the defense rested almost immediately before the three-day weekend, the Court is unlikely to grant an additional dark day before closing arguments.

**IT IS SO ORDERED.**

Dated: July 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2