UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL TRIAL MINUTES

The Honorable WILLIAM ALSUP

Date: August 1, 2011

Case No. **CR 08-00730 WHA**                              Time: 8 hours 15 minutes

Case Name: **UNITED STATES OF AMERICA** v.

**MARVIN CARCAMO (custody)- D**. Atty: Ken Behzadi
**ANGEL GUEVARA (custody) - D. Atty: Lupe Martinez**
**MORIS FLORES (custody) - D. Atty: Mark Rosenbush**
**GUILLERMO HERRERA (custody) - D. Atty: Martin Sabelli**
**JONATHAN CRUZ-RAMIREZ (custody) - D. Atty: John Philipsborn**
**WALTER CRUZ-ZAVALA (custody) - D. Atty: Randy Sue Pollack**
**ERICK LOPEZ (custody) - D. Atty: Peter Goodman**

Counsel for Government: Wilson Leung; Theryn Gibbons; William Frentzen

Spanish Interpreters: Carol Rhine-Medina; Joaquin Aguilar; Fanny Suarez

Clerk: Dawn Toland            Court Reporter: Kathy Sullivan; Joan Columbini

Trial Began   March 9, 2011        Further Trial   August 2, 2011 at 7:30 am

Trial Motions:                                              Disposition

1. _____           _____

2. _____           _____

Proceedings:

Government is assisted by Agents John Moore and Ben Horton, also paralegal Kevin Castello.
Defendants are assisted by Kevin Morley.

Jury Trial held.  See attached  trial worksheet for details.

Exhibits admitted today: None
Bolded exhibits will remain in the custody of the Government.

Asterisk at exhibit number indicates a screen shot was saved of the witness markings.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 08-00730 WHA**

Case Name:  **UNITED STATES OF AMERICA  v.  MARVIN CARCAMO, ANGEL GUEVARA**
**MORIS FLORES, GUILLERMO HERRERA, JONATHAN CRUZ-RAMIREZ**
**WALTER CRUZ-ZAVALA, ERICK LOPEZ**

**EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION    August 1, 2011 | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Jury Trial Continued.  Outside the presence of the jury.  Defendant Guevara, Herrera, Cruz-Ramirez and Cruz-Zavala do not feel well.  Court will recess early, jury will be sent home.  Court will use the time to address motions in limine.  Government has redacted video clips and removed the handcuffs.  Counsel argued re jail fights as rebuttal evidence.  Defendant Herrera's motion re statements by 1211. | |
| | | 8:45 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury re several defendants are not feeling well and juror #57 is out ill. Court will recess for today | |
| | | 8:50 am | | | Recess | |
| | | | | | Outside the presence of the jury.  Court is going to allow defendants to return to jail.  Defendants agree to waive their appearance for the entrapment argument and charging conference. | |
| | | 9:00 am | | | Recess | |
| | | 9:40 am | | | Outside the presence of the jury.  Charging conference and argument on the entrapment defense. | |
| | | 1:10 pm | | | Recess | |
| | | 1:50 pm | | | Outside the presence of the jury. Further Charging Conference held | |
| | | 3:45 pm | | | Recess until 8/2/11 at 7:30 am | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page _____