IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARVIN CARCAMO, *et al*.<br><br>  Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**NOTICE RE QUESTIONS<br>FOR AGENT SKOVRAN** |

In addition to the questions posed by the Court during today's proceeedings, Agent Skovran should be prepared to address the following at tomorrow's hearing:

1. For each call the government proposes to map for the jury, where were all other cell sites that were within the normal radio range of cell phones within a two block radius of the crime scene?

2. For each call the government proposes to map for the jury, list all other calls for the same cell phone (within 30 minutes) before and after the call and identify the cell sites hit by those calls.

The foregoing questions are limited to the specific cell phones and days in 2008 stated at today's hearing. Additionally, Agent Skovran should be prepared to address the following:

3. If a cell site is hit, what is the likely radius of cell phone location?

4. If a cell site is oversubscribed at a given moment, will the system re-route calls to another tower?

5. How good is Agent Skovran's knowledge of the cell site system in question in 2008?

Dated: August 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2