IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT JONATHAN CRUZ-RAMIREZ'S SECOND MOTION FOR MISTRIAL** |
| JONATHAN CRUZ-RAMIREZ, *et al*. | |
| Defendants. / | |

Defendant Jonathan Cruz-Ramirez moves for a declaration of mistrial or for a severance from defendant Erick Lopez (Dkt. No. 4921). The motion is **DENIED**. As the motion acknowledges, limiting instructions have already been given to address defendant Cruz-Ramirez's objections. Limiting instructions were given at the time the objected-to video segments were played and even further instructions were given later on the same day (Tr. 16078, 16093–94, 16096, 16144). These instructions were strongly worded and more than sufficient to address the objections raised. Neither a declaration of mistrial nor a severance is warranted.

**IT IS SO ORDERED.**

Dated: August 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE