IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARVIN CARCAMO, *et al*.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br><br>**NOTICE RE COURTROOM LAYOUT** |

　　　Appended hereto for the appellate record is a diagram of the layout of the courtroom used for trial in the above-captioned matter.  It should be noted that the tables in the defense seating area contained panels which blocked the jurors' view of the legs of the defendants and the defense lawyers.  Accordingly, no leg restraints were in view throughout the proceedings.

　　　The appended diagram does not include the positioning of the Deputy United States Marshals and Courtroom Security Officers, which varied depending on security need.

　　　**IT IS SO ORDERED.**

Dated:  August 9, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

