IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARVIN CARCAMO, *et al*.<br><br>   Defendants.<br>  _____ / | No. CR 08-0730 WHA<br><br>**NOTICE RE ATTORNEY<br>AVAILABILITY DURING<br>JURY DELIBERATIONS** |

     As jury deliberations proceed and jury notes trail off, the Court will identify a point in time when the lawyers no longer need to be present in the Federal Building during deliberations and instead may be located fifteen minutes or less away. At all times during deliberations, counsel must be immediately contactable at a phone number and email address provided to the deputy clerk.

     **IT IS SO ORDERED.**

Dated: August 9, 2011.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE