IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING RULE 29 MOTIONS** |
| MARVIN CARCAMO, *et al*. | |
| Defendants. | |

As to the verdicts for which a guilty verdict was returned, there was ample evidence before the jury for it to find that the government had proven each element of each offense beyond a reasonable doubt. The Rule 29 motions of defendants Angel Noel Guevara, Moris Flores, Marvin Carcamo, Jonathan Cruz-Ramirez, Guillermo Herrera, and Erick Lopez are **DENIED**.

**IT IS SO ORDERED**.

Dated: August 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE