United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE INDEX OF EXHIBITS PROVIDED TO THE JURY** |
| MARVIN CARCAMO, et al., | |
| Defendants. | |

Appended hereto for the appellate record is the index of exhibits given to the jury for use during the deliberations. The jury was instructed that the exhibit index is not evidence.

Dated: September 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

## UNITED STATES vs. CARCAMO, et al.  CR. 08-730-WHA
## EXHIBIT INDEX

| EXHIBIT# | DESCRIPTION | ADMITTED |
|---|---|---|
| 1 | Map of Sureno and Norteno Regions, Mission District, San Francisco | 4/19/11 |
| 2 | Map Tenderloin District | 6/22/11 |
| 7 | Tattoos of A. Carcamo | 4/19/11 |
| 8 | Photo tattoos of A. Carcamo on wrist | 4/19/11 |
| 16 | Photograph of YoYo | 6/22/11 |
| 20 | Photograph of Jonathon Cruz-Ramirez, 7/2008 | 6/22/11 |
| 21 | Sketch book seized 890 Goettingen, 9/15/2005 | 6/28/11 |
| 22 | A-E  Photographs of Moris Flores 3-8-06 | 6/28/11 |
| 23 | Recorded interview w/Erick Lopez and Sgt. Molina 3/31/2008 | 6/28/11 |
| 24 | A-C  Photographs of Moris Flores 5/27/08 | 6/29/11 |
| 25 | Photograph of Mario | 6/22/11 |
| 27 | A-L  CD produced w/data from Lopez phone [Exh.357]<br>A-L  data from Lopez phone | 6/29/11 |
| 30 | Bag of items—7 boxes (25) shotgun shells from search at 970 Ingerson | 6/29/11 |
| 31 | Envelope recovered from 970 Ingerson | 6/29/11 |
| 32 | Piece of paper from 970 Ingerson | 6/29/11 |
| 34 | Recording of call DH166-04<br>T—Transcript of jail call DH166-004 by Erik Lopez on 3/31/08 | 6/29/11<br>6/29/11 |
| 101 | Photographs from Mission Playground, Valencia Street between 19th and 20th Street, San Francisco, CA | 4/6/11 |
| 111 | Photo of Shotwell and 24th Street | 4/6/11 |
| 120 | A. Transcript of  call 6/6/06 w/Cerna [DH069] | 5/9/11 |
| 120 | B. Transcript of call w/Cerna 4/26/06 [DH061] | 5/9/11 |
| 120 | C. Transcript of call w/Camaron 3/23/07 [DH074] | 5/9/11 |
| 120 | D. Transcript of call w/Fly (2calls) [DH114 Tracks 1&2] | 5/9/11 |
| 120 | E. Transcript of  meeting at Sutro Park 8/26/07 [DH136] | 5/9/11 |
| 120 | F. Transcript of call 8/10/07 w/Freddy Martinez [DH129] | 5/9/11 |
| 120 | G. Transcript of  call w/Snoopy 11/1/07 [conference w/ Carcamo, Guevara and 1218]  [DH134] | 5/9/11 |
| 120 | H. Transcript of  call w/Freddy Martinez 11/16/07  [DH138] | 5/9/11 |
| 120 | I. Transcript of call with Abraham Martinez on 7/22/08 [DH176B] | 5/9/11 |
| 120 | J. Audio disc containing audio recordings, [Call w/YoYo 8/20/08]  [DH202-B] | 5/9/11 |
| 120 | K. Transcript of  call w/Oliver Marota 6/15/07 [DH120] | 5/9/11 |
| 120 | L. Transcript of  meeting w/Abraham Martinez and Jose Martinez on 12/12/07 [DH142-B] | 5/9/11 |
| 150T | Transcript of audio recording, April 1, 2008 (DH159-006) | 6/16/11 |
| 152T | Transcript of audio recording, April 28, 2008 (DH171) | 6/16/11 |
| 162T | Transcript of audio recording, July 11, 2008 (DH186)[three tracks] | 6/27/11 |
| 164T | Transcript of audio recording, July 24, 2008 (DH188, track 1717) | 6/16/11 (portions) |
| 179T | Transcript of audio recording, September 15, 2008 (DH213-2019) | 6/16/11 |
| 183 | Disc of audio recordings, Jail Calls [Santa Rita and Glenn Dyer]<br>T-Transcripts of jail calls:A,B,C,D,E,G,K | 5/31/11<br>6/29/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 243 | Seven CBC 380 AUTO casings recovered from area of 20th and Bryant | 5/3/11 |
| 246 | Aerial map of 20th and Bryant | 4/26/11 |
| 319 | Booking photo of Erick Lopez on 1/8/06 | 5/3/11 |
| 320 | Medical Examiner's report for Ivan Miranda | 8/5/11 |
| 325 | Photo-micrographs of cartridge casing comparisons re: April 22, 2008 shooting and May 31, 2008 shooting | 6/2/11 |
| 326 | Bench notes by firearms examiner John Sanchez | 6/2/11 |
| 327 | Bench note page for examination of tissues from Patas | 6/2/11 |
| 328 | Photo-micrographs of cartridge casing comparisons | 6/2/11 |
| 329 | Photos of inside of Juan Rodriguez ("Patas's") car, May 31, 2008 | 6/2/11 |
| 330 | Aerial Map of Huron and Laura, 5/31/08 | 6/1/11 |
| 331 | A-Q Photos of vicinity of 827 Huron Street, San Francisco, 05/31/2008 | 6/1/11 |
| 332 | A-P Autopsy Photographs Juan Rodriguez | 6/1/11 |
| 333 | Medical Examiner's Report Juan Rodriguez [LIMITED PAGES] | 6/1/11 |
| 336 | Bullets recovered from Juan Rodriguez | 6/2/11 |
| 338 | Photo of evidence envelope of shoes for Erick Lopez booked 3/30/08 | 5/17/11 |
| 339 | Photo of Lopez' shoes, 3/30/2008 | 5/17/11 |
| 340 | Photo of bottom of Lopez' shoes, 3/30/2008 | 5/17/11 |
| 341 | Envelope of cartridges scene of Juan Rodriguez shooting, 5/31/2008 | 6/2/11 |
| 342 | Bench Notes by John Sanchez | 6/2/11 |
| 344 | A-R Photographs, 277 Athens Street, San Francisco, March 29, 2008<br>AAN<br>AAA, Z,E,U,T,S,AAR,N,J,I,F,AS,Q,AQ,AO,AP,AAE,AAH-AAL,AAW,AAP,AAO,AV,AAT | 4/27/11<br>4/28/11<br>4/29/11<br>4/29/11 |
| 345 | One spent .45 caliber round recovered in vicinity of 277 Athens Street, San Francisco, March 29, 2008 | 5/19/11 |
| 346 | 45 caliber Winchester casing recovered from vehicle, 277 Athens Street, San Francisco, March 29, 2008 | 5/19/11 |
| 347 | Three copper jacketed projectiles and six .45 caliber casings recovered from the crime scene vicinity of 277 Athens Street, San Francisco, CA, March 29, 2008 | 4/29/11 |
| 351 | A-M Autopsy Photographs Phillip Ng, March 29, 2008 | 6/1/11 |
| 352 | Medical Examiner's Report Phillip Ng | 6/1/11 Portions Only |
| 353 | A,B,C,D,E,F,G,H,I,J Autopsy Photographs Ernad Joldic, March 29, 2008 | 5/3/11 |
| 354 | Medical Examiner's report for Ernad Joldic | 8/5/11 |
| 357 | Erick Lopez cellular telephone recovered March 30, 2008 | 5/17/11 |
| 360 | Photographic Array 1 shown to Sen Ung | 4/29/11 |
| 361 | Photographic Array 2 shown to Sen Ung | 4/29/11 |
| 370 | A-G, Photos of vehicle from traffic stop 3/30/08 | 5/17/11 |
| 371 | A,B,C,D Photographs of firearm lodged in grate, March 30, 2008 | 5/17/11 |
| 372 | A-C Arrest photographs, March 30, 2008, Erick Lopez | 5/17/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 373 | A-C Arrest photographs, March 30, 2008, Edwin Ramos | 5/17/11 |
| 374 | M photo of Athens St. | 4/27/11 |
| | N photo of Athens St | 4/27/11 |
| 375 | B Overhead map of Excelsior | 4/27/11 |
| 376 | A-G Photos of shell casings at crime scene on 3/28/08 at 24th and Cypress | 4/27/11 |
| 377 | Map of lower Tenderloin 3/3/08 | 5/17/11 |
| 383 | Gun shot residue kit and manila envelope for Erick Lopez, 1/8/2006 | 4/29/11 |
| 385 | Gun shot residue kit for Carlos Garrido 1/8/2006 | 4/29/11 |
| 393 | General Map of Mission District | 4/27/11 |
| 394 | Envelope from Medical Examiner, includes bullet from Ernad Joldic | 5/3/11 |
| | A. Bullet removed from Ng | 5/19/11 |
| 395 | C,D,E Photos of Garrido's tattoos | 6/9/11 |
| 396 | Aerial view of Mission area [1/8/06] | 6/9/11 |
| 401 | Crime scene photographs, 20th and Mission Street, July 11, 2008 | 4/21/11 |
| 402 | Evidence envelope with Items marked cone 7 and 10, piece of crushed metal and one plastic shotgun wad recovered from 20th and Mission, July 11, 2008 | 5/31/11 |
| 406 | B, C, D, F Autopsy photographs Armando Estrada, July 11, 2008 | 4/26/11 |
| 407 | Medical Examiner's report for Armando Estrada | 8/5/11 |
| 408 | Photographic Array shown to Hugo Galdamez, July 11, 2008 | 4/25/11 |
| 409 | Photographic Array shown to Aura Galdamiz, July 11, 2008 | 4/21/11 |
| 411 | Cellular telephone recovered from Guillermo Herrera, July 15, 2008 | 5/17/11 |
| 412 | Forensic evidence recovered from Guillermo Herrera's cellular telephone | 5/17/11 |
| 417 | Aerial map of the vicinity of 20th and Mission Street | 4/21/11 |
| 419 | A,B,C,D,E,F,G Photographs of Guillermo Herrera taken July 15, 2008 | 5/17/11 |
| 423 | A,B,C Photos of Mission and 20th on 7/11/08 | 4/21/11 |
| 424 | A--photo inside of Pete's BBQ; | 4/25/11 |
| | B--photo of view from inside Pete's BBQ | 4/25/11 |
| 425 | Diagram of crime scene at 20th and Mission on 7/11/08 | 5/31/11 |
| 426 | Frontal Photo array not shown to witness re. Estrada | 5/17/11 |
| 427 | Video of crime scene 7/11/08 20th and Mission | 5/31/11 |
| 432 | Photograph of Trigger from PLS | 6/9/11 |
| 446 | Diagram scene of 26th and Harrison | 4/29/11 |
| 447 | A,C,D,E,F,H,I,L,N Photographs of area of 26th and Harrison on 5/2/07 | 4/29/11 |
| 448 | Four .380 caliber AAUTO@ brass casings recovered in the vicinity of 26th and Harrison, May 2, 2007 | 4/29/11 |
| 452 | 5 projectiles recovered from autopsy of David Pollock's body | 5/19/11 |
| 466 | A-Z Photographs of residence, including sketch of residence and rooms within Carcamo's residence ,1130-58[th] Avenue, Oakland | 4/20/11 |
| 467 | 380 caliber firearm recovered from side- attached bedroom at 1130-58[th] Ave. Oakland | 4/20/11 |
| 474 | Bolt action 22 caliber rifle with sawed off barrel/stock found at 1130-58[th] Ave. | 4/20/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| | Oakland | |
| 475 | .38 shotgun shells, bullets and sock seized from 1130-58th avenue Oakland | 4/20/11 |
| 476 | Shotgun shells recovered from 1130-58th Ave. Oakland | 4/20/11 |
| 477 | Blue and white Nike shoe, magazine recovered from inside shoe, and cartridges removed from magazine, all recovered from side attached bedroom at 1130-58th Ave. Oakland | 4/20/11 |
| 478 | Bag containing items recovered from rear side bedroom—1130 58th Ave. Oakland<br>A  Photo of 6 guys w/gang signs<br>B  Photo of man w/ "que dios te benedia"<br><br>E  Pipe scale and baggies<br>F  Navy or black beanie cap<br>G  Photo of car<br>H  CD<br>I  Notebook<br>J  Flag<br>K  Notebook<br>KT (English translation)<br>L  earnings statements | 4/20/11<br>4/20/11<br>4/20/11<br>4/20/11<br><br>4/20/11<br>4/20/11<br>4/20/11<br>4/20/11<br>4/20/11<br>4/20/11<br>6/15/11<br>8/5/11<br>4/20/11 |
| 479 | Backpack with cell phone, and other items, 1130-58th Ave. Oakland<br>Other docs, including notebook, in backpack provisionally entered--subject to Hearsay/relevancy object--not published yet | 4/20/11 |
| 480 | Blue bandana, blue and white clothing recovered from side attached bedroom, 1130-58th Ave. Oakland | 4/20/11 |
| 481 | Collection of identification cards bearing the name Marvin Carcamo recovered in wallet inside side attached bedroom, 1130-58th Ave. Oakland | 4/20/11 |
| 483 | Cellular telephones and pagers recovered from side attached bedroom, 1130-58th Ave. Oakland | 4/20/11 |
| 494 | Photos of Marvin Carcamo | 4/20/11 |
| 496 | Aerial map of 20th and Shotwell (12/26/07) | 4/5/11 |
| 498 | Photographs of bus stop, Silver and Mission Streets (12/26/2007) | 4/6/11 |
| 499 | A. Photographs of Jesus Reynoso's injuries, December 26, 2007 | 4/5/11 |
| 499 | B. Photographs of Jesus Reynoso's injuries, December 26, 2007 | 4/18/11 |
| 500 | A,B,C,D,E,F Photographs of Ronald Donaire's injuries December 26, 2007 | 4/15/11 |
| 501 | Photographs of Milagro Moraga's injuries December 26, 2007 | 4/6/11 |
| 503 | Photo array of Guevara shown to Milagro Moraga, December 26, 2007 | 4/6/11 |
| 504 | Photographic Arrays of Veronica Hernandez shown to Milagro Moraga, December 26, 2007 | 4/6/11 |
| 505 | Photographic Arrays shown to Jesus Reynoso | 4/5/11 |
| 506 | Photographic Arrays shown to Ronald Donaire | 4/14/11 |
| 507 | Photographic Arrays shown to Luis Prado | 4/14/11 |
| 508 | Angel Guevara and Veronica cellular telephones found at 41 Vienna, December 30, 2008 | 4/15/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 521 | Aerial photo of Silver and Mission Ave. | 4/6/11 |
| 537 | Taser from 41 Vienna, December 30, 2008 | 4/15/11 |
| 538 | 2 knives: pocketknife and fixed blade knife with brown wooden handle, December 30, 2008, from 41 Vienna | 4/15/11 |
| 539 | Blue beanie with bag of multiple small caliber ammunition from 41 Vienna | 4/15/11 |
| 542 | Paper with list of names from 41 Vienna | 4/15/11 |
| 543 | Bag containing checkerboard with inscriptions, 5 blue and black bandanas and a blue beanie, 2 blue t-shirts, 2 baseball caps—all found at 41 Vienna | 4/15/11 |
| 547 | CD, 1 black hoodie, 1 blue bandana found at 41 Vienna | 4/15/11 |
| 548 | Letter addressed to Angel Guevara and pay stub from 41 Vienna | 4/15/11 |
| 550 | Black notebook; journal; small green notebook; digital camera found at 41 Vienna | 4/15/11 |
| 577 | .357 caliber revolver seized on September 18, 2008 at Dolores Park | 6/16/11 |
| 591 | Cooperation Agreement, Jaime Martinez | 5/17/11 |
| 592 | Cooperation Agreement, Abraham Martinez | 4/14/11 |
| 593 | Cooperation Agreement, Carlos Garrido | 6/13/11 |
| 594 | Cooperation Agreement, Jose Alvarado | 6/13/11 |
| 595 | Cooperation Agreement, Walter Palma | 5/26/11 |
| 596 | Cooperation Agreement, Oliver Marota | 6/27/11 Limitations |
| 597 | Cooperation Agreement, Espinal-Cerrato | 6/22/11 |
| 599 | A-E Instructions to Confidential Informant (Spanish and English) | 5/17/11 |
| 641 | Shotgun found at 185 Espee Richmond | 4/20/11 |
| 642 | A-D Bag of photographs of evidence seized from 185 Espee [Evidence limited to Carcamo] | 4/19/11 |
| 644 | Bag containing three photograph albums [Evidence limited to Carcamo] | 4/19/11 |
| 647 | Photos from search 1529 Monterey, Richmond 7/27/06 | 4/19/11 |
| 648 | Photos of Jose Santos Laines (Pelon) | 4/19/11 |
| 649 | Shotgun at search of 1529 Monterey | 4/19/11 |
| 650 | Weapons—revolver from trailer 1529 Monterey | 4/19/11 |
| 653 | Part of wall socket at 890 Goettingen | 5/31/11 |
| 654 | A. Photo of 890 Goettingen | 5/31/11 |
| 654 | B,C,D,E,F,G Photos of Flores home | 5/31/11 |
| 654 | H. Photo of wall socket, 890 Goettingen | 5/31/11 |
| 654 | I. photo of person at premises | 5/31/11 |
| 656 | California driver's licenses in the names of Moris Flores; Car registration for Sabrina Manzanales; license plate seized from 890 Goettingen | 5/31/11 |
| 657 | Photograph Moris Flores seized from 890 Goettingen | 5/31/11 |
| 658 | Drivers License 890 Goettingen | 5/31/11 |
| 659 | 2 photographs from 890 Goettingen | 5/31/11 |
| 660 | Piece of paper seized from 890 Goettingen | 5/31/11 |
| 664 | Identifying documents for Moris Flores | 5/31/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 666 | 8 Photographs of 949 Connecticut, July 25, 2008 | 4/19/11 |
| 667 | Makarov 9x18 Model IJ-70, July 25, 2008 from 949 Connecticut | 4/19/11 |
| 668 | Small piece of paper with monikers and telephone numbers seized from 949 Connecticut, July 25, 2008 | 4/19/11 |
| 669 | Two envelopes with Walter Palma's name seized July 25, 2008 | 4/19/11 |
| 672 | Blue belt and baseball cap recovered from Cruz-Ramirez at time of arrest, July 25, 2008 | 6/14/11 |
| 698 | Housing Authority correspondence and earnings statement for Flores Westlake Financial statement for Flores obtained from Forest Grove search | 5/17/11 |
| 699 | Envelope with Guillermo Herrera's name. From Forest Grove Search | 5/17/11 |
| 700 | Spiral notebook obtained from Forest Grove search | 5/17/11 |
| 701 | F-G Application for transfer of auto title from Forest Grove search | 5/17/11 |
| 702 | Photos of Flores and others from search at Forest Grove | 5/17/11 |
| 703 | Envelope and accompanying letter to Moris Flores obtained from Forest Grove search<br>TT—English translation | 5/17/11<br><br>8/5/11 |
| 704 | Half of a dollar bill, defaced, obtained from Forest Grove search | 5/17/11 |
| 706 | El Salvador national flag with writing Blue belt buckle; T-shirt obtained from Forest Grove search | 5/17/11 |
| 714 | Letter seized from Guillermo Herrera when taken into federal custody<br>TT—English translation | 6/15/11<br>8/5/11 |
| 715 | Envelope recovered from Guillermo Herrera 9/8/08 | 6/14/11 |
| 716 | Photograph recovered from Guillermo Herrera 9/8/08 | 6/14/11 |
| 717 | Phone numbers on paper, from Guillermo Herrera 9/8/08 | 6/14/11 |
| 718 | Paper containing monikers "Coyote" and "Lil Spooky" and associated telephone numbers from Guillermo Herrera 9/8/08 | 6/14/11 |
| 719 | Drawings from Guillermo Herrera 9/8/08 | 6/14/11 |
| 720 | Bag of miscellaneous items recovered from jail cells of Lopez and Cruz-Ramirez 10/22/08 | 6/1/11 |
| 721 | Book with writings from Lopez and Cruz Ramirez cells at Santa Rita 10/22/08 | 6/1/11 |
| 722 | Manila folder of items seized from jail cells of Lopez and Cruz-Ramirez 10/22/08 | 6/1/11 |
| 726 | Small list of monikers with corresponding telephone numbers from search of Carcamo's cell 10/22/08 | 6/7/11 |
| 727 | Phone book of people with corresponding phone numbers from search of Carcamo's cell 10/22/08 | 6/7/11 |
| 728 | Handwritten letter entitled "Rama Chatrusalva" from search of Carcamo's cell 10/22/08<br>TT—English translation | 6/7/11<br><br>8/5/11 |
| 729 | Small book labeled "phone book" with names and corresponding telephone numbers found in Carcamo's cell | 6/7/11 |
| 730 | Sketch from search of Carcamo's cell | 6/7/11 |
| 731 | Paper with monikers and associated telephone numbers and novel entitled | 4/18/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
|  | "Way Station" with writings found inside Guevara's cell 10/22/08 |  |
| 732 | Bag containing books with various markings and drawings found during cell search of Guevara 10/22/08 | 6/7/11 |
| 733 | Newspaper clipping found during cell search of Guevara 10/22/08 | 8/5/11 |
| 741 | Property seized from Marvin Carcamo's cell 10/22/08 | 6/7/11 |
| 742 | Cardboard pieces with writing found in Carcamo's cell 10/22/08 | 6/7/11 |
| 743 | Material recovered from Carcamo jail cell search 10/22/08 | 6/7/11 |
| 745 | A,B,C,D,E,F,G,H Photographs of search at 63 Northridge | 6/7/11 |
| 746 | Two page diagram of Sabrina Manzanares residence, 63 Northridge | 6/7/11 |
| 750 | Envelope to Sabrina Avalos from Alexis Avalos | 6/7/11 |
| 751 | Envelope to Rosa Vargas from Alexis Moris Avalos | 6/7/11 |
| 752 | Envelope, Moris Flores | 6/7/11 |
| 753 | One torn page from notebook | 6/7/11 |
| 754 | A—Z,AA,BB,CC,DD,EE<br>Photos of Danilo Velasquez residence, 26 Leo Street | 5/31/11 |
| 755 | Passport for Arturo Velasquez found at 26 Leo<br>B,C,D,F Items found at 26 Leo<br>E | 5/31/11<br>6/1/11<br>8/5/11 |
| 756 | Blue sweatshirt from 26 Leo | 5/31/11 |
| 757 | Baseball caps with handwritten monikers and other items from 26 Leo | 5/31/11 |
| 758 | 38 caliber rounds from 26 Leo | 6/1/11 |
| 759 | 357 rounds from 26 Leo | 6/1/11 |
| 760 | 357 caliber revolver 26 Leo | 6/1/11 |
| 763 | Diagram of Ivan Cerna residence, 815 Hemlock Ave | 6/2/11 |
| 764 | A-E photographs of Cerna's car and bandana<br>F-W photos of 815 Hemlock<br><br>Q | 6/2/11<br>6/2/11 (F-P; U-W)<br>6/3/11 |
| 765 | Bandana from 815 Hemlock Ave | 6/2/11 |
| 767 | Blue bandanas, blue and white ribbons from 815 Hemlock Ave | 6/3/11 |
| 768 | El Salvador national flag recovered from 815 Hemlock | 6/3/11 |
| 770 | 2 Photographs with names written on back from 815 Hemlock Ave | 6/3/11 |
| 778 | Letter from 815 Hemlock<br>TT English translation (Ex 773 included in Ex 778) | 8/5/11<br>8/5/11 |
| 779 | Letter from 815 Hemlock<br>TT English translation | 8/5/11<br>8/5/11 |
| 781 | Notebook from 815 Hemlock | 6/3/11 |
| 782 | Bullet-proof vest 815 Hemlock | 6/3/11 |
| 783 | Photographs of Moris Flores seized from 63 Northridge | 6/7/11 |
| 792 | 2 Papers with handwritten email address for salvatrucho@gmail.com, salvatrucho.503@gmail.com | 6/27/11 |
| 793 | Document with writing, Walter Cruz-Zavala search | 6/27/11 |
| 794 | Drawing of firearm, Walter Cruz Zavala search | 6/27/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 795 | Letter with telephone numbers<br><br>B. English translation | 6/27/11 Partial<br>6/29/11 |
| 796 | Blue belt taken from Walter Cruz Zavala's property<br>A. Envelope addressed to Walter Cruz-Zavala | 6/27/11<br>6/27/11 |
| 797 | Drawing of "Sombra", Walter Cruz Zavala search | 6/27/11 |
| 799 | Paper w/Carcamo name/# from Cruz-Zavala | 6/27/11 Partial |
| 805 | Cold Shown form shown to Maria Brambilla, re: Guillermo Herrera | 5/31/11 |
| 807 | Six .45 caliber shell casings | 4/27/11 |
| 825 | A,B,C,D Photos of Guevara at jail | 6/7/11 |
| 826 | Envelope mailed by Angel Guevara from Glen Dyer jail<br>TT English translation | 6/1/11<br>8/5/11 |
| 837 | Larger envelope mailed by Guevara from Glen Dyer jail<br>TT English translation | 6/15/11<br>8/5/11 |
| 838 | Larger envelope intercepted at Glen Dyer re. Guevara | 6/1/11 |
| 852 | A,B,C,D,E,F,G,H-1 Autopsy Photographs of Ivan Miranda, July 31, 2008 | 5/3/11 |
| 854 | Aerial Map Ivan Miranda homicide | 4/20/11 |
| 855 | Photographic Arrays shown to Alejandro Flores 8/21/08 re: Ivan Miranda homicide | 4/19/11 |
| 890 | Envelope and letter from Angel Guevara to Juan Carcamo, dated February 27, 2008<br>TT—English translation | 6/28/11<br><br>6/28/11 |
| 891 | Drawing from search at 2503-82nd Avenue | 6/28/11 |
| 892 | Envelope from Marvin Carcamo to Juan Carcamo, drawings inside | 6/28/11 |
| 895 | Envelope and letter from Angel Guevara to Juan Carcamo, dated May 28, 2008<br>TT—English translation of letter | 6/28/11<br><br>6/28/11 |
| 896 | Envelope and letter dated April 30, 2008, "to Tecoyo"<br>TT—English translation of GX 896 | 6/28/11<br>6/28/11 |
| 897 | Envelope and letter from Angel Guevara to Juan Carcamo dated March 7, 2008<br>TT—English translation of letter | 6/28/11<br><br>6/28/11 |
| 898 | Winnie the Pooh photo album found at 2503-82nd Avenue Oakland 10/22/08 | 6/28/11 |
| 900 | Two .38 cartridges found at 2503-82nd Avenue Oakland | 6/28/11 |
| 902 | Two drawings from search at 2503-82nd Avenue | 6/28/11 |
| 903 | Envelope addressed to Juan Carcamo from Angel Guevara and accompanying letter, dated April 23, 2008<br>TT---English translation of letter | 6/28/11 |
| 931 | A-F photos from Mission playground | 4/18/11 |
| 933 | A-N, S,V,AA-AD,AJ, T,<br>AA-AD,R,X Photos from Guevara house | 4/18/11<br>4/15/11 |
| 934 | A-L Photos of Carcamo and his tattoos | 4/18/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 935 | MySpace Page of Veronica Hernandez | 4/18/11 |
| 936 | A-P Photos of Veronica Hernandez and Angel Guevara | 4/15/11 |
| 938 | A,B,C reports extracted of phone #s from phones [A—Veronica's phone; B—Veronica's ph; C—Guevara's phone] | 4/18/11 |
| 939 | A,B,C,D—photos of tattoos of Flores | 4/15/11 |
| 940 | Interview w/Flores &McDonnell  5/18/08 | 4/18/11 |
| 941 | Photo of Mission Playground | 4/18/11 |
| 943 | Cold Show admonition shown to Andrew Ferrell re: Guillermo Herrera | 4/27/11 |
| 950 | 2 page document re: Juan Rodríguez homicide | 6/2/11 |
| 951 | A,B tattoos of Herrera | 6/2/11 |
| 952 | A,B,C tattoos of Zavala | 6/2/11 |
| 953 | Interview w/Herrera 6/16/11 (CD)<br>T—transcript of interview | 6/2/11<br>As to Herrera only) |
| 965 | Diagram of Herrera cell | 6/14/11 |
| 966 | A-Q Photos of items from Herrera's cell on 10/22/08 | 6/14/11 |
| 967 | Piece of paper with drawing found in Herrera's cell on 10/22/08 | 6/14/11 |
| 968 | Blue paper with drawing found in Herrera's cell on 10/22/08 | 6/14/11 |
| 969 | Piece of paper with drawing found in Herrera's cell 10/22/08 | 6/14/11 |
| 970 | Items found in Herrera's cell 10/22/08 | 6/14/11 |
| 971 | Items found from Herrera's cell 10/22/08 | 6/14/11 |
| 972 | Items found from Herrera's cell 10/22/08 | 6/14/11 |
| 973 | Items found from Herrera's cell 10/22/08 | 6/14/11 |
| 974 | Photos of items found in Herrera cell 10/22/08 | 6/14/11 |
| 975 | Mail sent from Glen Dyer [only against Guevara] | 6/14/11 |
| 976 | A movement history for Erick Lopez from 6/25/08-10/23/08 | 6/14/11 |
| 977 | A-G Photos of intake area of jail | 6/14/11 |
| 978 | Jason Signs cooperation agreement | 6/15/11 |
| 979 | Superseding agreement—Jason Signs #1 | 6/15/11 |
| 980 | Minute order from 11/3/10 for Signs court appearance | 6/15/11 |
| 981 | Minutes for 6/3/10 court date for United States vs. Cerna | 6/15/11 |
| 984 | Cellular text message<br>T—English translation of cell text messages from telephone 415-410- 4159 | 6/15/11<br>6/30/11 |
| 985 | Cell text message and transcripts<br>T—English translation of cell text messages from telephone 415-368-3649 | 6/15/11<br>6/30/11 |
| 986 | A—photo of Espinal's house<br>B—photo of marking on his house | 6/22/11<br>6/22/11 |
| 989 | Photo of Droops | 6/22/11 |
| 990 | Movement History for Garrido from Glen Dyer on 6/25/08 | 6/27/11 |
| 991 | Listing of cell tower records throughout US 2008<br>A. Subscriber information page<br>B. Phone record for cell site for specific time | 6/28/11<br>6/28/11<br>6/29/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 993 | A. Cell data for 415-832-0446 between 1:41-6:10 p.m. on 7/11/08, re: Manual Franco<br>B. Excerpt of cell towers<br>C. Map of cell towers in bay area | 6/29/11<br><br>6/29/11<br>6/29/11 |
| 994 | Telephone records, 415-410-4159 for Guillermo Herrera | 6/30/11 |
| 995 | Records from Pizza Orgasmica | 6/28/11 |
| 996 | Cell phone subscriber info and call details for 415-933-4207 Omar Lopez | 6/30/11 |
| 997 | Cell phone subscriber info and call details for 415-368-2649 for Moris Flores | 6/30/11 |
| 998 | Cell phone subscriber info and call details for 415-240-9415 for Angel Guevara | 6/30/11 |
| 1000 | A, B Photos of Herrera on 6/27/07<br>C-D Photos of Aguilera on 6/27/07 | 5/31/11 |
| 1001 | Videotape of crime scene, March 29, 2008, Phillip Ng and Ernad Joldic [only portions] | 4/29/11 |
| 1002 | A-E, Photos from Bryant Terrace, April 22, 2008 | 5/3/11 |
| 1003 | A-C Photos of Trinidad Roja at hospital 11/28/05 | 5/3/11 |
| 1004 | A-D, Photos of Jonathan Cruz at hospital 11/28/05 | 5/3/11 |
| 1005 | A-C Photos of Mercedes (3/9/06) | 5/3/11 |
| 1006 | A and BC photos of beer bottle (3/9/06) | 5/3/11 |
| 1007 | A-H Photos of Quinteros and his property (3/9/06) | 5/3/11 |
| 1008 | A,B,C,D,E---photos of Flores after his arrest (3/9/06) | 5/3/11 |
| 1009 | A-K Photos from shooting of Danilo Vasquez at Mission Playground, March 28, 2008 | 5/3/11 |
| 1010 | A and BC Photos of Danilo Velasquez at hospital, March 28, 2008 | 5/3/11 |
| 1011 | Call Records for Arely Herrera 415-368-3323 | 6/30/11 |
| 1012 | A-- Highlighted cell calls and cell site sheet showing cell site for Angel Guevara 415-240-9415 | 6/30/11 |
| 1013 | E-F Highlighted cell calls and cell site sheet showing cell site addresses for Omar Lopez 415-933-4207 | 6/30/11 |
| 1014 | Highlighted cell calls and cell site sheet showing cell site addresses for Omar Lopez (415-933-4207) and Arely Herrera (415-368-3323) | 6/30/11 |
| 1015 | Highlighted cell calls and cell site sheet showing cell site addresses for Omar Lopez 415-933-4207 | 6/30/11 |
| 1017 | A-T Photos of Carcamo's residence | 6/28/11 |
| 1020 | Gun seized from Palma | 6/27/11 |
| 1021 | Gun seized from Palma | 6/27/11 |
| 1022 | Envelopes Juan Carcamo's name, from 10/22/08 search of 2503 82nd Ave | 6/28/11 |
| 1023 | Item from 10/22/08 search of 2503 82nd Ave | 6/28/11 |
| 1024 | Cell tower location list 9/30/08 | 6/30/11 |
| 1025 | Highlighted cell calls and cell site sheet showing cell site addresses | 6/30/11 |
| 1026 | Q-R----Highlighted cell calls and cell site sheet showing cell site addresses for Moris Flores 415-368-2649 | 6/30/11 |
| 1027 | T-V Highlighted cell calls and cell site sheet showing cell site addresses for | 6/30/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
|  | Guillermo Herrera 415-410-4159 |  |
| 1028 | Highlighted cell calls and cell site sheet showing cell site addresses for Guillermo Herrera 415-410-4159 | 6/30/11 |
| 1029 | Highlighted cell calls and cell site sheet showing cell site addresses for Guillermo Herrera 415-410-4159 | 6/30/11 |
| 1030 | A-D Otherwise Illegal Authorization Activity by Franco, FBI | 7/5/11 |
| 1031 | A-C Photos of Westlake Apartments | 7/19/11 |
| 1099 | Autopsy Photo of Juan Rodriguez | 4/11/11 |
| 1101 | A/B Photo of Bad Boy (1211) w/nametags [Zorro] | 4/8/11 |
| 1102 | Photo of Topo<br>A. name tag | 4/11/11 |
| 1103 | Photo of Momia (Cesar Alvarado)<br>A. name tag | 4/7/11<br>4/18/11 |
| 1104 | Photo of Joker (Jose Alvarado)<br>A/B name tags(Jose Alvarado) | 4/7/11 |
| 1106 | Photo of Zapato<br>A. nametag | 4/11/11 |
| 1107 | Photo of Maya (Mayita)<br>A/B/C nametags | 4/7/11 |
| 1108 | Photo of Indio (Aristides Carcamo)<br>A. nametag | 4/7/11 |
| 1109 | Photo of Coyote (Juan Carcamo)<br>A. nametag | 4/7/11 |
| 1110 | Photo of Cyco (Marvin Carcamo)<br>A/B nametags | 4/8/11 |
| 1111 | Photo of Sleepy (Edgar Caria)<br>A. nametag | 4/7/11 |
| 1112 | Photo of Droops (Carlos Carranza)<br>A. Nametags | 4/7/11 |
| 1113 | Photo of Cypress | 4/7/11 |
| 1114 | Photo of Tigre (Ivan Cerna)<br>A/B nametags | 4/7/11 |
| 1115 | Photo of Demonio (Walter Chinchilla)<br>A. name tag | 4/7/11 |
| 1116 | Photo of Walter Cruz Zavala<br>A. name tag | 4/8/11 |
| 1117 | Photo of Jonathan Cruz-Ramirez<br>A/B nametag | 4/8/11 |
| 1118 | Photo of Meow<br>A. nametag | 5/6/11 |
| 1121 | Photo of Lobo (Giovanni Flores)<br>A. nametag | 4/7/11<br>6/28/11 |
| 1122 | Photo of Moris Flores<br>A/B nametag | 4/8/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 1123 | Photo of Spanky (Juan Flores-Solano) A. nametag | 4/7/11 |
| 1124 | Photo of Dreamer (Manual Franco) A/B nametags | 4/7/11 |
| 1125 | Photo of Memo (Guillermo Fuentes) A/B nametags | 4/7/11 |
| 1126 | Photo of Black Angel A. nametag | 4/7/11 |
| 1127 | Photo of Tweety (Carlos Garrido) A. nametag | 4/8/11 |
| 1128 | Photo of Yonis Gomez aka Pistola aka Pistolita | 6/16/11 |
| 1129 | Photo of Angel Guevara A. nametag | 4/8/11 |
| 1130 | Photo of Candil [Giovanni Hernandez] | 4/7/11 |
| 1131 | Photo of Shorty/Sparky (Guillermo Herrera) A. nametag | 4/8/11 |
| 1132 | Photo of Killer (Luis Herrera) A. nametag | 6/16/11 |
| 1133 | Photo of Pelon (Jose Laines) A. nametag | 4/7/11 |
| 1134 | Photo of Droopy (Douglas Largaspeda) A. nametag | 4/7/11 |
| 1135 | Photo of Erik Lopez w/nametag A. nametag | 4/8/11 |
| 1136 | Photo of Triste from Pasadena A. nametag | 4/8/11 |
| 1138 | Photo of Stranger (Melvin Maldonado) A. nametags | 4/7/11 |
| 1139 | Photo of Kid Frost (Oliver Marota) A. nametag | 4/8/11 |
| 1140 | Photo of Silent A. nametag | 4/11/11 |
| 1141 | Photo of Snoopy [Freddie Martinez] A. nametag | 4/7/11 |
| 1142 | Photo of Mickey (Jaime Martinez) A,B nametag | 4/7/11 |
| 1143 | Photo of Dog A. nametag | 4/7/11 |
| 1144 | Photo of Diablito (Martinez Mauricio) A. nametag | 4/7/11 |
| 1145 | Photo of Nino Rapero A. nametag | 4/11/11 |
| 1146 | Photo of Payaso (Rodrigo Molina) A/B-- nametag | 4/7/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 1147 | Photo of Sapo (Rafael Montoya) <br> A. nametag | 4/7/11 |
| 1148 | Photo of Chino (Rodil Nochez) <br> A. nametags | 4/7/11 |
| 1149 | Photo of Cholito <br> A. nametag | 4/7/11 |
| 1150 | Photo of Kapone (Walter Palma) <br> A. nametag | 4/7/11 |
| 1151 | Photo of Nino Manoso <br> A. nametag | 4/11/11 |
| 1152 | Photo of Ghost (Fantasma) <br> A. nametag | 4/7/11 |
| 1153 | Photo of Popeye (Edwin Ramos) <br> A,B nametag | 4/8/11 |
| 1154 | Photo of Trucho (Carlos Reyes) <br> A. nametag | 4/7/11 |
| 1155 | Photo of Flaco from PLS (Wilfredo Reyes) <br> A. nametag | 4/8/11 |
| 1156 | Photo of Little Topo <br> A. nametag | 4/11/11 |
| 1157 | Photo of Patas (Juan Rodriquez) <br> A. nametag | 4/8/11 |
| 1158 | Photo of Colmillo (Ever Sosa-Escobar) <br> A . nametag | 4/7/11 |
| 1160 | Photo of LuLu (Manuel Umana) <br> A. nametag | 6/9/11 |
| 1161 | Photo of Puppet (Mauricio Urias) <br> A. nametag | 4/7/11 |
| 1162 | Photo of Triste (Danilo Vasquez) <br> A. nametag | 4/7/11 |
| 1163 | Photo of Crimen (Wilson Villalta) <br> A. nametag | 4/7/11 |
| 1164 | Photo of Little Caper <br> A. nametag | 4/8/11 |
| 1165 | Photo of Little Spooky from PLS <br> A. nametag | 4/8/11 |
| 1166 | Photo of Cyco from PLS (Rudy Ventura) | 4/8/11 |
| 1167 | Photo of Goofy (Abraham Martinez) <br> A. moniker <br> B. name tag | 5/6/11 |
| 1168 | Photo of "Little Man" <br> A. name tag | 5/9/11 |
| 1170 | Photo of Duende (Marlon Rivera) <br> A. nametags | 4/18/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 1172 | Diagram of Athens St. March 29, 2008 | 4/29/11 |
| 1173 | Photo of Guerrillero (Rony Aguilera)<br>A. nametag | 5/6/11 |
| 1177 | Photo of YoYo (Darwin Flores) | 5/9/11 |
| 1180 | A-F   Instructions to 1211 (Acosta) | 7/14/11 |
| 1181 | Color Version of defense 2322 | 7/14/11 |
| 1182 | Comment History from Westlake Financial | 7/14/11 |
| 1200 | Disc of Meeting (DH158, track 2]<br>T—Transcript of disc (DH158, track 2) | 4/11/11 |
| 1201 | MP3 player Jaime Martinez listened to re Tommy's Joynt 8/2005<br>A. 1201  p.6-73<br>B. p.3-end | 5/10/11<br>5/10/11<br>5/10/11 |
| 1210 | Bandana taken from Lopez on 3/30/08 | 5/17/11 |
| 1211 | Firearm taken from Erick Lopez 3/30/08 | 5/17/11 |
| 1212 | Photo of Guillermo Herrera | 6/29/11 |
| 1215 | Report re. DNA prepared by Dr. Lawrence (re. Edwin Ramos], Pg 4 | 5/18/11 |
| 1216 | Photos of swabs from Edwin Ramos, March 30, 2008 | 5/18/11 |
| 1217 | Photos of swabs from Erick Lopez,  March 30, 2008 | 5/18/11 |
| 1218 | Photos of gun strip swabs,  March 30, 2008 | 5/18/11 |
| 1219 | Photo of electropherogram (DNA types) from swab from pistol grips | 5/18/11 |
| 1220 | Proia's Excel notes re: fired cartridge cases, re: March 29, 2008 | 5/19/11 |
| 1221 | 3-pg print-out of images – Proia's microscopic comparisons | 5/19/11 |
| 1222 | Side-by-side photos depicting Proia's microscopic comparison re: test fires and exhibits | 5/19/11 |
| 1223 | Side-by-side photos depicting Proia's microscopic comparison re: test fires and exhibits | 5/19/11 |
| 1224 | Proia worksheet of comparison/examination of two bullets and a shell casing | 5/19/11 |
| 1225 | Demonstrative folding exhibit created by Proia | 5/19/11 |
| 1226 | Proia's worksheet comparing shell casings from Govt. Ex 807 to weapon identified as Govt. Exh1211 | 5/19/11 |
| 1227 | Revisions to Translation of DH186-B made by Haydee Claus | 7/27/11 |
| 1228 | A, B—Photos of 890 Goettingen<br>C, D—Photos of 48 Cameron Way | 7/28/11 |
| 1231 | Clips of Erick Lopez interview with Dr. Suarez | 8/3/11 |
| 1233 | Map of San Francisco | 8/4/11 |
| 1234 | Map of San Francisco | 8/4/11 |
| 1237 | CD of cell sites | 8/5/11 |
| 2001 | Handwriting analysis by Patricia Fisher | 7/26/11 |
| 2101 | Diagram Hugo Galdamez drew for police on 7/11/08 of 20th and Mission | 4/25/11 |
| 2102 | Photo ID instructions signed by Ivan Olmeda on 5/27/08 | 4/27/11 |
| 2103 | Photo of Jaime Martinez after arrest in 2008 | 5/11/11 |
| 2104 | Photo of Jaime Martinez at playground—taken by SFPD<br>Sometime in 2007 [govt has duplicate in evidence—931D | 5/11/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 2105 | ICE cooperation instructions dated 2/3/06 | 5/11/11 |
| 2106 | Copy of Personal Assistance Agreement signed by Jaime Martinez Oct 19, 2007 | 5/12/11 |
| 2107 | Source Payment Document to Jaime Martinez | 5/12/11 |
| 2108 | Copy of Dr. Moffitt's notes re. autopsy Juan Rodriguez (Patas) | 6/2/11 |
| 2112 | Excerpt from Metro PCS records [govt 994] | 6/30/11 |
| 2113 | 2 pg. doc of AG guidelines provided to Franco as informant 2/5/05 | 6/30/11 |
| 2115 | Source Payment for 1218 | 7/12/11 |
| 2116 | Source Payment for 1211 | 7/12/11 |
| 2119 | Personal Assistance Agreement for 1211 | 7/12/11 |
| 2120 | Photo of Jonathan Cruz Ramirez | 7/20/11 |
| 2121 | A,B,C,D,E,F,G Photos of Jose Rodriguez (Patas) homicide scene | 7/25/11 |
| 2122 | Instructions to 1211 when redacted | 7/28/11 |
| 2123 | ICE Payment card to 1218 Jaime Martinez | 7/28/11 |
| 2305 | Earnings statement for Moris Flores | 5/18/11 |
| 2306 | Portions of DH 006<br>T—transcript DH 006 | 5/18/11 |
| 2310 | Redacted portion of 2311A | 7/19/11 |
| 2311 | A. Moris Flores' application to Second Chance Tattoo Removal Program<br>B. Flores' consent form from Second Chance Tatoo Removal Program<br>C. Flores' consent form from Second Chance Tattoo Removal Program | 7/19/11<br>7/19/11<br>7/19/11 |
| 2312 | A. Photos of Moris Flores | 7/13/11 |
| 2313 | Sales Contract for Flores' Explorer to Lopez-Aragon | 7/14/11 |
| 2314 | Receipt for sale of Flores' Explorer to Neri South Auto Sales | 7/14/11 |
| 2315 | Application for Auto Loan—Flores and Sabrina Manzanares | 7/14/11 |
| 2316 | Sales contract for Flores Explorer | 7/14/11 |
| 2317 | Certificate of title for Flores Explorer | 7/14/11 |
| 2318 | Payment History from Westlake Financial | 7/14/11 |
| 2319 | Authorization to repossess Flores' Explorer | 7/14/11 |
| 2320 | Report of repossession of Flores' Explorer | 7/14/11 |
| 2321 | Condition report after repossession | 7/14/11 |
| 2322 | Condition report after repossession from Odessa Golden Gate Auctions | 7/14/11 |
| 2323 | Sales Report/Auction Confirmation for sale of Explorer | 7/14/11 |
| 2324 | Restaurant Depot personal action form, new hire worksheet, employee final payout | 7/19/11 |
| 2325 | Restaurant Depot timecard for Flores | 7/19/11 |
| 2326 | 3/29/08 Police Report | 7/19/11 |
| 2327 | Manual Franco's apartment application for 80 Forest Grove | 7/19/11 |
| 2328 | Sabrina Manzanares' apartment application for 80 Forest Grove | 7/19/11 |
| 2329 | Victor Franco's apartment application for 80 Forest Grove | 7/19/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 2330 | Lease agreement: for Manual Franco, Sabrina Manzanares and Victor Franco at 80 Forest Grove | 7/19/11 |
| 2331 | Resident charges and payment ledger for 80 Forest Grove | 7/19/11 |
| 2332 | Small map of southeast corner of San Francisco | 8/4/11 |
| 2403 | Photo of 24th and Shotwell | 4/5/11 |
| 2404 | Photo of 24th and Shotwell | 4/5/11 |
| 2405 | Photo of 24th and Shotwell | 4/5/11 |
| 2406 | Photo of Mission and Silver | 4/6/11 |
| 2407 | Photo of Mission and Silver | 4/6/11 |
| 2408 | Photo of Mission and Silver | 4/6/11 |
| 2409 | Photo of Mission and Silver | 4/6/11 |
| 2410 | DH 24-02 transcript | 7/8/11 |
| 2412 | Transcript of DH057-B | 7/8/11 |
| 2414 | Transcript of DH024-1 | 7/8/11 |
| 2415 | Tips for reading call detail records | 8/5/11 |
| 2501 | A. Photo of frontal view of photo spread shown to Galdamez 7/11/08 | 4/25/11 |
| 2503 | Photo from inside of BBQ at 20th and Mission | 4/25/11 |
| 2506 | Notes by Insp. Gaynor that Insp. Cagney relied on for description by Mrs. Galdamez – | 5/18/11 |
| 2508 | 6 minute audio clip from Hugo Galdamez interview | 5/18/11 |
| 2509 | Recording of Hugo Galdamez interview, July 11, 2008 | 5/18/11 |
| 2510 | Tape of call w/Alvarado seized from jail | 6/6/11 |
| 2511 | Oliver Marota plea agreement | 6/27/11 |
| 2514 | Photos of car license no. 5KDG572 | 7/8/11 |
| 2515 | Photos of car license no. 5GMH663 | 7/8/11 |
| 2519 | Photo of 1211 | 7/13/11 |
| 2520 | MS Rules (Spanish)<br>A English translation | 7/13/11<br>8/5/11 |
| 2521 | 6/13/05 ICE memo re. 1211 | 7/21/11 |
| 2527 | Photos of Herrera from summer 2008 | 7/26/11 |
| 2541 | Declaration, criminal record and translation re. 1211 in Honduras | 7/27/11 |
| 2547 | English Translation of GX973 | 7/28/11 |
| 2548 | Employment Record of Herrera | 7/28/11 |
| 2549 | Employment Record of Herrera | 7/28/11 |
| 2601 | Photo Carlos Garrido aka Tweety | 4/13/11 |
| 2602 | Photo Carlos Garrido w/tattoos on head | 4/13/11 |
| 2603 | Photo of Bad Boy and others (field interview photo) | 4/13/11 |
| 2604 | Govt #3802C DMV photo of Dreamer [Manual Franco] | 4/13/11 |
| 2605 | Photo of Kid Frost [Oliver Marota] | 4/13/11 |
| 2607 | Federal complaint identified by Abraham Martinez | 4/15/11 |
| 2608 | Photo of entrance to Mission Playground from Mission Street | 4/19/11 |
| 2609 | Photo of closer view Mission Playground | 4/19/11 |

| EXHIBIT # | DESCRIPTION | ADMITTED |
|---|---|---|
| 2610 | Photo showing 19th Street and Linda entrance to Mission Playground | 4/19/11 |
| 2611 | Photograph of Liquor store Vadim Movsesov, 1/8/06 | 4/26/11 |
| 2613 | Photo of 19th Street | 4/27/11 |
| 2614 | Photo of Mission Playground | 4/27/11 |
| 2615 | Recording 4/8/08 with Sen Ung | 4/29/11 |
| 2616 | A. Swabs from Edwin Ramos | 5/18/11 |
| 2617 | A. DNA report re. Lopez | 5/18/11 |
| 2620 | Post—arrest photo of Carlos Garrido 1/8/06 | 6/10/11 |
| 2623 | Log from Search of 890 Gottingen | 7/11/11 |
| 2624 | Photo of Marco Palma | 7/11/11 |
| 2625 | Cold Show Admonition form Shown to Sen Ung 3/31/08 | 7/25/11 |
| 2626 | Photos of Carlos Flores on 4/23/08 | 7/25/11 |
| 2627 | Photo of room searched on 4/23/08 | 7/25/11 |
| 2628 | Photo of hats in room searched on 4/23/08 | 7/25/11 |
| 2629 | Photo of target silhouette in room searched on 4/23/08 | 7/25/11 |
| 2630 | Photo of blue beanie in room searched on 4/23/08 | 7/25/11 |
| 2631 | Photo of Carlos Garrido's head | 7/25/11 |
| 2632 | Photo of Carlos Garrido's head | 7/25/11 |
| 2633 | Lab Report | 7/26/11 |

| | | | TRIAL EXHIBITS LOCATED IN SEPARATE BOXES | | | |
|---|---|---|---|---|---|---|
| BOX1 | BOX 2 | BOX 3 | BOX 4 | BOX 5 | BOX 6 | BOX 7 |
| 357<br>383<br>385<br>401<br>411<br>508<br>550<br>642<br>644<br>653<br>668<br>669<br>720<br>721<br>732<br>755<br>898<br>1210 | 672<br>706<br>756<br>757<br>765<br>767<br>768<br>782<br>796 | 479<br>483<br>731 | 478<br>481 | 543 | 547 | 480 |

# TRIAL EXHIBITS NOT IN JURY ROOM

| | |
|---|---|
| #30 | Bag of items - 7 boxes (25) shotgun shells from search at 970 Ingerson |
| #243 | Seven CBC 380 Auto casings recovered from area of 20th and Bryant |
| #336 | Bullets recovered from Juan Rodriguez |
| #341 | Envelope of cartridges scene of Juan Rodriguez shooting, 5/31/2008 |
| #345 | One spent .45 caliber round recovered in vicinity of 277 Athens St, San Francisco, March 29, 2008 |
| #346 | 45 caliber Winchester casing recovered from vehicle, 277 Athens St, San Francisco, March 29, 2008 |
| #347 | Three copper jacketed projectiles and six .45 caliber casings recovered from the crime scene vicinity of 277 Athens, San Francisco, CA, March 29, 2008 |
| #394 | Envelope from medical examiner, includes bullet from Ernad Joldic<br>A. Bullet removed from Ng |
| #402 | Evidence envelope with items marked cone 7& 10, piece of crushed metal and one plastic shotgun wad recovered from 20th and Mission, July 11, 2008 |
| #448 | Four .380 caliber AUTO brass casings recovered in vicinity of 26th and Harrison, May 2, 2007 |
| #452 | 5 projectiles recovered from autopsy of David Pollock's body |
| #467 | 380 caliber firearm recovered from side attached bedroom at 1130-58th Ave, Oakland |
| #474 | Bolt action 22 caliber rifle with sawed off barrel/stock found at 1130-58th Ave, Oakland |
| #475 | .38 shotgun shells, bullets and sock seized from 1130-58th Ave, Oakland |
| #476 | Shotgun shells recovered from 1130-58th Ave, Oakland |
| #477 | Blue and white Nike shoe, magazine recovered from inside shoe, and cartridges removed from magazine, all recovered from side bedroom at 1130-58th Ave, Oakland |
| #537 | Taser from 41 Vienna |
| #538 | 2 knives: pocketknife and fixed blade knife with brown wooden handle, December 30, 2008, from 41 Vienna |
| #539 | Blue beanie with bag of multiple small caliber ammunition from 41 Vienna |
| #577 | .357 caliber revolver seized on September 18, 2008 at Dolores Park |
| #641 | Shotgun found at 185 Espee Richmond |
| #649 | Shotgun at search of 1529 Monterey |
| #650 | Weapons - revolver from trailer 1529 Monterey |
| #667 | Makarov 9x18 Model IJ-70, July 25, 2008 from 949 Connecticut |
| #758 | 38 caliber rounds from 26 Leo |
| #759 | 357 rounds from 26 Leo |
| #760 | 357 caliber revolver 26 Leo |
| #807 | Six .45 caliber shell casings |
| #900 | Two .38 cartridges found at 2503-82nd Ave, Oakland |
| #1020 | Gun seized from Palma |
| #1021 | Gun seized from Palma |
| #1211 | Firearm taken from Erick Lopez 3/30/08 |