UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S3-CR-08-730-WHA |
| v. | |
| IVAN CERNA, et al., | CORRECTED [~~PROPOSED~~] ORDER LIMITING DISTRIBUTION AND POSSESSION OF PROTECTED MATERIAL |
| Defendant. | |

IT IS HEREBY FOUND THAT:

1. Certain documentary material in the above-captioned federal case may be needed in the state criminal prosecution of People v. Edwin Ramos, which is currently pending in San Francisco County Superior Court (#2373502).

2. General dissemination of the documentary material, however, may increase the risk of exposing certain individuals to threats of retaliation and actual retaliation. In addition, certain information contained in the documentary material, such as dates of birth and Social Security Numbers, may, if subject to general dissemination, risk abuse.

ACCORDINGLY, PURSUANT TO 28 U.S.C. § 1651, AS WELL AS THIS COURT'S INHERENT AUTHORITY, IT IS HEREBY ORDERED THAT:

3. Material relating to the above-captioned matter marked "Protected Material" may

1 be produced to the San Francisco District Attorney's Office and counsel of record for Edwin
2 Ramos — including individuals in the employment of counsel of record — but use and
3 possession shall be subject to the following limitations:

4     A. Protected Material shall be provided to the San Francisco District Attorney's Office and counsel of record for Edwin Ramos (collectively, the "Recipients") only for use in preparing for the trial and the trial of Edwin Ramos.  Protected Material may not be used for any other matter or purpose.

8     B. Protected Material may not be provided to or possessed by anyone other than the Recipients, with the exception of any Protected Material that is made part of the state court record.  The Recipients shall be responsible for ensuring that any Protected Material is not distributed to or possessed by any others.

12     C. Upon completion of Edwin Ramos's trial, the Protected Material and all copies of the Protected Material shall be returned to the San Francisco District Attorney's Office, which shall secure and preserve any Protected Material needed for any appeal.

15     D. Prior to receiving any Protected Material, the Recipients shall sign and date a copy of this Order to confirm his/her/its understanding of this Order's terms and return the signed and dated Order to the United States Attorney's Office for the Northern District of California at 450 Golden Gate Avenue, 11th Floor, San Francisco, California, 94102, which shall file the documents with the Court.

DATED: October  5 , 2011

SO ORDERED.

_____
HON. WILLIAM ALSUP
United States District Court

-2-