IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS HERRERA, *et al*.,<br><br>    Defendants.<br>                                         / | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT REQUEST TO REUSE EXHIBITS** |

The government has notified the undersigned of its desire to reuse certain exhibits from the April 4 trial during the October 24 trial of the severed defendants (Dkt. No. 5237). The government may reuse exhibits from the April 4 trial but is must maintain the integrity of any such exhibits so that they are preserved for appeal. The government shall refer to these exhibits by the same exhibit numbers used for the April 4 trial. After completion of the October 24 trial, all exhibits must be returned to the Clerk's Office.

If any defendant in the above-captioned matter has an objection to the procedure set forth above, such objection must be filed by **NOON ON FRIDAY, OCTOBER 21**.

**IT IS SO ORDERED.**

Dated: October 19, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE