IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN CARCAMO, *et al.*<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT CARCAMO'S *EX PARTE* MOTION FOR ADDITIONAL TIME TO FILE SENTENCING POSITION AND FOR CONTINUANCE OF SENTENCING** |

*Three weeks* after he was served with the pre-sentence report, counsel for defendant Marvin Carcamo now moves for additional time to file a sentencing position and for a continuance of the November 30 sentencing date to January 11 (Dkt. No. 5363).[*] Counsel asserts that he has had inadequate time to prepare because the pre-sentence report was disclosed 34 days before sentencing rather than the 35 days required by FRCrP 32. The motion is **DENIED**. There is no basis for an extension or continuance. Counsel's sworn declaration concedes that he received the pre-sentence report on October 26. This was 35 days before the November 30 sentencing date.

**IT IS SO ORDERED**.

Dated: November 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[*] FRCrP 32 requires objections to the pre-sentence report be submitted within 14 days of receipt.