1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13    UNITED STATES OF AMERICA,      )      No. S3-CR-08-0730-WHA

14                       )

15        v.               )      ~~[PROPOSED]~~ ORDER AUTHORIZING

16    MANUEL FRANCO,            )      GOVERNMENT TO REUSE EXHIBITS

17                       )

18        Defendant.          )

19        The government has notified the Court of its desire to reuse certain exhibits from the

20 April 4, 2011 and October 24, 2011 trials in the above-captioned matter in the upcoming January

21 4, 2012 trial of Manuel Franco (Docket #5571).  The government may reuse exhibits from these

22 prior trials and is hereby authorized to take possession of them, but must maintain the integrity of

23 the exhibits so that they are preserved for appeal.  The government shall refer to these reused

24 exhibits by the same exhibit numbers used in the prior two trials.  After completion of the

25 January 4, 2012 trial of Manuel Franco, all exhibits must be returned to the Clerk's Office.

26        If any defendant in the above-captioned matter has an objection to the procedure set forth

27 above, such objection must be filed by Noon on Friday, December 23, 2011.

28 //

1    IT IS SO ORDERED.

2

3    Dated: December __22__, 2011

4                                                  _____
                                                   HON. WILLIAM ALSUP
5                                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28