IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>  Defendant.. / | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT REQUEST TO REUSE ADDITIONAL EXHIBITS** |

The government has notified the Court of its desire to reuse additional exhibits from prior trials in the above-captioned matter in the upcoming January 4 trial of Manuel Franco (Dkt. No. 5608). The government may reuse these exhibits and is hereby authorized to take possession of them, but must maintain the integrity of the exhibits so that they are preserved for appeal. The government shall refer to these reused exhibits by the same exhibit numbers used in the prior two trials. After completion of the January 4 trial of Manuel Franco, all exhibits must be returned to the Clerk's Office. If any defendant in the above-captioned matter has an objection to the procedure set forth above, such objection must be filed by **NOON ON WEDNESDAY, JANUARY 4**.

**IT IS SO ORDERED**.

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE