IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>    Defendant.<br>                                            / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT FRANCO'S REQUEST TO USE EXHIBITS FROM APRIL 4 TRIAL IN CURRENT TRIAL** |

       Defendant Manuel Franco has notified the undersigned of his desire to use certain exhibits from the April 4 trial in the current trial (Dkt. No. 5694). If any party in the above-captioned matter has an objection to this request, the objection must be filed **TODAY, JANUARY 24 BY 8 P.M.**

       If no party files an objection, defendant Franco may retrieve exhibits 1182, 2312–2323, and 2327–2331 (inclusive of any sub-exhibits marked) from the Clerk's Office **TOMORROW, WEDNESDAY, JANUARY 25** and use the exhibits in the current trial.[*] Defendant Franco must, however, maintain the integrity of the exhibits so that they are preserved for appeal. Defendant Franco shall refer to these exhibits by the same exhibit numbers used for the April 4 trial. After completion of the current trial, the exhibits must be returned to the Clerk's Office.

       **IT IS SO ORDERED.**

Dated: January 24, 2012.

                                                                         WILLIAM ALSUP<br>                                                                       UNITED STATES DISTRICT JUDGE

---

    [*] Although defendant Franco requests to be granted access to the exhibits today, the request cannot be accommodated as it would not provide any time for the government or defendants from the prior trials to raise any objections (defendant Franco's request was filed shortly prior to the close of business yesterday — the day prior to the commencement of his case-in-chief).