IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*,

    Defendants.
                          /

No. CR 08-00730 WHA

**ORDER DENYING JOINDER**

      Pursuant to the order dated October 22, 2014 (Dkt. No. 6186), counsel for defendants-appellants Jonathan Cruz-Ramirez, Moris Flores, Erick David Lopez, Angel Noel Guevara, Marvin Carcamo, Guillermo Herrera, and Danilo Velasquez have responded to defendant Manuel Franco's motion to join their stipulation with the government (Dkt. No. 5880). In short, Franco seeks to join that stipulation so that he can access sealed documents and transcripts "to adequately prepare for his appeal" (Dkt. No. 6185 at 1).

      Given the objections from several of the aforementioned defense attorneys (*see, e.g.*, Dkt. No. 6189), Franco's motion is **DENIED**. Franco, however, can try to work separately with the government to submit a stipulation and proposed order to release the sealed documents that his counsel now seek.

      **IT IS SO ORDERED.**

Dated: November 7, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE