```
J. FRANK McCABE (SBN 48246)
Attorney at Law
Post Office Box 1759
Burlingame, California 94011
Telephone:  (650) 343-6268
Facsimile:  (650) 579-1391

Appellate Counsel for
JONATHAN CRUZ-RAMIREZ
on behalf of all appealing defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-00730 WHA |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER RE: RELEASE OF DOCUMENTS** |
| v. | ) ) | |
| JONATHAN CRUZ-RAMIREZ, et al., | ) ) | |
| Defendants. | ) ) | |

       Appellate counsel for all appealing defendants in the above-captioned case -- Jonathan Cruz-Ramirez, Moris Flores, Erick David Lopez, Angel Noel Guevara, Marvin Carcamo, Guillermo Herrera, Danilo Velasquez and Manuel Franco -- and counsel for plaintiff United States of America hereby stipulate as follows:

       Copies of the documents provided by the government to trial counsel for defendant Moris Flores pursuant to this Court's Order of June 8, 2011 (Document 4412, pp. 15-16) may be provided by counsel for

defendant Flores to all other appellate counsel under the conditions that they be reviewed by counsel only in connection with the pending appeal and they not be disseminated, either in full or in part, to anyone else, including the defendants in this matter.

DATED: September 29, 2015.

                    /s/ J. Frank McCabe
                    J. FRANK McCABE
                    Counsel for Defendant-Appellant
                    CRUZ-RAMIREZ
                    On Behalf of All Defendant-Appellants

DATED: September 29, 2015.

                    /s/ W.S. Wilson Leung
                    W.S. WILSON LEUNG
                    ASSISTANT UNITED STATES ATTORNEY

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties hereto and good cause appearing therefor,

IT IS HEREBY ORDERED that copies of the documents provided by the government to trial counsel for defendant Moris Flores pursuant to this Court's Order of June 8, 2011 (Document 4412, pp. 15-16) may be provided by counsel for defendant Flores to all other appellate counsel under the conditions that they be reviewed by counsel only in connection with the pending appeal and they not be disseminated, either in full or in part, to anyone else, including the defendants in this matter.

DATED:
September 30, 2015.

_____
HON. WILLIAM H. ALSUP