LUPE MARTINEZ, SBN 49620
Attorney at Law
95 South Market Street, Suite 300
San Jose, CA 95113
Telephone (408) 857-5418
Fax (408) 995-3202
Martinez-luna@sbcglobal.net

JAMIE LEE MOORE, SBN 177627
Attorney at Law
700 Larkspur Landing Circle, Ste 199
Larkspur, CA 94939
Telephone (415) 272-2772
Fax (415) 634-1544
FedAppeal@yahoo.com

Attorneys for Defendant/Appellant
ANGEL NOEL GUEVARA

On behalf of all appealing defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 08-CR-730 WHA** |
| ) | |
| Plaintiff, ) | STIPULATION TO UNSEAL |
| ) | DOCUMENTS RE COUNTS 25-30 |
| ) | OF THE THIRD SUPERSEDING |
| v. ) | INDICTMENT |
| ) | |
| ) | |
| ANGEL NOEL GUEVARA, et. al. ) | |
| ) | |
| Defendants. ) | **Honorable William Alsup** |
| _____ ) | United States District Judge |
| ) | |

Defendants/Appellants, Angel Noel Guevara, Jonathan Cruz-Ramirez, Morris Flores, Erick David Lopez, Marvin Caracamo, Guillermo Herrera, and Danilo

Velasquez, ("defendants/appellants"), through their respective counsel, identified below, and the government through Assistant United States Attorney Barbara Valliere stipulate as follows:

1. On May 16, 2012, the parties filed a stipulation and proposed order, pursuant to which documents filed *under seal* were disclosed to appellate counsel subject to a protective order. (ECF Doc. No. 5880) These included the documents described below relating to and referencing the offense conduct alleged in Counts 25 to 30 of the Third Superseding Indictment.

2. On September 2, 2015 and September 17, 2015, through correspondence and emails, undersigned counsel for Angel Noel Guevara, Lupe Martinez, on behalf of all defendants/appellants, and Assistant United States Attorney Barbara Valliere, conferred regarding the applications, motions, declarations, orders, pleadings and transcripts of proceedings ("the documents") filed *under seal* to compel the attendance of eyewitnesses at trial as material witnesses pursuant to 18 U.S.C. 3144 and Rule 17(g) of the Federal Rules of Criminal Procedure.

3. On September 17, 2015, Assistant United States Attorney Barbara Valliere advised undersigned counsel that she had no objection to generally unsealing the documents, however, she deferred to government trial counsel, Assistant United States Attorney Wilson Leung.

4. On October 16, 2015, Assistant United States Attorney Wilson Leung advised undersigned counsel that the government stipulates to entry of an order unsealing the documents described below.

5. The witnesses referenced in the documents testified at the trial and the reasons for maintaining the documents sealed are now moot. Accordingly, the parties, through their counsel, agree and stipulate that the following documents may be generally unsealed

Stipulation and ~~Proposed~~ Order to Unseal
Angel Noel Guevara Documents Re
December 27, 2007 Offense Conduct           2

forthwith:

**PDF 3944-0001** April 5, 2011, government application and order for issuance of material witness arrest warrant for a witness.

**PDF 3951-0001** April 5, 2011, reporter's transcript of proceedings in which government sought material witness arrest warrant.

**PDF 3953** April 6, 2011, ICE Agent Frederick Diaz Application and Order for arrest warrant.

**PDF 3969** April 7, 2011 Declaration of ICE Agent Frederick Diaz re: Unwillingness of eyewitness to testify.

**PDF 3960** April 7, 2011, government application for arrest warrants for a witness and a victim.

**PDF 3961** April 7, 2011, declaration of ICE Agent Rocio Franco re victim's unwillingness to testify.

**PDF 3970** April 7, 2011 Government ex parte motion for issuance of material witness arrest warrants for witness and a victim.

**PDF 3971** April 7, 2011, Ex parte declaration of ICE/DHS Special Agent Rocio Franco in support of issuance of arrest warrants.

**PDF 3972** April 6, 2011, transcript of proceedings in which government seeks material witness arrest warrants for victim and a witness.

**PDF 3996** April 8, 2011, government application for arrest warrants for witness and a victim.

**PDF 3997.1** April 8, 2011, arrest warrant for a witness.

**PDF 4006** April 12, 2011 contempt hearing for a witness in custody on a material witness warrant.

**PDF 4070** April 20, 2011 arrest warrants for a witness and a victim.

**PDF 4011** April 12, 2011 transcript of proceedings quashing arrest warrant for a victim.

**PDF 4012** April 12, 2011 transcript of proceedings with a witness who was in custody.

**PDF 4071.1** April 20, 2011, arrest warrant for victim returned unexecuted.

IT IS SO STIPULATED.

Dated: October 21, 2015
BRIAN STRETCH
Acting United States Attorney
Northern District of California
_____/S/_____
WILSON LEUNG
BARBARA VALLIERE
Assistant United States Attorneys

Dated: October 21, 2015
___/S/_____
J. FRANK McCABE
Attorney for Defendant-Appellant,

JONATHAN CRUZ-RAMIREZ
Dated: October 21, 2015
___/S/_____
MARK ROSENBUSH
Attorney for Defendant-Appellant,
MORIS FLORES

Dated: October 21, 2015
___/S/_____
CHRISTOPHER JOHNS
Attorney for Defendant-Appellant,
ERICK DAVID LOPEZ

Dated: October 21, 2015
___/S/_____
LUPE MARTINEZ
JAMIE LEE MOORE
Attorneys for Defendant-Appellant,
ANGEL NOEL GUEVARA

Dated: October 21, 2015
___/S/_____
KEN KOUROSH BEHZADI
JERALD LEE BRAININ
Attorney for Defendant-Appellant,
MARVIN CARCAMO

Dated: October 21, 2015
___/S/_____
DANIEL HOROWITZ
KATHERINE ALFIERI
Attorneys for Defendant-Appellant,
DANILO VELASQUEZ

Dated: October 21, 2015
___/S/_____
MARTIN ANTONIO SABELLI
DAVID WAYNE FERMINO, I
Attorney for Defendant-Appellant,
GUILLERMO HERRERA

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Court orders the following:

1. On May 16, 2012, the parties filed a stipulation and proposed order, pursuant to which documents filed under seal were disclosed to appellate counsel subject to a protective order. (ECF Doc. No. 5880.)  These included documents relating to and referencing victims and witnesses of the December 27, 2007 offense conduct alleged in Counts 25 to 30 of the Third Superseding Indictment.

2. The victims and witnesses relating to Counts 25 to 30 of the Third Superseding Indictment testified at the trial approximately four (4) years ago and the reasons for maintaining the documents under seal is now moot.

3. The following documents are ordered unsealed forthwith:

PDF 3944-0001

PDF 3951-0001

PDF 3953

PDF 3969

PDF 3960

PDF 3961

PDF 3970

PDF 3971

PDF 3972

PDF 3996

PDF 3997.1

PDF 4006

Stipulation and ~~Proposed~~ Order to Unseal
Angel Noel Guevara Documents Re
December 27, 2007 Offense Conduct          6

1     PDF 4070

2     PDF 4011

3     PDF 4012

4     PDF 4071.1

5     **IT IS SO ORDERED.**

6 Dated: October 26, 2015

7

8                                    William Alsup
                                   United States District Court Judge

Stipulation and ~~Proposed~~ Order to Unseal
Angel Noel Guevara Documents Re
December 27, 2007 Offense Conduct        7